Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Buffets, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA Old Country Buffet<br>DBA Country Buffet<br>DBA HomeTown Buffet<br>DBA Ryan's<br>DBA Ryan's Family Steakhouse<br>DBA Fire Mountain<br>DBA Granny's<br>DBA Tahoe Joe's<br>DBA Tahoe Joe's Famous Steakhouse<br>DBA Soup 'N Salad Unlimited<br>DBA Roadhouse Grill<br>DBA JJ North's Grand Buffet<br>FDBA Buffets, Inc.<br>DBA Ovation Brands |
| 3. | Debtor's federal Employer Identification Number (EIN) | 41-1462294 |
| 4. | Debtor's address | **Principal place of business**<br><br>120 Chula Vista Drive<br>Hollywood Park, TX 78232<br>Number, Street, City, State & ZIP Code<br><br>Bexar<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor  __Buffets, LLC__  Case number (*if known*) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
   
   _____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☐ No.
   - ■ Yes.

   If more than 2 cases, attach a separate list.

   District __Delaware__  When __1/18/12__  Case number __1:12-bk-10239__
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor __See Attachment__  Relationship to you _____
    District _____  When _____  Case number, if known _____

Debtor  **Buffets, LLC**
        Name

Case number (*if known*)

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Buffets, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/07/2016
MM/DD/YYYY

X /s/ Peter Donbavand
Signature of authorized representative of debtor

Peter Donbavand
Printed name

Title **Vice President**

**18. Signature of attorney**

X /s/ David W. Parham
Signature of attorney for debtor

Date 3/7/2016
MM/DD/YYYY

David W. Parham
Printed name

**Akerman LLP**
Firm name

**2001 Ross Avenue
Suite 2550
Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone 214-720-4300    Email address david.parham@akerman.com

15459500
Bar number and State

Debtor **Buffets, LLC**
Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number (*if known*) _____ Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Fire Mountain Restaurants, LLC | | Relationship to you | Affiliate |
| District | Western District of Texas | When | Case number, if known | |
| Debtor | Hometown Buffet, Inc. | | Relationship to you | Affiliate |
| District | Western District of Texas | When | Case number, if known | |
| Debtor | OCB Purchasing Co. | | Relationship to you | Affiliate |
| District | Western District of Texas | When | Case number, if known | |
| Debtor | OCB Restaurant Company, LLC | | Relationship to you | Affiliate |
| District | Western District of Texas | When | Case number, if known | |
| Debtor | Ryan's Restaurant Group, LLC | | Relationship to you | Affiliate |
| District | Western District of Texas | When | Case number, if known | |
| Debtor | Tahoe Joe's Inc. | | Relationship to you | Affiliate |
| District | Western District of Texas | When | Case number, if known | |

## RESOLUTIONS ADOPTED BY THE BOARD OF MANAGERS OF
## BUFFETS, LLC

The undersigned, being all of the managers of BUFFETS, LLC, a Minnesota limited liability company (the "Company"), pursuant to applicable provisions of the Minnesota Limited Liability Company Act and the Company's articles of incorporation and bylaws, hereby adopts the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that in the judgment of the Board of Managers of the Company it is desirable and in the best interests of the Company, its creditors, its members and other interested parties, that a petition be filed by the Company in the United States Bankruptcy Court for the Western District of Texas in San Antonio (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that each of Lawrence Farrell Harris, Jr. (as Chairman of the Board), Allen Jackie Jones (as President and Chief Executive Officer), Jason Richard Kemp (as Executive Vice President, Secretary and Treasurer), Brian Michael Padilla (as Vice President), Robert Amaro (as Vice President – Accounting) and/or Peter Donbavand (as Vice President – Real Estate and Business Development), and Bill Patterson (as Chief Restructuring Officer) be appointed by the Board of Directors of the Company as an authorized signatory (each, an "Authorized Signatory") in connection with the chapter 11 case authorized herein (the "Case"); and it is further

