IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-RBK |
| | § | |
| Debtors. | § | (Joint Administration Pending) |

## NOTICE OF CONSENT TO USE CASH COLLATERAL

Buffet's LLC, *et al* (collectively the "Debtors") debtors and debtors-in-possession in the

above-captioned chapter 11 case, herby files this Notice of Consent to Use Cash Collateral and

for such would show as follows:

1.     The Debtors' prepetition secured creditors, Alamo CRG, LLC; Larrac Inv., LLC;

Dayspring Operating, LLC; All Jones, LLC; BPTX Holdings, LLC; FMP SA Management

Group, LLC (collectively "Noteholders") assert an interest in the cash held by each of the

Debtors.  In addition, Alamo CRG, LLC has offered the Debtors a DIP loan which, if approved

by the Court, will be secured by a lien on the Debtors' cash superior to any lien on the Debtors'

cash held by the Noteholders.

2.     Section 363(a)(2) of the Bankruptcy Code provides in general that debtors may

not use cash collateral absent either consent from each entity that has an interest in the cash

collateral or the court, after notice and a hearing, authorizes use of the cash collateral in

accordance with applicable provisions of Section 363.

3.     Attached as **Exhibit 1** is a letter from counsel to the Noteholders consenting to the

Debtors' use of their cash on the terms set forth therein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's, Inc. (7129).  The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

4. For the avoidance of doubt, this agreement is not intended to be, and should not be construed to be, an admission by the Debtors of the extent, validity or priority of the Noteholders' liens, if any, on the Debtors' cash or bank accounts, all rights with respect to such being reserved by the Debtors and the Noteholders.

Dated: March 7, 2016

Respectfully submitted,

AKERMAN LLP

   /s/ David W. Parham
David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX  75201
Telephone:    (214) 720-4300
Facsimile:    (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

and

Andrea Hartley (*Pro Hac Vice* Pending)
Florida Bar No. 864234
Esther A. McKean (*Pro Hac Vice* Pending)
Florida Bar No. 28124
Amy M. Leitch (*Pro Hac Vice* Pending)
Florida Bar No. 90112
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Telephone:    (305) 374-5600
Facsimile:    (305) 374-5095
andrea.hartley@akerman.com
esther.mckean@akerman.com
amy.leitch@akerman.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION