IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **BUFFETS, LLC.**, et al.[1], | : | Case No. 16-50557 (RBK) |
| | : | |
| | : | (Joint Administration Pending) |
| Debtors. | : | |
| | : | |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of **WESTFIELD, LLC**, and **WESTLAND SOUTH SHORE MALL L.P.** (Westfield South Shore, Bay Shore, New York), collectively as landlord, creditor and party-in-interest in the above-captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

> Niclas A. Ferland, Esq.
> Ilan Markus, Esq.
> LeClairRyan, A Professional Corporation
> 545 Long Wharf Drive, 9th Floor
> New Haven, CT  06511
> Telephone: (203) 672-3211
> Facsimile: (203) 672-3232
> Email:  niclas.ferland@leclairryan.com

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications,

---

[1] The Debtors in these cases are Buffets, LLC, Hometown Buffet, Inc., OCB Purchasing Co., OCB Restaurant Company, LLC, Ryan's Restaurant Group, LLC, and Fire Mountain Restaurants, LLC.

disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the name and address set forth above be added to any short list in this case.

Dated: March 7, 2016
New Haven, Connecticut

**LeCLAIRRYAN,**
**a Professional Corporation**

/s/ David V. Wilson, II
David V. Wilson, II
Attorney at Law
1233 West Loop South, Suite 1000
Houston, Texas 77027
Tel: (713) 752-8360
Fax: (713) 650-0027
Email: David.Wilson@leclairryan.com

- and -

Niclas A. Ferland, Esq.
Ilan Markus, Esq.
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
Telephone: (203) 672-3211
Facsimile: (203) 672-3232
Email: niclas.ferland@leclairryan.com

Counsel to: Westfield, LLC and Westland South Shore Mall L.P.