IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, | § | Case No. 16-50557 |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| | § | |
| HOMETOWN BUFFET, INC., | § | Case No. 16-50558 |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| | § | |
| OCB RESTAURANT COMPANY, LLC, | § | Case No. 16-50559 |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| | § | |
| OCB PURCHASING, CO., | § | Case No. 16-50561 |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| | § | |
| RYAN'S RESTAURANT GROUP, LLC, | § | Case No. 16-50562 |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIRE MOUNTAIN RESTAURANTS, LLC, | § | Case No. 16-50563 |
| | § | |
| Debtor. | § | |
| In re: | § | Chapter 11 |
| | § | |
| TAHOE JOE'S, INC., | § | Case No. 16-50564 |
| | § | |
| Debtor. | § | (Joint Administration Pending) |

**NOTICE OF HEARING ON FIRST DAY MATTERS**

Please take notice that the Court has set a hearing be conducted on **March 8, 2016 at 2:30 p.m.** before the Honorable Ronald B. King, Hipolito F. Garcia Federal Building and United States Courthouse, 615 E. Houston St., Courtroom 1, San Antonio, Texas 78205, to consider the following:

{37695624;1}

1. EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015 [DOCKET 2]

2. DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO FILE A CONSOLIDATED LIST OF THE 30 LARGEST UNSECURED CREDITORS, (II) AUTHORIZING THE DEBTORS TO REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUAL CREDITORS, AND (III) APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THE CHAPTER 11 CASES AND OTHER INFORMATION [DOCKET 4]

3. DEBTORS' EMERGENCY MOTION FOR ENTRY OF ORDER (I) AUTHORIZING DEBTORS TO, IN THE ORDINARY COURSE, (A) USE CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS AND (B) PERFORM INTERCOMPANY TRANSACTIONS, (II) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO HONOR AND PROCESS ALL RELATED CHECK AND ELECTRONIC PAYMENT REQUESTS, AND (III) GRANTING RELATED RELIEF [DOCKET 5]

4. DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) DETERMINING THAT UTILITY PROVIDERS HAVE BEEN PROVIDED WITH ADEQUATE ASSURANCE OF PAYMENT, (II) APPROVING PROPOSED ADEQUATE ASSURANCE PROCEDURES, (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES, (IV) DETERMINING THAT DEBTORS ARE NOT REQUIRED TO PROVIDE ANY ADDITIONAL ASSURANCE, (V) SCHEDULING A HEARING TO CONSIDER ENTRY OF A FINAL ORDER, AND (VI) GRANTING RELATED RELIEF [DOCKET 6]

5. DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO ENTER INTO TRANSACTION OUTSIDE THE ORDINARY COURSE OF BUSINESS BY TRANSFERRING EMPLOYMENT OF EMPLOYEES FROM DEBTOR TAHOE JOE'S, INC. TO NON-DEBTOR AFFILIATE FMP OVATION-PAYROLL LLC [DOCKET 8]

6. DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING A PROCEDURE FOR DETERMINING CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT; (II) AUTHORIZING THE DEBTORS TO PAY CERTAIN PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURE COMMODITIES ACT, AND (III) GRANTING RELATED RELIEF [DOCKET 9]

7. DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER GRANTING AN (I) EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS (II) EXTENDING THE TIME TO SCHEDULE THE MEETING OF CREDITORS (III) ALLOWING DEBTORS' SCHEDULES AND

STATEMENTS TO REFLECT ASSETS AND LIABILITIES AS OF MARCH 2, 2016 AND (IV) RELATED RELIEF [DOCKET 10]

8. DEBTORS' EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 1107(a) TO ESTABLISH CRITICAL VENDOR PAYMENT PROCEDURES [DOCKET 12]

9. DEBTORS' EMERGENCY MOTION FOR AUTHORIZATION TO (A) CONTINUE CUSTOMER PROGRAMS IN THE ORDINARY COURSE OF BUSINESS AND (B) OTHERWISE HONOR PRE-PETITION OBLIGATIONS RELATED THERETO [DOCKET 14]

10. DEBTORS' EMERGENCY MOTION FOR ENTRY OF ORDER (I) AUTHORIZING, BUT NOT DIRECTING, DEBTORS TO (A) MAINTAIN EXISTING INSURANCE PROGRAMS AND EXISTING INSURANCE PREMIUM FINANCING AGREEMENT, AND (B) FUND ALL OBLIGATIONS IN RESPECT THEREOF, AND (II) GRANTING RELATED RELIEF [DOCKET 15]

11. EMERGENCY MOTION FOR INTERIM AND FINAL AUTHORITY FOR THE DEBTORS TO USE CASH COLLATERAL, OBTAIN DEBTOR IN POSSESSION FINANCING, AND DETERMINING ADEQUATE PROTECTION, SUPERPRIORITY CLAIMS AND LIENS [DOCKET 16]

12. DEBTORS' EMERGENCY MOTION FOR ENTRY OF ORDER (I) AUTHORIZING DEBTOR TO (A) PAY PRE-PETITION WAGES AND OTHER COMPENSATION, AND EMPLOYEE BENEFITS, AND (B) CONTINUE EXISTING EMPLOYEE BENEFIT PLANS AND PROGRAMS, (II) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO PAY ALL CHECKS AND ELECTRONIC PAYMENT REQUESTS, (III) APPROVING THE DEBTORS' DISCRETIONARY EMPLOYEE INCENTIVE PROGRAMS, AND (IV) GRANTING RELATED RELIEF [DOCKET 17]

13. DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING, BUT NOT DIRECTING, DEBTOR TO PAY TAXES AND FEES, AND (II) GRANTING RELATED RELIEF [DOCKET 18]

Copies of the above-referenced filings and additional case information can be obtained at

www.donlinrecano.com/buffets.

Dated: March 7, 2016

Respectfully submitted,

AKERMAN LLP

  /s/ John E. Mitchell
David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

and

Andrea S. Hartley (*Pro Hac Vice* Pending)
Florida Bar No. 864234
Esther A. McKean (*Pro Hac Vice* Pending)
Florida Bar No. 28124
Amy M. Leitch (*Pro Hac Vice* Pending)
Florida Bar No. 90112
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
andrea.hartley@akerman.com
esther.mckean@akerman.com
amy.leitch@akerman.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION