IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>BUFFETS, LLC,<br><br>                Debtors. | Chapter 11<br><br>Case No. 16-50557 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that the law firm of Arnall Golden Gregory LLP ("AGG") acting by and through its attorneys, Darryl S. Laddin and Frank N. White, represents Sysco Knoxville, LLC and Sysco Central California, Inc. (collectively "Sysco"), creditor herein.

The undersigned law firm and attorneys hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002 and 3017. All such notices should be addressed as follows:

> Darryl S. Laddin, Esq.
> Frank N. White, Esq.
> Arnall Golden Gregory LLP
> 171 17th Street, NW, Suite 2100
> Atlanta, Georgia 30363-1031
> Telephone: (404) 873-8500
> Fax: (404) 873-8501
> Emails: darryl.laddin@agg.com
>           frank.white@agg.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report,

8623617v1

pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of Sysco's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this cases or in any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to Sysco is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Sysco expressly reserves.

Respectfully submitted this the 7th day of March, 2016.

        ARNALL GOLDEN GREGORY LLP

        */s/ Darryl S. Laddin*
        Darryl S. Laddin (GA Bar #460793)
        Frank N. White (GA Bar #753377)
        171 17th Street, NW, Suite 2100
        Atlanta, Georgia 30363-1031
        Telephone: 404.873.8500
        Fax: 404.873.8501
        darryl.laddin@agg.com
        frank.white@agg.com

        *Attorneys for Sysco*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of March 2016, a true and correct copy of the foregoing was placed in an envelope bearing sufficient postage and deposited in the U.S. Mail, addressed to the following persons at the following addresses:

| | |
|---|---|
| John E. Mitchell | David W. Parham |
| Akerman LLP | Akerman LLP |
| 2550 Trammell Crow Center | 2001 Ross Ave. |
| 2001 Ross Avenue | Suite 2550 |
| Dallas, TX 75201 | Dallas, TX 75201 |

Dated:  March 7, 2016

                                              */s/ Darryl S. Laddin*
                                              Darryl S. Laddin