**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **BUFFETS, LLC**, et al.[1] | : | Case No. 16-50557 (RBK) |
| | : | |
| Debtors. | : | (Joint Administration Pending) |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that CenterCal Properties, Inc., Starwood Retail Partners LLC and The Macerich Company (collectively, the "Landlords"), appearing through their counsel, Katten Muchin Rosenman LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

>  Katten Muchin Rosenman LLP
>  c/o Dustin P. Branch, Esq.
>  c/o Brian D. Huben, Esq.
>  2029 Century Park East, Suite 2600
>  Los Angeles, California 90067-3012
>  Telephone: 310.788.4400
>  Facsimile: 310.788.4471
>  E-mail: dustin.branch@kattenlaw.com
>  E-mail: brian.huben@kattenlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or

---

[1] The Debtors in these cases are Buffets, LLC, Hometown Buffet, Inc., OCB Purchasing Co., OCB Restaurant Company, LLC, Ryan's Restaurant Group, LLC, and Fire Mountain Restaurants, LLC.

informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated: March 7, 2016

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ Dustin P. Branch
Dustin P. Branch, Cal. Bar No. 174909
Brian D. Huben, Cal. Bar No. 134354
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
E-mail: dustin.branch@kattenlaw.com
E-mail: brian.huben@kattenlaw.com

Attorneys for Landlord Creditors
CenterCal Properties, Inc., Starwood Retail
Partners LLC and The Macerich Company

## **CERTIFICATE OF SERVICE**

I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** on the interested parties in this action as follows:

(X) **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 7, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

( X) **(BY MAIL – See attached service list)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 7, 2016, at Los Angeles, California.



*/s/ Donna Carolo*
Donna Carolo

## SERVICE LIST

**VIA ECF**

John E. Mitchell – john.mitchell@akerman.com
David W. Parham – david.parham@akerman.com
David V. Wilson, II – david.wilson@leclairryan.com
Niclas A. Ferland – niclas.ferland@leclairryan.com
Darryl S. Laddin – darryl.laddin@agg.com
Frank N. White – frank.white@agg.com

**VIA U.S. MAIL**

Buffets, LLC
120 Chula Vista Drive
Hollywood Park, TX 78232