IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-RBK |
| | § | |
| Debtors. | § | (Joint Administration Pending) |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Esther A. McKean ("Applicant") moves this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Buffets, LLC, Hometown Buffet, Inc., OCB Restaurant Company, LLC, OCB Purchasing, Co., Ryan's Restaurant Group, LLC, Fire Mountain Restaurants, LLC, and Tahoe Joe's, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Akerman LLP with offices at

> Three Brickell City Centre
> 98 Southeast Seventh Street
> Miami, FL 33131
> 305.374.5600 (telephone)
> 305.374.5095 (facsimile)
> esther.mckean@akerman.com

2. Since October 3, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of Florida. Applicant's bar license number is 28124.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003) and Tahoe Joe's Inc. The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

{37664760;1}

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| U.S. Court of Appeals, Eleventh Circuit | 1/18/2008 |
| U.S. District Court, Middle District of Florida | 12/1/2006 |
| U.S. District Court, Northern District of Florida | 12/4/2006 |
| U.S. District Court, Southern District of Florida | 2/12/2007 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has not requested admission pro hac vice in the Bankruptcy Court of the Western District of Texas in the preceding twelve months.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Esther A. McKean to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Dated: March 7, 2016    Respectfully submitted,

> */s/ Esther A. McKean*
> Esther A. McKean
> Florida Bar No. 28124
> AKERMAN LLP
> Three Brickell City Centre
> 98 Southeast Seventh Street
> Miami, FL 33131
> Telephone: 305.374.5600
> Fax: 305.374.5095
> Email Address: esther.mckean@akerman.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of March, 2016.

> */s/ Esther A. McKean*
> Esther A. McKean
> Florida Bar No. 28124

{37664760;1}    3