IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

---

In re:

BUFFETS, LLC, *et. al.*

Debtor.

---

Chapter 11

Case No. 16-50557

(Joint Administration Pending)

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned, appearing for Inland Commercial Real Estate Services, LLC and Inland Commercial Property Management, Inc. (hereafter the "Creditors"), pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9007, hereby request that all notices given to or required to be served in these cases be given and served upon the undersigned at the office, address, and telephone numbers set forth below:

Kevin M. Newman, Esq.
MENTER, RUDIN & TRIVELPIECE, PC
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Email: knewman@menterlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

**PLEASE TAKE FURTHER NOTICE**, that the Creditors intend that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Creditors' right to have final orders in non-core matters entered only after *de novo* review by a District Court

{KMN/PRINT/DSM/01171849.DOCX}

Judge, (2) Creditors' right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related in these cases, (3) Creditors' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

Dated: March 8, 2016  
        Syracuse, New York

**MENTER, RUDIN & TRIVELPIECE, P.C.**  
*Attorneys for Inland Commercial Real Estate Services, LLC and Inland Commercial Property Management, Inc.*

By:    */s/Kevin M. Newman*  
Kevin M. Newman  
Office and Post Office Address  
308 Maltbie Street, Suite 200  
Syracuse, New York 13204-1439  
Telephone: (315) 474-7541  
Facsimile: (315) 474-4040