BUFFETS 000008

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>**BUFFETS, LLC et al.,**<br><br>Debtors. | § **CHAPTER 11**<br>§<br>§<br>§ **Case No. 16-50557- rbk**<br>§<br>§ **(Joint Administration**<br>§  **Pending)**<br>§ |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                             )  ss:
COUNTY OF KINGS      )

I, Robert Rotman declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 7th day of March, 2016, I caused a true and accurate copy of the "Debtors' Emergency Motion for Entry of Order (I) Authorizing, But Not Directing, Debtors To (A) Maintain Existing Insurance Programs and Existing Insurance Premium Financing Agreement, And (B) Funding All Obligations In Respect Thereof, And (II) Granting Related Relief", along with the relevant exhibits (Docket No. 15), to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

BUFFETS 000008

4.    I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of March, 2016 at Brooklyn, New York.

By _____

Robert Rotman

Sworn before me this
8th day of March 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14 2017

# EXHIBIT 1

**Buffets, LLC, et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                    03/07/2016 09:05:26 PM

| | | | |
|---|---|---|---|
| 000095P001-1339S-005<br>ADP<br>MICHAEL BONARTI GEN COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068<br>MICHAEL.BONARTI@ADP.COM | 000112P001-1339S-005<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012<br>DUSTIN.BRANCH@KATTENLAW.COM | 000112P001-1339S-005<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012<br>BRIAN.HUBEN@KATTENLAW.COM | 000065P001-1339S-005<br>GENERAL MILLS<br>JIM VAUGHAN NAT ACCT MGR<br>1 GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426<br>JIM.VAUGHAN@GENMILLS.COM |
| 000106P001-1339S-005<br>ICEE COMPANY<br>1205 DUPONT AVE<br>ONTARIO CA 91761<br>CONTACTICEE@ICEE.COM | 000066P001-1339S-005<br>MICROS<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065<br>KYLE.ZIPES@ORACLE.COM | 000098P001-1339S-005<br>MISSOURI STATE DEPT OF REVENUE<br>301 WEST HIGH ST PO BOX 155<br>JEFFERSON CITY MO 65105-0155<br>DORMAIL@DOR.MO.GOV | 000100P001-1339S-005<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833<br>CUSTOMERSERVICE@SUNRISEPRODUCE.COM |
| 000111P001-1339S-005<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031<br>DARRYL.LADDIN@AGG.COM | 000111P001-1339S-005<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031<br>FRANK.WHITE@AGG.COM | 000109P001-1339S-005<br>WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC NICLAS FERLAND<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511<br>NICLAS.FERLAND@LECLAIRRYAN.COM | |

Records Printed :                    11

**Buffets, LLC, et al.**
**Electronic Mail**
**Exhibit Page**

03/07/2016 03:50:08 PM

| | | | |
|---|---|---|---|
| 000029P001-1339A-008 | 000001P001-1339A-008 | 000027P001-1339A-008 | 000022P001-1339A-008 |
| ACE NORTH AMERICAN CLAIMS | ACE USA COMPANIES | ACE WESTCHESTER CLAIMS | CHUBB GROUP OF INSURANCE COS |
| PO BOX 5122 | CUSTOMER SUPPORT SVS DEPT | PO BOX 5119 | CLAIMS DEPT |
| SCRANTON PA 18505-0554 | 436 WALNUT ST PO BOX 1000 | SCRANTON PA 18505-0549 | 82 HOPMEADOW ST PO BOX 2002 |
| ACECLAIMSFIRSTNOTICE@ACEGROUP.COM | PHILADELPHIA PA 19106-3703 | WSGPROP-INCLAIMS@ACEGROUP.COM | SIMSBURY CT 06070-7683 |
| | ACEUSCUSTOMERSERVICES@ACEGROUP.COM | | SPECIALTYCLAIMS@CHUBB.COM |

| | | | |
|---|---|---|---|
| 000004P001-1339A-008 | 000002P001-1339A-008 | 000037P001-1339A-008 | 000017P001-1339A-008 |
| ILLINOIS DEPT OF INSURANCE | TEXAS DEPT OF INSURANCE | WEST VIRGINIA OFFICE OF INSUR COMMISSIONER | XL GROUP |
| 320 W WASHINGTON ST | PO BOX 149104 | SELF INSURANCE DIV | PO BOX 614002 |
| SPRINGFIELD IL 62767 | AUSTIN TX 78714-9104 | ANGIE SHEPHERD | ORLANDO FL 32861-4002 |
| CONSUMER_COMPLAINTS@INS.STATE.IL.US | CONSUMERPROTECTION@TDI.TEXAS.GOV | PO BOX 50540 | NAPROPCASCLAIMNEWNOTICES@XLGROUP.COM |
| | | CHARLESTON WV 25305-0540 | |
| | | ANGELA.SHEPHERD@WVINSURANCE.GOV | |