RESOLVED, that each Authorized Signatory and each officer of the Company, together with any other person or persons hereafter designated by the Board of Managers of the Company, or any one of such persons (each, individually, an "Authorized Officer," and, individually and collectively, the "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court to commence the Case in such form and at such time as the Authorized Officer executing said

4851-5086-6990.5
734133\000006

petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, directed and empowered, on behalf of an in the name of the Company, to execute and/or file, or cause to be executed and/or filed (or to direct others to do so on their behalf as provided herein), all necessary documents including, but not limited to, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action, that they or any of them deem necessary, proper or desirable in connection with the Case contemplated hereby, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to take or cause to be taken, from time to time, any and all such further action and to execute and deliver, or cause to be executed and delivered, all such further agreements, documents, certificates and undertakings including, but not limited to, amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of the foregoing resolutions; and it is further

RESOLVED, that the Company as debtor and debtor-in-possession under chapter 11 of the Bankruptcy code be, and it hereby is, authorized to enter into a debtor-in-possession financing facility and in connection therewith, to grant any guarantees, pledges, mortgages, and other security instruments containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by any Authorized Officer to obtain such debtor-in-possession financing for the Company or its subsidiaries and affiliates; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and perform for and on behalf of the Company, as debtor and debtor-in-possession, any

documents, agreements, guaranties, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution including, but not limited to, any credit agreement, promissory note, letter of credit application, or other document evidencing the obligations of the Company under the debtor-in-possession financing, and any modifications or supplements thereto, all such materials to be in the form approved by such Authorized Officers, the execution and delivery thereof to be conclusive evidence of such approval; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered for and it the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that the law firm of Akerman, LLP, 2001 Ross Avenue, Suite 2550, Dallas, Texas 75201 be, and hereby are, employed under a general retainer as attorneys for the Company and the other affiliated debtor entities in the Case; and it is further

RESOLVED, that Bridgepoint Consulting, LLC, 6300 Bridgepoint Parkway Building One, Suite 575, Austin, Texas 78730 be, and hereby is, engaged under a general retainer as financial advisor for the Company and the other affiliated debtor entities in the Case; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company to retain such other professionals as they deem appropriate during the course of the Case; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the

purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the Case, or any matter related thereto, including in connection with the debtor-in-possession financing, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that this consent may be signed in any number of counterparts, each of which, taken together, shall constitute one and the same consent and that, once signed, this consent shall be filed with the corporate records of the Company.

IN WITNESS WHEREOF, the undersigned has duly executed these Resolutions on this 7 day of March, 2016.

*[Signature page follows]*

4851-5086-6990.5
734133\000006

**MANAGERS**

_____
Lawrence Farrell Harris, Jr.

_____
Allen Jackie Jones

_____
Jason Richard Kemp

_____
Brian Michael Padilla

*[Signature Page – Buffets, LLC Consent]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, | § | Case No. 16-_____ |
| | § | |
| Debtor. | § | (Joint Administration Pending) |

## CORPORATE OWNERSHIP STATEMENT

Buffets, LLC (the "Debtor"), pursuant to Rule 1007(a)(1), Federal Rules of Bankruptcy Procedure, hereby files its Corporate Ownership Statement and states that Buffet Holdings, LLC owns 100% of the Debtor's membership interests.

Dated: March 7, 2016

AKERMAN LLP

/s/ David W. Parham
David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com
- *and* -
Andrea Hartley (*Pro Hac Vice* Pending)
Florida Bar No. 864234
Esther A. McKean (*Pro Hac Vice* Pending)
Florida Bar No. 28124
Amy M. Leitch (*Pro Hac Vice* Pending)
Florida Bar No. 90112
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
andrea.hartley@akerman.com
esther.mckean@akerman.com
amy.leitch@akerman.com

PROPOSED COUNSEL FOR DEBTORS AND
DEBTORS-IN-POSSESSION

{37695407;1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-_____ |
| | § | |
| Debtors. | § | (Joint Administration Pending) |

## LIST OF EQUITY INTEREST HOLDERS FOR BUFFETS, LLC

I, Peter Donbavand, Vice President for Buffets, LLC, a Minnesota limited liability company, declare under penalty of perjury that I have read the List attached hereto as Exhibit "A" and that it is true and correct to the best of my knowledge, information and belief.