Records Printed :                    **8**

**EXHIBIT 2**

# Buffets, LLC, et al.
## Federal Express
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000093P001-1339S-005<br>ADP<br>LEGAL DEPT<br>ONE ADP BLVD<br>ROSELAND NJ 07068 | 000094P001-1339S-005<br>ADP<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000095P001-1339S-005<br>ADP<br>MICHAEL BONARTI GEN COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068 | 000096P001-1339S-005<br>ADP<br>5800 WINDWARD PKWY<br>ALPHARETTA GA 30005 |
| 000073P001-1339S-005<br>ARC PROPERTIES PARTNERSHIP LP<br>NKA VEREIT OPERATING PARTNERSHIP LP<br>THE CORPORATION TRUST CO<br>1209 ORANGE ST CORP TRUST CTR<br>WILMINGTON DE 19801 | 000074P001-1339S-005<br>ARC PROPERTIES PARTNERSHIP LP<br>VEREIT<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000077P001-1339S-005<br>BERTA MARTIN DEL CAMP<br>KHORRAMI BOUCHER SUMNER SANGUINETTI LLC<br>444 S FLOWER ST THIRTY THIRD FL<br>LOS ANGELES CA 90071 | 000078P001-1339S-005<br>BERTA MARTIN DEL CAMP<br>LAW OFFICES OF SAHAG MAJARIAN S MAJARIAN II<br>18250 VENTURA BLVD<br>TARZANA CA 91356 |
| 000067P001-1339S-005<br>BRYCE KING<br>1099 DUFFER CIR<br>NORTH SALT LAKE UT 84054 | 000112P001-1339S-005<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 | 000053P001-1339S-005<br>CHRISTOPHER GAGE AND HEATHER GAGE<br>FULLER SANDEFER AND ASSOCIATES IAN SANDEFER<br>242 SOUTH GRANT ST<br>CASPER WY 82601 | 000110P001-1339S-005<br>CHRISTOPHER GAGE AND HEATHER GAGE<br>Robert Pahlke Law Group K. Long & R. Pahlke<br>2425 Circle Drive, Suite 200<br>Scottsbluff NE 69363 |
| 000085P001-1339S-005<br>COLE BU PORTFOLIO II LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000086P001-1339S-005<br>COLE BU PORTFOLIO II LLC<br>VEREIT<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000049P001-1339S-005<br>DEPARTMENT OF EDUCATION<br>400 MARYLAND AVE SW RM 6E353<br>WASHINGTON DC 20202 | 000089P001-1339S-005<br>FOOD SVCS OF AMERICA<br>ITS REG AGENT CT CORP SYSTEM<br>388 STATE ST STE 420<br>SALEM OR 97301 |
| 000091P001-1339S-005<br>FOOD SVCS OF AMERICA<br>16100 N 71ST ST STE 400<br>SCOTTSDALE AZ 85254 | 000079P001-1339S-005<br>GALLAGHER BASSET SVCS INC<br>CFO<br>2 PIERCE PL THE GALLAGHER CTR<br>ITASCA IL 60143 | 000080P001-1339S-005<br>GALLAGHER BASSET SVCS INC<br>ARTHER J GALLAGHER AND CO GEN COUNSEL<br>2 PIERCE PL THE GALLAGHER CTR<br>ITASCA IL 60143 | 000081P001-1339S-005<br>GALLAGHER BASSET SVCS INC<br>ITS REG AGENT PRENTICE HALL CORP<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703 |
| 000065P001-1339S-005<br>GENERAL MILLS<br>JIM VAUGHAN NAT ACCT MGR<br>1 GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426 | 000069P001-1339S-005<br>HAAG FOOD SVCS INC<br>JACK E GARCIA PRESIDENT<br>71 N 12TH ST<br>BREESE IL 62330 | 000105P001-1339S-005<br>ICEE COMPANY<br>ITS REG AGENT CT CORP SYSTEM<br>818 WEST SEVENTH ST STE 930<br>LOS ANGELES CA 90017 | 000106P001-1339S-005<br>ICEE COMPANY<br>1205 DUPONT AVE<br>ONTARIO CA 91761 |
| 000097P001-1339S-005<br>ILLINOIS STATE<br>OFFICE OF THE STATE FIRE MARSH<br>1035 STEVENSON DR<br>SPRINGFIELD IL 62703-4259 | 000066P001-1339S-005<br>MICROS<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000107P001-1339S-005<br>MINNESOTA STATE SECRETARY OF STATE<br>60 EMPIRE DR STE 100<br>ST PAUL MN 55103 | 000104P001-1339S-005<br>NEW YORK STATE DEPT OF STATE<br>41 STATE ST<br>ALBANY NY 12231 |