Dated: March 7, 2016

Buffets, LLC
a Minnesota limited liability company

_____
Peter Donbavand
Vice President

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's, Inc. (7129). The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

{37673513;1}

## EXHIBIT A

| *Equity Holder* | *Address* | *Kind of Interests* |
|---|---|---|
| Buffets Holdings, LLC | 120 Chula Vista<br>Hollywood Park, TX 78232 | Sole member |

{37673513;1}  2

Fill in this information to identify the case:

Debtor name <u>Buffets, LLC</u>

United States Bankruptcy Court for the: <u>Western</u> District of <u>Texas</u>
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30[1] Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Christopher Gage and Heather Gage Kyle Long & Robert Pahlke Robert Pahlke Law Group 2425 Circle Drive, Suite 200 Scottsbluff, NE 69363 | Ian Sandefer Fuller, Sandefer & Associates 242 South Grant Street Casper, WY 82601 Fax: 307.265.2859 | | X | | | $ 11,371,472.50 |
| 2 | Van Eerden Distribution Co P. O. Box 3110 Grand Rapids, MI 49501-3110 | Van Eerden Distribution Co. c/o its Registered Agent, Tracy Christian 650 Ionia Ave SW Grand Rapids, MI 49503 Phone: (616) 475-0900 Fax : (616) 475-0990 | | | | | | $ 2,992,508.22 |
| 3 | California State Tax Collector 1010 10th St. PO Box 859 Modesto, CA 95353 | | | | | | | $ 2,751,261.00 |

---

[1] Debtors contemporaneously filed Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information for Individual Creditors, and (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information.

Debtor   __Buffets, LLC_____   Case number (If known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | Pocono Profoods P. O. Box 669 Stroudsburg, PA 18360 | Pocono Profoods c/o Pocono Produce Co., Inc. Rt. 191 & Chipperfield Dr. Stroudsburg, PA 18360 Pocono Profoods c/o Pocono Produce Co., Inc. Attn.: Terrence B. Snyder, its President Rt. 191 & Chipperfield Dr. Stroudsburg, PA 18360 Phone: 570-421-4990 Fax: 570-424-5790 | | | | | $ 2,048,563.76 |
| 5 | Saladino's Inc. P. O. Box 12266 Fresno, CA 93777-2266 | Saladino's Inc. c/o its Registered Agent, Craig Saladino 3325 W. Figarden Dr. Fresno, CA 93711 Phone: 559-271-3700 Fax: 559-271-3701 Saladino's Inc. 4397 N. Golden State Blvd. Fresno, CA 93722 | | | | | $ 1,906,498.10 |
| 6 | Oracle 500 Oracle Parkway Redwood Shores, CA 94065 | Kyle M. Zipes, Esq. 500 Oracle Parkway 5op764 Redwood Shores, CA 94065 Phone: (650) 506-0237 Email: kyle.zipes@oracle.com Oracle Corporation c/o its Registered Agent, Corporation Services Company 2710 Gateway Oaks Dr., Ste. 150N Sacramento, CA 95833 | | X | | | $ 1,737,175.80 |
| 7 | General Mills #1 General Mills Blvd. Minneapolis, MN 55426 | Jim Vaughan National Accounts Manager General Mills Sales, Inc. #1 General Mills Blvd. Minneapolis, MN 55426 Phone: (763) 420-8766 Email: Jim.Vaughan@genmills.com | | X | | | |