# Buffets, LLC, et al.
## Federal Express
## Exhibit Pages

03/07/2016 09:09:42 PM

---

000064P001-1339S-005
ORACLE
KYLE M ZIPES ESQ
500 ORACLE PKWY 5OP764
REDWOOD SHORES CA 94065

000063P001-1339S-005
ORACLE CORP
ITS REG AGENT CORP SVCS CO
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

000102P001-1339S-005
PENNSYLVANIA  STATE DEPT OF REVENUE
DEPT 280421
HARRISBURG PA 17128-0421

000057P001-1339S-005
POCONO PROFOODS
POCONO PRODUCE CO INC
RT 191 AND CHIPPERFIELD DR
STROUDSBURG PA 18360

000058P001-1339S-005
POCONO PROFOODS
POCONO PRODUCE CO INC TERRENCE B SNYDER
RT 191 AND CHIPPERFIELD DR
STROUDSBURG PA 18360

000071P001-1339S-005
REALTY INCOME CORP
ITS REG AGENT CORP SVCS CO
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

000072P001-1339S-005
REALTY INCOME CORP
11995 EL CAMINO REAL
SAN DIEGO CA 92130

000060P001-1339S-005
SALADINOS INC
ITS REGISTERED AGENT CRAIG SALADINO
3325 W FIGARDEN DR
FRESNO CA 93711

000061P001-1339S-005
SALADINOS INC
4397 N GOLDEN STATE BLVD
FRESNO CA 93722

000087P001-1339S-005
SPIRIT MASTER FUNDING VII LLC
PORTFOLIO SERVICING
16767 N PERIMETER DR
SCOTTSDALE AZ 85260

000088P001-1339S-005
SPIRIT MASTER FUNDING VII LLC
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CT
WILMINGTON DE 19801

000099P001-1339S-005
SUNRISE PRODUCE
LOEWY ENTERPRISES REG AGENT AL AVILA
8442 FONTANA ST
DOWNEY CA 90241

000100P001-1339S-005
SUNRISE PRODUCE
500 BURNING TREE RD
FULLERTON CA 92833

000082P001-1339S-005
SYSCO FOOD SVCS
1390 ENCLAVE PKWY
HOUSTON TX 77077

000083P001-1339S-005
SYSCO FOOD SVCS
ITS REG AGENT CORP SERVICE CO
2711 CENTERVILLE RD STE 400
WILMINGTON DE 19808

000111P001-1339S-005
SYSCO KNOXVILLE AND SYSCO CENTRAL CA
ARNALL GOLDEN ET AL D S LADDIN
171 17TH ST NW STE 2100
ATLANTA GA 30363-1031

000051P001-1339S-005
TEXAS WORKFORCE COMMISSION
101 EAST 15TH ST
AUSTIN TX 78778

000045P001-1339S-005
UNITED STATES ATTORNEY
601 N W LOOP 410 STE 600
SAN ANTONIO TX 78216

000046P001-1339S-005
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530

000047P001-1339S-005
UNITED STATES TRUSTEE
615 E HOUSTON STE 533
SAN ANTONIO TX 78205

000041P001-1339S-005
US DEPT OF HUD
451 7TH ST SW RM 10258
WASHINGTON DC 20410

000042P001-1339S-005
US DEPT OF HUD
801 CHERRY ST STE 2500 UNIT 45
FORT WORTH TX 76102

000043P001-1339S-005
US DEPT OF HUD
HIPOLITO GARCIA FEDL BLDNG AND COURTHOUSE
615 E HOUSTON ST RM 347
SAN ANTONIO TX 78205