Debtor   __Buffets, LLC_____   Case number *(if known)* _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Micros<br>500 Oracle Parkway<br>Redwood Shores, CA  94065 | Kyle M. Zipes, Esq.<br>500 Oracle Parkway<br>5op764<br>Redwood Shores, CA  94065<br>Phone: (650) 506-0237<br>Email: kyle.zipes@oracle.com | | X | | | $ 1,511,513.84 |
| 9 | Bryce King<br>1099 Duffer Circle<br>North Salt Lake, UT  84054 | | | | | | $ 1,102,600.00 |
| 10 | Haag Food Service Inc.<br>P. O. Box 4520<br>Carol Stream, IL  60197-4520 | Haag Food Service Inc.<br>c/o its Registered Agent,<br>Jack Garcia<br>300 Haag St.<br>PO Box 348<br>Breese, IL 62330<br>Phone: 618-526-7120<br>Fax: 618-526-2802<br><br>Haag Food Service Inc.<br>c/o its President<br>Jack E. Garcia<br>71 N. 12th St.<br>Breese, IL 62330 | | | | | $ 888,240.50 |
| 11 | Realty Income Corporation<br>11995 El Camino Real<br>San Diego, CA  92130<br><br>Phone: 800-375-6700 | Realty Income Corporation<br>c/o its Registered Agent,<br>Corporation Services Company<br>2710 Gateway Oaks Dr., Ste. 150N<br>Sacramento, CA 95833 | | | | | $ 789,933.58 |
| 12 | Arc Properties Partnership LP<br>Vereit<br>Suite 1100<br>2325 East Camelback Road<br>Phoenix, AZ  85016 | Arc Properties Partnership LP n/k/a Vereit Operating Partnership, L.P.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | | | | | $ 754,560.23 |

Debtor __Buffets, LLC__   Case number *(if known)* _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | Windstream  4001 Rodney Parham Road  Little Rock, AR 72212 | Ben Kent  Windstream Corporation  4001 Rodney Parham Road  Little Rock, AR 72212  Fax: (918) 664-6876  Windstream Corporation  c/o its Registered Agent,  The Corporation Company  124 West Capitol Avenue  Suite 1900  Little Rock, AR 72201 | | X | | | $ 776,547.50 |
| 14 | Berta Martin Del Camp  Khorrami Boucher Sumner Sanguinetti, LLC  Thirty-Third Floor  444 S. Flower, St.  Los Angeles, CA 90071 | Sahag Majarian II,  Law Offices of Sahag Majarian  18250 Ventura Boulevard  Tarzana, CA 91356  Fax: (818) 609-0892 | | X | | | $ 739,690.01 |
| 15 | Gallagher Basset Services, Inc.  CFO  The Gallagher Centre  2 Pierce Place  Itasca, IL 60143 | General Counsel  Arther J. Gallagher &Co.  The Gallagher Centre  2 Pierce Place  Itasca, IL 60143  Fax: 630.285.4000  Gallagher Basset Services, Inc.  c/o its Registered Agent,  Prentice Hall Corporation  801 Adlai Stevenson Dr.  Springfield, IL 62703 | | | | | $ 428,639.28 |
| 16 | SYSCO Food Service  P. O. Box 509101  San Diego, CA 92150-9101 | SYSCO Food Service  1390 Enclave Parkway  Houston, TX 77077  Fax: 858-513-7253  SYSCO Food Service  c/o its Registered Agent,  Corporation Service Company  2711 Centerville Rd., Suite 400  Wilmington, DE 19808 | | | | | $ 420,189.46 |