000039P002-1339S-005
US SMALL BUSINESS ADMINISTRATION
2120 RIVERFRONT DR STE 100
LITTLE ROCK AR 72202

000040P001-1339S-005
VA REGIONAL OFFICE
2515 MURWORTH DR
HOUSTON TX 77054

000054P001-1339S-005
VAN EERDEN DISTRIBUTION CO
ITS REGISTERED AGENT TRACY CHRISTIAN
650 IONIA AVE SW
GRAND RAPIDS MI 49503

000109P001-1339S-005
WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP
LECLAIRRYAN PC NICLAS FERLAND
545 LONG WHARF DR 9TH FL
NEW HAVEN CT 06511

000075P001-1339S-005
WINDSTREAM
ITS REG AGENT THE CORP CO
124 WEST CAPITOL AVE STE 1900
LITTLE ROCK AR 72201

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

000076P001-1339S-005
WINDSTREAM
BEN KENT
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212

Records Printed :              **57**

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

03/07/2016 03:58:02 PM

000042P001-1339A-008
ACE AMERICAN INSURANCE COMPANY
1133 AVENUE OF THE AMERICAS 38TH FL
NEW YORK NY 10036

000005P001-1339A-008
ACE COMPANIES
ACE USA PROPERTY AND CASUALTY
CENTRALIZED OPERATIONS
1 BEAVER VALLEY RD
WILMINGTON DE 19803

000031P001-1339A-008
ACE GROUP OF INSURANCE COMPANIES
SAVERIO ROCCA ASST GENERAL COUNSEL
436 WALNUT ST
PHILADELPHIA PA 19106-3703

000028P001-1339A-008
ACE GROUP OF INSURANCE COS
SAVERIO ROCCA ASST GENERAL COUNSEL
436 WALNUT ST
PHILADELPHIA PA 19106-3703

000008P001-1339A-008
ACE NORTH AMERICA
STEPHEN MEYER
455 MARKET ST
SAN FRANCISCO CA 94105

000012P001-1339A-008
AFFILIATED FM INSURANCE CO
300 S NORTHWEST HWY
PARK RIDGE IL 60068

000014P001-1339A-008
AFFILIATED FM INSURANCE CO
270 CENTRAL AVE
JOHNSTON RI 02919-4949

000531P001-1339A-008
ASSURANT SPECIALTY PROPERTY
THE CHRISTENSEN GROUP IRI
11100 BREN RD W STE A
MINNETONKA MN 55343-6002

000035P001-1339A-008
BANK DIRECT CAPITAL FINANCE
150 NORTH FIELD DRIVE STE 190
LAKE FOREST IL 60045

000032P001-1339A-008
CATALYTIC RISK MANAGERS
AND INSURANCE AGENCY LLC
2381 ROSECRANS AVE STE 330
EL SEGUNDO CA 90245

000535P001-1339A-008
CHRISTENSEN GROUP INSURANCE
JILL WHITNAH
11100 BREN RD WEST
MINNETONKA MN 55343

000021P001-1339A-008
CHUBB GROUP OF INSURANCE COS
15 MOUNTAIN VIEW RD
WARREN NJ 07059

000023P001-1339A-008
CHUBB GROUP OF INSURANCE COS
UNDERWRITING
82 HOPMEADOW ST
SIMSBURY CT 06070-7683

000024P001-1339A-008
FEDERAL INSURANCE CO
CHUBB GROUP INSURANCE COMPANIES
82 HOPMEADOW ST
SIMSBURY CT 06070-7683

000034P001-1339A-008
FLWA SVCS CORP
FOLEY LARDNER LLP
555 CALIFORNIA ST STE 1700
SAN FRANCISCO CA 94104-1520

000036P001-1339A-008
GEORGIA SELF INSURERS GUARANTY TRUST FUND
880 WEST PEACHTREE ST
ATLANTA GA 30309

000533P001-1339A-008
HARTFORD INSURANCE COMPANY
CHRISTENSEN GROUP INC
11100 BREN RD W
MINNETONKA MN 55343-6001

000534P001-1339A-008
HARTFORD INSURANCE COMPANY
LOCKTON COMPANIES ST LOUIS SERIES
3 CITY PLACE DR STE 900
SAINT LOUIS MO 63141-7088