Debtor  __Buffets, LLC_____     Case number *(if known)* _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | Cole BU Portfolio II, LLC<br>Vereit<br>Suite 100<br>2325 East Camelback Road<br>Phoenix, AZ 85016 | Cole BU Portfolio II, LLC<br>c/o its Registered Agent, The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | | | | | $ 378,725.10 |
| 18 | Spirit Master Funding VII LLC<br>Attn: Portfolio Servicing<br>16767 N. Perimeter Drive<br>Scottsdale, AZ 85260 | Spirit Master Funding VII LLC<br>c/o its Registered Agent, The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | | | | | $ 377,735.31 |
| 19 | Food Services of America<br>P. O. Box 3929<br>Portland, OR 97208 | Food Services of America<br>c/o its Registered Agent,<br>CT Corporation System<br>388 State St., Ste 420<br>Salem, OR 97301<br><br>Food Services of America<br>PO Box 25109<br>Scottsdale, AZ 85255<br><br>Food Services of America<br>16100 N. 71st St., Ste 400<br>Scottsdale, AZ 85254<br>Fax: 480.927.4299 | | | | | $ 301,196.14 |
| 20 | ADP<br>5800 Windward Parkway<br>Alpharetta, GA 30005 | ADP (Automatic Data Processing, Inc.)<br>Attn.: Legal Dept.<br>One ADP Boulevard<br>Roseland, NJ 07068<br><br>ADP (Automatic Data Processing, Inc.)<br>Attn.: Michael Bonarti, General Counsel<br>One ADP Boulevard<br>Roseland, NJ 07068<br>Phone: (973)974-5692<br>Email: michael.bonarti@adp.com<br><br>ADP<br>c/o its Registered Agent, The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | | | | | $ 261,923.00 |

Debtor     Buffets, LLC                                   Case number *(if known)* _____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Illinois State<br>Office of the State Fire Marshal<br>1035 Stevenson Drive<br>Springfield, IL 62703-4259 | Phone: (217) 785-0969<br>Fax: (217) 782-1062 | | | | | $ 237,178.00 |
| 22 | Missouri State<br>Dept. of Revenue<br>301 West High St.<br>P. O. Box 155<br>Jefferson City, MO 65105-0155 | Email: dormail@dor.mo.gov | | | | | $ 202,938.48 |
| 23 | Sunrise Produce<br>500 Burning Tree Road<br>Fullerton, CA 92833<br><br>Fax: 323-582-5222<br>Email: customerservice@sunriseproduce.com | Loewy Enterprises<br>d/b/a Sunrise Produce<br>c/o its Registered Agent,<br>Al Avila<br>8442 Fontana St.<br>Downey, CA 90241 | | | | | $ 199,169.02 |
| 24 | Ohio State<br>Ohio Dept. of Taxation<br>P. O. Box 2476<br>Columbus, OH 43266-0076 | Fax: (614) 387-1847 | | | | | $ 179,975.12 |
| 25 | Pennsylvania State<br>Dept. of Revenue<br>Dept. 280421<br>Harrisburg, PA 17128-0421 | | | | | | $ 178,890.73 |
| 26 | South Carolina State<br>Unclaimed Property Program<br>P. O. Box 11778<br>Columbia, SC 29211 | Fax: (803) 734-2668 | | | | | $ 153,152.00 |
| 27 | New York State<br>Dept. of State<br>41 State St.<br>Albany, NY 12231 | | | | | | $ 139,949.64 |
| 28 | Icee Company<br>1205 DuPont Ave.<br>Ontario, CA 91761<br><br>Phone: 1-800-874-4233<br>E-Mail: contacticee@icee.com | The Icee Company<br>c/o its Registered Agent,<br>CT Corporation System<br>818 West Seventh St., Ste. 930<br>Los Angeles, CA 90017 | | | | | $ 137,931.34 |
| 29 | Minnesota State<br>Secretary of State<br>60 Empire Dr., Ste. 100<br>St. Paul, MN 55103 | Fax: (651) 297-7067 | | | | | $ 134,353.00 |

Debtor  **Buffets, LLC**  Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30  Alabama State Dept. Revenue Corp. Income Tax P. O. Box 327430 Montgomery, AL 36132-7430 | Fax: (334) 353-8046 | | | | | $ 125,518.07 |