000004P001-1339A-008
ILLINOIS DEPT OF INSURANCE
320 W WASHINGTON ST
SPRINGFIELD IL 62767

000025P001-1339A-008
ILLINOIS UNION INSURANCE CO
525 WEST MONROE ST STE 400
CHICAGO IL 60661

000039P001-1339A-008
ILLINOIS UNION INSURANCE CO
SWETT AND CRAWFORD
920 SECOND AVENUE SOUTH STE 600
MINNEAPOLIS MN 55402

000529P001-1339A-008
LIBERTY MUTUAL INSURANCE
175 BERKELEY ST
BOSTON MA 02116

000530P001-1339A-008
LIBERTY MUTUAL INSURANCE
THE CHRISTENSEN GROUP INC
11100 BREN RD W
MINNETONKA MN 55343-6001

000040P001-1339A-008
LLOYDS OF LONDON
SWETT AND CRAWFORD
920 SECOND AVENUE SOUTH STE 600
MINNEAPOLIS MN 55402

000041P001-1339A-008
LLOYDS OF LONDON
150 NORTH FIELD DR
LAKE FOREST IL 60045

000532P001-1339A-008
LLOYDS OF LONDON CATLIN
XL SPECIALTY INSURANCE COMPANY
190 SOUTH LASALLE ST STE 3900
CHICAGO IL 60603

000003P001-1339A-008
LOCKTON COMPANIES LLC
3 CITY PLACE DR STE 900
ST LOUIS MO 63141-7021

000033P001-1339A-008
MENDES AND MOUNT
750 SEVENTH AVE
NEW YORK NY 10019-6829

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

03/07/2016 03:58:02 PM

| | | | |
|---|---|---|---|
| 000011P001-1339A-008<br>MINNESOTA INSURANCE GUARANTY ASSOC<br>4640 WEST 77TH ST STE 342<br>EDINA MN 55435 | 000020P001-1339A-008<br>MINNESOTA INSURANCE GUARANTY ASSOC<br>MINNESOTA DEPT OF INSURANCE<br>4640 WEST 77TH ST<br>EDINA MN 55435 | 000018P001-1339A-008<br>NAVIGATORS INSURANCE CO<br>1 PENN PLZ<br>NEW YORK NY 10119 | 000045P001-1339A-008<br>NAVIGATORS INSURANCE COMPANY<br>1 PENN PLAZA<br>NEW YORK NY 10119 |
| 000019P001-1339A-008<br>NAVIGATORS MANAGEMENT CO INC<br>CLAIMS DIVISION<br>1375 E WOODFIELD RD STE 720<br>SCHAUMBURG IL 60173 | 000038P001-1339A-008<br>OHIO BUREAU OF WORKERS COMPENSATION<br>SELF-INSURED DEPT<br>30 WEST SPRING ST 22ND FLR<br>COLUMBUS OH 43215-2256 | 000026P001-1339A-008<br>SWETT CRAWFORD OF GEO<br>1 NORTH FRANKLIN ST<br>CHICAGO IL 60606 | 000030P001-1339A-008<br>WESTCHESTER SURPLUS LINES INSURANCE CO<br>11575 GREAT OAKS WAY STE 200 ROYAL CENTRE TWO<br>ALPHARETTA GA 30022 |
| 000044P001-1339A-008<br>XL INSURANCE COMPANY<br>LOCKTON UK<br>150 NORTH FIELD DR<br>LAKE FOREST IL 60045 | 000015P001-1339A-008<br>XL SPECIALTY INSURANCE CO<br>190 SOUTH LASALLE ST STE 3900<br>CHICAGO IL 60603 | 000016P001-1339A-008<br>XL SPECIALTY INSURANCE CO<br>DEPT REGULATORY<br>505 EAGLEVIEW BLVD STE 100<br>EXTON PA 19341-1120 | 000043P001-1339A-008<br>XL SPECIALTY INSURANCE CO<br>70 SEAVIEW AVE SEAVIEW HOUSE<br>STAMFORD CT 06902 |

Records Printed :            **40**

**EXHIBIT 3**

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

03/07/2016 09:10:17 PM

---

000108P001-1339S-005
ALABAMA STATE DEPT REVENUE
CORP INCOME TAX
PO BOX 327430
MONTGOMERY AL 36132

000048P001-1339S-005
ARMY AIRFORCE EXCHANGE AAFES
PO BOX 740933
DALLAS TX 75374-

000056P001-1339S-005
CALIFORNIA STATE TAX COLLECTOR
1010 10TH ST PO BOX 859
MODESTO CA 95353-

000090P001-1339S-005
FOOD SVCS OF AMERICA
PO BOX 25109
SCOTTSDALE AZ 85255-

000092P001-1339S-005
FOOD SVCS OF AMERICA
PO BOX 3929
PORTLAND OR 97208-

000068P001-1339S-005
HAAG FOOD SVCS INC
ITS REG AGENT JACK GARCIA
300 HAAG ST PO BOX 348
BREESE IL 62330-

000070P001-1339S-005
HAAG FOOD SVCS INC
PO BOX 4520
CAROL STREAM IL 60197

000044P001-1339S-005
INTERNAL REVENUE SVCS
PO BOX 7346
PHILADELPHIA PA 19101

000098P001-1339S-005
MISSOURI STATE DEPT OF REVENUE
301 WEST HIGH ST PO BOX 155
JEFFERSON CITY MO 65105

000101P001-1339S-005
OHIO STATE
OHIO DEPT OF TAXATION
PO BOX 2476
COLUMBUS OH 43266

000059P001-1339S-005
POCONO PROFOODS
PO BOX 669
STROUDSBURG PA 18360-

000062P001-1339S-005
SALADINOS INC
PO BOX 12266
FRESNO CA 93777

000103P001-1339S-005
SOUTH CAROLINA STATE
UNCLAIMED PROPERTY PROGRAM
PO BOX 11778
COLUMBIA SC 29211-

000084P001-1339S-005
SYSCO FOOD SVCS
PO BOX 509101
SAN DIEGO CA 92150

000052P001-1339S-005
TEXAS ALCOHOLIC BEVERAGE COMMISSION
PO BOX 13127
AUSTIN TX 78711-

000050P001-1339S-005
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-

000055P001-1339S-005
VAN EERDEN DISTRIBUTION CO
PO BOX 3110
GRAND RAPIDS MI 49501

Records Printed :          17

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                     03/07/2016 03:57:33 PM

000009P001-1339A-008
ACE FIRE UNDERWRITERS INS CO
436 WALNUT ST PO BOX 1000
PHILADELPHIA PA 19106

000029P001-1339A-008
ACE NORTH AMERICAN CLAIMS
PO BOX 5122
SCRANTON PA 18505

000006P001-1339A-008
ACE USA
5404 CYPRESS CENTER DR PO BOX 23928
TAMPA FL 33623

000007P001-1339A-008
ACE USA
NEW ENGLAND WORKERS COMP CLAIM CTR
PO BOX 5001
HARTFORD CT 06102

000001P001-1339A-008
ACE USA COMPANIES
CUSTOMER SUPPORT SVS DEPT
436 WALNUT ST PO BOX 1000
PHILADELPHIA PA 19106

000027P001-1339A-008
ACE WESTCHESTER CLAIMS
PO BOX 5119
SCRANTON PA 18505

000010P001-1339A-008
AFFILIATED FM INSURANCE CO
PO BOX 7500
JOHNSTON RI 02919-

000022P001-1339A-008
CHUBB GROUP OF INSURANCE COS
CLAIMS DEPT
82 HOPMEADOW ST PO BOX 2002
SIMSBURY CT 06070

000013P001-1339A-008
FM GLOBAL
PO BOX 7500
JOHNSTON RI 02919-

000002P001-1339A-008
TEXAS DEPT OF INSURANCE
PO BOX 149104
AUSTIN TX 78714

000037P001-1339A-008
WEST VIRGINIA OFFICE OF INSUR COMMISSIONER
SELF INSURANCE DIV
ANGIE SHEPHERD
PO BOX 50540
CHARLESTON WV 25305

000017P001-1339A-008
XL GROUP
PO BOX 614002
ORLANDO FL 32861

Records Printed :          **12**