BUFFETS 000006

IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS SAN
ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br><br>BUFFETS, LLC et al.,<br><br>Debtors. | § § § § § § § § § § | CHAPTER 11<br><br>Case No. 16-50557- rbk<br><br>(Joint Administration Pending) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Robert Rotman declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 7th day of March, 2016, I caused a true and accurate copy of the "Debtors' First Motion to (I) Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 Nunc Pro Tunc to the Petition Date and (II) Abandon Personal Property Related thereto Pursuant to 11 U.S.C. § 554", along with the proposed Order (Docket No. 11), to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

BUFFETS 000006

4.  I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of March, 2016 at Brooklyn, New York.

By _____
Robert Rotman

Sworn before me this
8th day of March 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14 2017

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000095P001-1339S-005<br>ADP<br>MICHAEL BONARTI GEN COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068<br>MICHAEL.BONARTI@ADP.COM | 000112P001-1339S-005<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012<br>DUSTIN.BRANCH@KATTENLAW.COM | 000112P001-1339S-005<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012<br>BRIAN.HUBEN@KATTENLAW.COM | 000065P001-1339S-005<br>GENERAL MILLS<br>JIM VAUGHAN NAT ACCT MGR<br>1 GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426<br>JIM.VAUGHAN@GENMILLS.COM |
| 000106P001-1339S-005<br>ICEE COMPANY<br>1205 DUPONT AVE<br>ONTARIO CA 91761<br>CONTACTICEE@ICEE.COM | 000066P001-1339S-005<br>MICROS<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065<br>KYLE.ZIPES@ORACLE.COM | 000098P001-1339S-005<br>MISSOURI STATE DEPT OF REVENUE<br>301 WEST HIGH ST PO BOX 155<br>JEFFERSON CITY MO 65105-0155<br>DORMAIL@DOR.MO.GOV | 000100P001-1339S-005<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833<br>CUSTOMERSERVICE@SUNRISEPRODUCE.COM |
| 000111P001-1339S-005<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031<br>DARRYL.LADDIN@AGG.COM | 000111P001-1339S-005<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031<br>FRANK.WHITE@AGG.COM | 000109P001-1339S-005<br>WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC NICLAS FERLAND<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511<br>NICLAS.FERLAND@LECLAIRRYAN.COM | |

Records Printed :          11

16-50557-rbk Doc#41 Filed 03/08/16 Entered 03/08/16 12:44:07 Main Document Pg 5 of 17

Buffets, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 3                                                                                   03/07/2016 03:27:09 PM

| | | | |
|---|---|---|---|
| 000078P001-1339A-006<br>2000 ROBERT LLC<br>COLLIERS INTERNATIONAL/MINNEAPOLIS-ST PAUL<br>HARTMAN ANN<br>4350 BAKER RD STE 400<br>MINNETONKA MN 55343<br>ANN.HARTMAN@COLLIERS.COM | 000057P001-1339A-006<br>ALTER PROPERTY LLC<br>ALTER-HAAS ROBIN<br>4743 55TH ST<br>SAN DIEGO CA 92115<br>ALTERHAAS@COX.NET | 000047P001-1339A-006<br>ARC DBPPROP001 LLC<br>VEREIT JONES TONIA<br>2325 E CAMELBACK RD STE 1100<br>PHOENIX AZ 85016<br>TJONES@VEREIT.COM | 000072P001-1339A-006<br>B SKEE LLC<br>PANORAMA PROPERTY MGMT<br>PALIK DON<br>7790 EAST ARAPAHOE RD STE 200<br>CENTENNIAL CO 80112<br>DON@PANORAMAPROPERTY.COM |
| 000068P001-1339A-006<br>BIG DOLPHIN LLC<br>E VALENCIA INVESTMENTS LLC<br>VALILIS PANAGIOTIS<br>11930 VISTA DEL SOL #C<br>EL PASO TX 79936<br>VALILIS@SBCGLOBAL.NET | 000050P001-1339A-006<br>BILLY D AND STEPHANIE YARBROUGH<br>YARBROUGH STEPHANIE<br>ADDRESS INTENTIONALLY OMITTED<br>YARBRO4457@ATT.NET | 000054P001-1339A-006<br>BRANDYWINE SQUARE LLC<br>LAMBERT JANET<br>4767 CONCORD PIKE<br>WILMINGTON DE 19803<br>JLAMB@ALLIEDREALPROP.COM | 000095P001-1339A-006<br>BRIXMOR BERKSHIRE CROSSING LLC<br>BRIXMOR PROPERTY GROUP<br>POPE LARRY<br>450 LEXINGTON AVE 13TH FL<br>NEW YORK NY 10170<br>LARRY.POPE@BRIXMOR.COM |
| 000056P001-1339A-006<br>BYRON F WHITE TRUSTEE OF THE BRYON F WHITE<br>REVOCABLE TRUST WHITE AND ROBINSON<br>WESTERN SHARON<br>591 CAMINO DE LA REINA STE 616<br>SAN DIEGO CA 92108<br>WANDR@PACBELL.NET | 000049P001-1339A-006<br>C STEWART K STEWART AND DC STEWART<br>STEWART JOYCE<br>ADDRESS INTENTIONALLY OMITTED<br>JOSAM@CENTURYTEL.NET | 000084P001-1339A-006<br>CENTRE AT FORESTVILLE LLC<br>PETRIE ROSS MBROH KWAME<br>1919 WEST ST STE 100<br>ANNAPOLIS MD 21401<br>KMBROH@PETRIEROSS.COM | 000066P001-1339A-006<br>CITY OF SAN MARCOS<br>MAGALLANES ROSIE<br>1 CIVIC CENTER DR<br>SAN MARCOS CA 92069<br>RMAGALLANES@SAN-MARCOS.NET |
| 000087P001-1339A-006<br>CLAIREMONT VILLAGE QUAD LLC<br>KLEEGE ENTERPRISES HANSEN STACEY<br>12625 HIGH BLUFF DR STE 310<br>SAN DIEGO CA 92130<br>STACEY@KLEEGE.COM | 000069P001-1339A-006<br>COLE BU PORTFOLIO II LLC<br>VEREIT DAVIS CARRIE<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016<br>CDAVIS@VEREIT.COM | 000093P001-1339A-006<br>COLUMBIA RETAIL DST<br>INLAND COMMERCIAL PROPERTY MANAGEMENTINC<br>HOLLIS CYNTHIA<br>814 COMMERCE DR STE 300<br>OAK BROOK IL 60523<br>HOLLIS@INLANDREALESTATE.COM | 000080P001-1339A-006<br>COUNTRY CLUB PLAZA INVESTORS LLC<br>PRESSAS PENNY<br>2310 WATT AVE<br>SACRAMENTO CA 95825<br>PENNY.PRESSAS@COLLIERS.COM |
| 000051P001-1339A-006<br>ELIZABETH M RAUCH TRST U WILL ROBERT F MONTS<br>MONTS INVST PROPERTIES W S COMRCL REAL ESTATE<br>SMITH BILL<br>3936 SUNSET BLVD<br>WEST COLUMBIA SC 29169<br>BILL@WSCREALESTATE.COM | 000089P001-1339A-006<br>F AND M SORCI LAND CO INC<br>BIAGINI PROPERTIES INC KEMPIS EVANGELINE<br>333 W EL CAMINO REAL STE 240<br>SUNNYVALE CA 94087<br>EVANGELINE@BIAGINIPROPERTIES.COM | 000081P001-1339A-006<br>FI MENTOR I LLC<br>FIRST INTERSTATE PROPERTIES LTD<br>GOODRICH CHRIS<br>25333 CEDAR RD STE 300<br>LYNDHURST OH 44124<br>CG@FIRST-INTERSTATE.COM | 000060P001-1339A-006<br>FR FLORIDA INC<br>FEDERAL REALTY INVESTMENT TRUST<br>BYRD SHARON<br>1626 EAST JEFFERSON ST<br>ROCKVILLE MD 20852<br>SBYRD@FEDERALREALTY.COM |
| 000086P001-1339A-006<br>FRANK MISSION MARKETPLACE LLC<br>NEWMARK MERRILL COMPANIES<br>BRANNON CATRINA<br>5850 CANOGA AVE STE 650<br>WOODLAND HILLS CA 91367<br>CBRANNON@NEWMARKMERRILL.COM | 000058P001-1339A-006<br>HAWTHORNE REAL ESTATE PARTNERS LLC<br>CRIDER TORRI OR MARCUS<br>2215 AVENIDA OLIVA<br>SAN CLEMENTE CA 92673<br>CRIDERMARCUS@GMAIL.COM | 000064P001-1339A-006<br>HICKORY POINT PLAZA LLC<br>MAIN PLACE PROPERTIESLLC<br>DOWD TIM<br>101 S MAIN STREET STE 800<br>DECATUR IL 62523<br>T.DOWD@DOWDDEVELOPMENT.COM | 000067P001-1339A-006<br>HOME DEPOT<br>DECKERS VINCENT<br>2455 PACES FERRY RD<br>ATLANTA GA 30339<br>VINCENT_DECKERS@HOMEDEPOT.COM |

16-50557-rbk Doc#41 Filed 03/08/16 Entered 03/08/16 12:44:07 Main Document Pg 6 of 17

Buffets, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 3                                                                03/07/2016 03:27:09 PM

| | | | |
|---|---|---|---|
| 000075P001-1339A-006<br>HORIZON MANAGEMENT LLC<br>HERMAN PHIL<br>3539 DOUGLAS DR<br>CRYSTAL MN 55422<br>HORIZON-MANAGEMENT@COMCAST.NET | 000079P001-1339A-006<br>INLAND COMMERCIAL PROPERTY MGMT<br>WEBERLING LIZ<br>814 COMMERCE DR STE 300<br>OAK BROOK IL 60523<br>WEBERLING@INLANDREALESTATE.COM | 000097P001-1339A-006<br>JPMCC 2006-CIBC14 1481 1535 W MASON ST LLC<br>MLG MANAGEMENT LLC COLLINS LIZ<br>757 N BROADWAY STE 700<br>MILWAUKEE WI 53202<br>EAC@MLGCOMMERCIAL.COM | 000073P001-1339A-006<br>LAGUNA WOODS CANYON LLC<br>GANJIANPOUR RAMIN<br>4699 WHITE OAK<br>ENCINO CA 91316<br>RGANJIAN@AOL.COM |
| 000096P001-1339A-006<br>LEE PEARSON AN INDIVIDUAL<br>PEARSON LEE<br>ADDRESS INTENTIONALLY OMITTED<br>TRIFINC@AOL.COM | 000053P001-1339A-006<br>LINDA B JONES<br>JONES LINDA<br>ADDRESS INTENTIONALLY OMITTED<br>LINDABELL77@AOL.COM | 000076P001-1339A-006<br>MIRA MESA SHOPPING CENTER WEST<br>ALLEN DON<br>8294 MIRA MESA BLVD<br>SAN DIEGO CA 92126<br>DON.A@MESACENTERS.COM | 000083P001-1339A-006<br>MS JUDITH GAEDE A SINGLE PERSON<br>GAEDE JUDITH<br>ADDRESS INTENTIONALLY OMITTED<br>JUDYGAEDE.GAEDE@GMAIL.COM |
| 000065P001-1339A-006<br>NIKI HOLDINGS LP<br>THE NIKI GROUPLLC SULLIVAN ANGELA<br>11260 EL CAMINO REAL STE 220<br>SAN DIEGO CA 92130<br>ANGELA@THENIKIGROUP.COM | 000082P001-1339A-006<br>NMC SANTA ANA LLC GINSBORG BOYS LLC<br>AND BRISTOL CHINO II LLC NEWMARK MERRILL COS<br>EMERY STACY<br>5850 CANOGA AVE STE 650<br>WOODLAND HILLS CA 91367<br>SEMERY@NEWMARKMERRILL.COM | 000098P001-1339A-006<br>PIKE PARK ASSOCIATES LLLP<br>MARYLAND FINANCIAL INVESTORSINC<br>REILLY STEPHANIE<br>2800 QUARRY LAKE DR STE 340<br>BALTIMORE MD 21209<br>STEPHANIE@MFIMANAGEMENT.COM | 000048P001-1339A-006<br>PLAMEX INVESTMENT LLC<br>GREENLAND PROPERTY MANAGEMENT LLC<br>LEE THOMAS<br>PO BOX 489<br>BUENA PARK CA 90621<br>THOMASLEE@MDPROPERTIES.COM |
| 000046P001-1339A-006<br>PR WARRINGTON LIMITED PARTNERSHIP<br>RIOCAN AMERICA MANAGEMENT LP<br>DOLLY TOM<br>307 FELLOWSHIP RD STE 116<br>MT LAUREL NJ 08054<br>TDOLLEY@RIOCAN.COM | 000101P001-1339A-006<br>REALTY INCOME CORP<br>KREWER AMANDA<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130<br>AKREWER@REALTYINCOME.COM | 000100P001-1339A-006<br>REALTY INCOME TEXAS PROPERTIES 1 LLC<br>REALTY INCOME CORP LIBBY GREG<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130<br>GLIBBY@REALTYINCOME.COM | 000055P001-1339A-006<br>RED ROSE COMMONS ASSOCIATES LP<br>GOLDMAN MYRA<br>350 SENTRY PKWY BLDG 630 STE 300<br>BLUE BELL PA 19422<br>MGOLDMAN@GOLDENBERGGROUP.COM |
| 000077P001-1339A-006<br>RICHFIELD SHOPPES LLC<br>MID-AMERICA REAL ESTATE-MINNESOTALLC<br>RIEGER MATT<br>5353 WAYZATA BLVD<br>MINNEAPOLIS MN 55416<br>MRIEGER@MIDAMERICAGRP.COM | 000091P001-1339A-006<br>ROSEDALE COMMONS LP<br>WELSH COMPANIESLLC DBA COLLIERS INTERNATIONAL<br>GILMAN JERRY<br>4350 BAKER RD STE 400<br>MINNETONKA MN 55343<br>JERRY.GILMAN@COLLIERS.COM | 000059P001-1339A-006<br>SB ADVISORS INC<br>DEAN SHARON<br>PO BOX 3434<br>ENGLEWOOD CO 80155<br>SDEAN@BCDENVER.COM | 000092P001-1339A-006<br>SHELBY CHARLES ROAD LLC<br>COMMUNITY BANK OF RAYMORE<br>LINDQUIST SHERRIE<br>927 MILITARY<br>BAXTER SPRINGS KS 66713<br>SLINDQUIST@CBRONLINE.NET |
| 000062P001-1339A-006<br>SLO PROMENADE DE LLC<br>TKG MANAGEMENTINC LANDES TREY<br>211 N STADIUM BLVD STE 201<br>COLUMBIA MO 65203<br>TLANDES@THEKROENKEGROUP.COM | 000071P001-1339A-006<br>SPIRIT REALTY CAPITAL INC<br>PORTFOLIO SERVICING HUFFORD SEAN<br>16767 N PERIMETER DR<br>SCOTTSDALE AZ 85260<br>SHUFFORD@SPIRITREALTY.COM | 000061P001-1339A-006<br>VESTAR ARIZONA XXVI LLC<br>VESTAR DEVELOPMENT CO CORSON AMBER<br>2425 EAST CAMELBACK RD<br>PHOENIX AZ 85016<br>ACORSON@VESTAR.COM | 000052P001-1339A-006<br>WASHREIT CENTRE AT HAGERSTOWN LLC<br>WASHINGTON REAL ESTATE INVESTMENT TRUST<br>GARBER TIM<br>1775 EYE STREET NW STE 1000<br>WASHINGTON DC 20006<br>TGARBER@WASHREIT.COM |

**Buffets, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                                  03/07/2016 03:27:09 PM

| | |
|---|---|
| 000088P001-1339A-006<br>WCP SOUTHGATE PLAZA LLC<br>WRIGHTWOOD FINANCIAL FINN CASSANDRA<br>300 SOUTH WACKER DR STE 1250<br>CHICAGO IL 60606<br>CFINN@NEWMARKMERRILL.COM | 000102P001-1339A-006<br>WINDSTREAM COMMUNICATIONS LLC<br>BENJAMIN KENTCOUNSEL<br>4001 RODNEY PARHAM RD<br>LITTLE ROCK AR 72212<br>BENJAMIN.KENT@WINDSTREAM.COM |

Records Printed :        50

# EXHIBIT 2

# Buffets, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 2                                                                                         03/07/2016 09:09:42 PM

| | | | |
|---|---|---|---|
| 000093P001-1339S-005<br>ADP<br>LEGAL DEPT<br>ONE ADP BLVD<br>ROSELAND NJ 07068 | 000094P001-1339S-005<br>ADP<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000095P001-1339S-005<br>ADP<br>MICHAEL BONARTI GEN COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068 | 000096P001-1339S-005<br>ADP<br>5800 WINDWARD PKWY<br>ALPHARETTA GA 30005 |
| 000073P001-1339S-005<br>ARC PROPERTIES PARTNERSHIP LP<br>NKA VEREIT OPERATING PARTNERSHIP LP<br>THE CORPORATION TRUST CO<br>1209 ORANGE ST CORP TRUST CTR<br>WILMINGTON DE 19801 | 000074P001-1339S-005<br>ARC PROPERTIES PARTNERSHIP LP<br>VEREIT<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000077P001-1339S-005<br>BERTA MARTIN DEL CAMP<br>KHORRAMI BOUCHER SUMNER SANGUINETTI LLC<br>444 S FLOWER ST THIRTY THIRD FL<br>LOS ANGELES CA 90071 | 000078P001-1339S-005<br>BERTA MARTIN DEL CAMP<br>LAW OFFICES OF SAHAG MAJARIAN S MAJARIAN II<br>18250 VENTURA BLVD<br>TARZANA CA 91356 |
| 000067P001-1339S-005<br>BRYCE KING<br>1099 DUFFER CIR<br>NORTH SALT LAKE UT 84054 | 000112P001-1339S-005<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 | 000053P001-1339S-005<br>CHRISTOPHER GAGE AND HEATHER GAGE<br>FULLER SANDEFER AND ASSOCIATES IAN SANDEFER<br>242 SOUTH GRANT ST<br>CASPER WY 82601 | 000110P001-1339S-005<br>CHRISTOPHER GAGE AND HEATHER GAGE<br>Robert Pahlke Law Group K. Long & R. Pahlke<br>2425 Circle Drive, Suite 200<br>Scottsbluff NE 69363 |
| 000085P001-1339S-005<br>COLE BU PORTFOLIO II LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000086P001-1339S-005<br>COLE BU PORTFOLIO II LLC<br>VEREIT<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000049P001-1339S-005<br>DEPARTMENT OF EDUCATION<br>400 MARYLAND AVE SW RM 6E353<br>WASHINGTON DC 20202 | 000089P001-1339S-005<br>FOOD SVCS OF AMERICA<br>ITS REG AGENT CT CORP SYSTEM<br>388 STATE ST STE 420<br>SALEM OR 97301 |
| 000091P001-1339S-005<br>FOOD SVCS OF AMERICA<br>16100 N 71ST ST STE 400<br>SCOTTSDALE AZ 85254 | 000079P001-1339S-005<br>GALLAGHER BASSET SVCS INC<br>CFO<br>2 PIERCE PL THE GALLAGHER CTR<br>ITASCA IL 60143 | 000080P001-1339S-005<br>GALLAGHER BASSET SVCS INC<br>ARTHER J GALLAGHER AND CO GEN COUNSEL<br>2 PIERCE PL THE GALLAGHER CTR<br>ITASCA IL 60143 | 000081P001-1339S-005<br>GALLAGHER BASSET SVCS INC<br>ITS REG AGENT PRENTICE HALL CORP<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703 |
| 000065P001-1339S-005<br>GENERAL MILLS<br>JIM VAUGHAN NAT ACCT MGR<br>1 GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426 | 000069P001-1339S-005<br>HAAG FOOD SVCS INC<br>JACK E GARCIA PRESIDENT<br>71 N 12TH ST<br>BREESE IL 62330 | 000105P001-1339S-005<br>ICEE COMPANY<br>ITS REG AGENT CT CORP SYSTEM<br>818 WEST SEVENTH ST STE 930<br>LOS ANGELES CA 90017 | 000106P001-1339S-005<br>ICEE COMPANY<br>1205 DUPONT AVE<br>ONTARIO CA 91761 |
| 000097P001-1339S-005<br>ILLINOIS STATE<br>OFFICE OF THE STATE FIRE MARSH<br>1035 STEVENSON DR<br>SPRINGFIELD IL 62703-4259 | 000066P001-1339S-005<br>MICROS<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000107P001-1339S-005<br>MINNESOTA STATE SECRETARY OF STATE<br>60 EMPIRE DR STE 100<br>ST PAUL MN 55103 | 000104P001-1339S-005<br>NEW YORK STATE DEPT OF STATE<br>41 STATE ST<br>ALBANY NY 12231 |

# Buffets, LLC, et al.
## Federal Express
### Exhibit Pages

Page # : 2 of 2 | 03/07/2016 09:09:42 PM

| | | | |
|---|---|---|---|
| 000064P001-1339S-005<br>ORACLE<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000063P001-1339S-005<br>ORACLE CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000102P001-1339S-005<br>PENNSYLVANIA STATE DEPT OF REVENUE<br>DEPT 280421<br>HARRISBURG PA 17128-0421 | 000057P001-1339S-005<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 |
| 000058P001-1339S-005<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC TERRENCE B SNYDER<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 | 000071P001-1339S-005<br>REALTY INCOME CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000072P001-1339S-005<br>REALTY INCOME CORP<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130 | 000060P001-1339S-005<br>SALADINOS INC<br>ITS REGISTERED AGENT CRAIG SALADINO<br>3325 W FIGARDEN DR<br>FRESNO CA 93711 |
| 000061P001-1339S-005<br>SALADINOS INC<br>4397 N GOLDEN STATE BLVD<br>FRESNO CA 93722 | 000087P001-1339S-005<br>SPIRIT MASTER FUNDING VII LLC<br>PORTFOLIO SERVICING<br>16767 N PERIMETER DR<br>SCOTTSDALE AZ 85260 | 000088P001-1339S-005<br>SPIRIT MASTER FUNDING VII LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000099P001-1339S-005<br>SUNRISE PRODUCE<br>LOEWY ENTERPRISES REG AGENT AL AVILA<br>8442 FONTANA ST<br>DOWNEY CA 90241 |
| 000100P001-1339S-005<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833 | 000082P001-1339S-005<br>SYSCO FOOD SVCS<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077 | 000083P001-1339S-005<br>SYSCO FOOD SVCS<br>ITS REG AGENT CORP SERVICE CO<br>2711 CENTERVILLE RD STE 400<br>WILMINGTON DE 19808 | 000111P001-1339S-005<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031 |
| 000051P001-1339S-005<br>TEXAS WORKFORCE COMMISSION<br>101 EAST 15TH ST<br>AUSTIN TX 78778 | 000045P001-1339S-005<br>UNITED STATES ATTORNEY<br>601 N W LOOP 410 STE 600<br>SAN ANTONIO TX 78216 | 000046P001-1339S-005<br>UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530 | 000047P001-1339S-005<br>UNITED STATES TRUSTEE<br>615 E HOUSTON STE 533<br>SAN ANTONIO TX 78205 |
| 000041P001-1339S-005<br>US DEPT OF HUD<br>451 7TH ST SW RM 10258<br>WASHINGTON DC 20410 | 000042P001-1339S-005<br>US DEPT OF HUD<br>801 CHERRY ST STE 2500 UNIT 45<br>FORT WORTH TX 76102 | 000043P001-1339S-005<br>US DEPT OF HUD<br>HIPOLITO GARCIA FEDL BLDNG AND COURTHOUSE<br>615 E HOUSTON ST RM 347<br>SAN ANTONIO TX 78205 | 000039P002-1339S-005<br>US SMALL BUSINESS ADMINISTRATION<br>2120 RIVERFRONT DR STE 100<br>LITTLE ROCK AR 72202 |
| 000040P001-1339S-005<br>VA REGIONAL OFFICE<br>2515 MURWORTH DR<br>HOUSTON TX 77054 | 000054P001-1339S-005<br>VAN EERDEN DISTRIBUTION CO<br>ITS REGISTERED AGENT TRACY CHRISTIAN<br>650 IONIA AVE SW<br>GRAND RAPIDS MI 49503 | 000109P001-1339S-005<br>WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC NICLAS FERLAND<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511 | 000075P001-1339S-005<br>WINDSTREAM<br>ITS REG AGENT THE CORP CO<br>124 WEST CAPITOL AVE STE 1900<br>LITTLE ROCK AR 72201 |

# Buffets, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 3 of 2  03/07/2016 09:09:42 PM

000076P001-1339S-005
WINDSTREAM
BEN KENT
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212

Records Printed :   **57**

# Buffets, LLC, et al.
# Federal Express
# Exhibit Pages

Page # : 1 of 2                                                                                                                                   03/07/2016 03:36:13 PM

| | | | |
|---|---|---|---|
| 000078P001-1339A-006<br>2000 ROBERT LLC<br>COLLIERS INTERNATIONAL/MINNEAPOLIS-ST PAUL<br>HARTMAN ANN<br>4350 BAKER RD STE 400<br>MINNETONKA MN 55343 | 000057P001-1339A-006<br>ALTER PROPERTY LLC<br>ALTER-HAAS ROBIN<br>4743 55TH ST<br>SAN DIEGO CA 92115 | 000047P001-1339A-006<br>ARC DBPPROP001 LLC<br>VEREIT JONES TONIA<br>2325 E CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000047S001-1339A-006<br>ARC DBPPROP001 LLC<br>EASTON BUFFET LLC JIN CHUN YANG<br>230 WINGED FOOT DR<br>BLUE BELL PA 19422 |
| 000072P001-1339A-006<br>B SKEE LLC<br>PANORAMA PROPERTY MGMT<br>PALIK DON<br>7790 EAST ARAPAHOE RD STE 200<br>CENTENNIAL CO 80112 | 000068P001-1339A-006<br>BIG DOLPHIN LLC<br>E VALENCIA INVESTMENTS LLC<br>VALILIS PANAGIOTIS<br>11930 VISTA DEL SOL #C<br>EL PASO TX 79936 | 000050P001-1339A-006<br>BILLY D AND STEPHANIE YARBROUGH<br>YARBROUGH STEPHANIE<br>ADDRESS INTENTIONALLY OMITTED | 000054P001-1339A-006<br>BRANDYWINE SQUARE LLC<br>LAMBERT JANET<br>4767 CONCORD PIKE<br>WILMINGTON DE 19803 |
| 000095P001-1339A-006<br>BRIXMOR BERKSHIRE CROSSING LLC<br>BRIXMOR PROPERTY GROUP<br>POPE LARRY<br>450 LEXINGTON AVE 13TH FL<br>NEW YORK NY 10170 | 000056P001-1339A-006<br>BYRON F WHITE TRUSTEE OF THE BRYON F WHITE<br>REVOCABLE TRUST WHITE AND ROBINSON<br>WESTERN SHARON<br>591 CAMINO DE LA REINA STE 616<br>SAN DIEGO CA 92108 | 000049P001-1339A-006<br>C STEWART K STEWART AND DC STEWART<br>STEWART JOYCE<br>ADDRESS INTENTIONALLY OMITTED | 000084P001-1339A-006<br>CENTRE AT FORESTVILLE LLC<br>PETRIE ROSS MBROH KWAME<br>1919 WEST ST STE 100<br>ANNAPOLIS MD 21401 |
| 000066P001-1339A-006<br>CITY OF SAN MARCOS<br>MAGALLANES ROSIE<br>1 CIVIC CENTER DR<br>SAN MARCOS CA 92069 | 000087P001-1339A-006<br>CLAIREMONT VILLAGE QUAD LLC<br>KLEEGE ENTERPRISES HANSEN STACEY<br>12625 HIGH BLUFF DR STE 310<br>SAN DIEGO CA 92130 | 000069P001-1339A-006<br>COLE BU PORTFOLIO II LLC<br>VEREIT DAVIS CARRIE<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000093P001-1339A-006<br>COLUMBIA RETAIL DST<br>INLAND COMMERCIAL PROPERTY MANAGEMENTINC<br>HOLLIS CYNTHIA<br>814 COMMERCE DR STE 300<br>OAK BROOK IL 60523 |
| 000063P001-1339A-006<br>COMMERCE BANK NA<br>GHSC ASSOCIATES LP<br>5001 NORTH UNIVERSITY<br>PEORIA IL 61674 | 000070P001-1339A-006<br>COMMUNITY BANK OF RAYMORE AGENT<br>COMMUNITY BANK OF RAYMORE<br>927 MILITARY<br>BAXTER SPRINGS KS 66713 | 000085P001-1339A-006<br>COMMUNITY BANK OF RAYMORE AGENT<br>COMMUNITY BANK OF RAYMORE<br>LINDQUIST SHERRIE<br>927 MILITARY<br>BAXTER SPRINGS KS 66713 | 000080P001-1339A-006<br>COUNTRY CLUB PLAZA INVESTORS LLC<br>PRESSAS PENNY<br>2310 WATT AVE<br>SACRAMENTO CA 95825 |
| 000074P001-1339A-006<br>CRYSTAL GALLERY DEVELOPERS<br>MID-AMERICA REAL ESTATE-MINNESOTALLC<br>RIEGER MATT<br>5353 WAYZATA BLVD<br>MINNEAPOLIS MN 55416 | 000090P001-1339A-006<br>DONAHUE SCHRIBER REALTY GROUP LP<br>200 E BAKER ST STE 100<br>COSTA MESA CA 92626 | 000051P001-1339A-006<br>ELIZABETH M RAUCH TRST U WILL ROBERT F MONTS<br>MONTS INVST PROPERTIES W S COMRCL REAL ESTATE<br>SMITH BILL<br>3936 SUNSET BLVD<br>WEST COLUMBIA SC 29169 | 000089P001-1339A-006<br>F AND M SORCI LAND CO INC<br>BIAGINI PROPERTIES INC KEMPIS EVANGELINE<br>333 W EL CAMINO REAL STE 240<br>SUNNYVALE CA 94087 |
| 000081P001-1339A-006<br>FI MENTOR I LLC<br>FIRST INTERSTATE PROPERTIES LTD<br>GOODRICH CHRIS<br>25333 CEDAR RD STE 300<br>LYNDHURST OH 44124 | 000060P001-1339A-006<br>FR FLORIDA INC<br>FEDERAL REALTY INVESTMENT TRUST<br>BYRD SHARON<br>1626 EAST JEFFERSON ST<br>ROCKVILLE MD 20852 | 000086P001-1339A-006<br>FRANK MISSION MARKETPLACE LLC<br>NEWMARK MERRILL COMPANIES<br>BRANNON CATRINA<br>5850 CANOGA AVE STE 650<br>WOODLAND HILLS CA 91367 | 000058P001-1339A-006<br>HAWTHORNE REAL ESTATE PARTNERS LLC<br>CRIDER TORRI OR MARCUS<br>2215 AVENIDA OLIVA<br>SAN CLEMENTE CA 92673 |

# Buffets, LLC, et al.
## Federal Express
## Exhibit Pages

Page # : 2 of 2          03/07/2016 03:36:13 PM

| | | | |
|---|---|---|---|
| 000064P001-1339A-006<br>HICKORY POINT PLAZA LLC<br>MAIN PLACE PROPERTIESLLC<br>DOWD TIM<br>101 S MAIN STREET STE 800<br>DECATUR IL 62523 | 000067P001-1339A-006<br>HOME DEPOT<br>DECKERS VINCENT<br>2455 PACES FERRY RD<br>ATLANTA GA 30339 | 000075P001-1339A-006<br>HORIZON MANAGEMENT LLC<br>HERMAN PHIL<br>3539 DOUGLAS DR<br>CRYSTAL MN 55422 | 000079P001-1339A-006<br>INLAND COMMERCIAL PROPERTY MGMT<br>WEBERLING LIZ<br>814 COMMERCE DR STE 300<br>OAK BROOK IL 60523 |
| 000099P001-1339A-006<br>JOHN C STIEHM JR JOHN C STIEHM<br>KENNETH C PETERSON SUSAN K KUH<br>MID-AMERICA REAL ESTATE-MINNESOTALLC<br>5353 WAYZATA BLVD STE 650<br>MINNEAPOLIS MN 55416 | 000097P001-1339A-006<br>JPMCC 2006-CIBC14 1481 1535 W MASON ST LLC<br>MLG MANAGEMENT LLC COLLINS LIZ<br>757 N BROADWAY STE 700<br>MILWAUKEE WI 53202 | 000073P001-1339A-006<br>LAGUNA WOODS CANYON LLC<br>GANJIANPOUR RAMIN<br>4699 WHITE OAK<br>ENCINO CA 91316 | 000096P001-1339A-006<br>LEE PEARSON AN INDIVIDUAL<br>PEARSON LEE<br>ADDRESS INTENTIONALLY OMITTED |
| 000053P001-1339A-006<br>LINDA B JONES<br>JONES LINDA<br>ADDRESS INTENTIONALLY OMITTED | 000076P001-1339A-006<br>MIRA MESA SHOPPING CENTER WEST<br>ALLEN DON<br>8294 MIRA MESA BLVD<br>SAN DIEGO CA 92126 | 000083P001-1339A-006<br>MS JUDITH GAEDE A SINGLE PERSON<br>GAEDE JUDITH<br>ADDRESS INTENTIONALLY OMITTED | 000065P001-1339A-006<br>NIKI HOLDINGS LP<br>THE NIKI GROUPLLC SULLIVAN ANGELA<br>11260 EL CAMINO REAL STE 220<br>SAN DIEGO CA 92130 |
| 000082P001-1339A-006<br>NMC SANTA ANA LLC GINSBORG BOYS LLC<br>AND BRISTOL CHINO II LLC NEWMARK MERRILL COS<br>EMERY STACY<br>5850 CANOGA AVE STE 650<br>WOODLAND HILLS CA 91367 | 000098P001-1339A-006<br>PIKE PARK ASSOCIATES LLLP<br>MARYLAND FINANCIAL INVESTORSINC<br>REILLY STEPHANIE<br>2800 QUARRY LAKE DR STE 340<br>BALTIMORE MD 21209 | 000094P001-1339A-006<br>PLAZA 3000 PARTNERSHIP<br>AZURE PROPERTIES<br>95 S OWASSO BLVD WEST<br>ST PAUL MN 55117 | 000046P001-1339A-006<br>PR WARRINGTON LIMITED PARTNERSHIP<br>RIOCAN AMERICA MANAGEMENT LP<br>DOLLY TOM<br>307 FELLOWSHIP RD STE 116<br>MT LAUREL NJ 08054 |
| 000101P001-1339A-006<br>REALTY INCOME CORP<br>KREWER AMANDA<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130 | 000100P001-1339A-006<br>REALTY INCOME TEXAS PROPERTIES 1 LLC<br>REALTY INCOME CORP LIBBY GREG<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130 | 000055P001-1339A-006<br>RED ROSE COMMONS ASSOCIATES LP<br>GOLDMAN MYRA<br>350 SENTRY PKWY BLDG 630 STE 300<br>BLUE BELL PA 19422 | 000077P001-1339A-006<br>RICHFIELD SHOPPES LLC<br>MID-AMERICA REAL ESTATE-MINNESOTALLC<br>RIEGER MATT<br>5353 WAYZATA BLVD<br>MINNEAPOLIS MN 55416 |
| 000091P001-1339A-006<br>ROSEDALE COMMONS LP<br>WELSH COMPANIESLLC DBA COLLIERS INTERNATIONAL<br>GILMAN JERRY<br>4350 BAKER RD STE 400<br>MINNETONKA MN 55343 | 000092P001-1339A-006<br>SHELBY CHARLES ROAD LLC<br>COMMUNITY BANK OF RAYMORE<br>LINDQUIST SHERRIE<br>927 MILITARY<br>BAXTER SPRINGS KS 66713 | 000062P001-1339A-006<br>SLO PROMENADE DE LLC<br>TKG MANAGEMENTINC LANDES TREY<br>211 N STADIUM BLVD STE 201<br>COLUMBIA MO 65203 | 000071P001-1339A-006<br>SPIRIT REALTY CAPITAL INC<br>PORTFOLIO SERVICING HUFFORD SEAN<br>16767 N PERIMETER DR<br>SCOTTSDALE AZ 85260 |
| 000061P001-1339A-006<br>VESTAR ARIZONA XXVI LLC<br>VESTAR DEVELOPMENT CO CORSON AMBER<br>2425 EAST CAMELBACK RD<br>PHOENIX AZ 85016 | 000052P001-1339A-006<br>WASHREIT CENTRE AT HAGERSTOWN LLC<br>WASHINGTON REAL ESTATE INVESTMENT TRUST<br>GARBER TIM<br>1775 EYE STREET NW STE 1000<br>WASHINGTON DC 20006 | 000088P001-1339A-006<br>WCP SOUTHGATE PLAZA LLC<br>WRIGHTWOOD FINANCIAL FINN CASSANDRA<br>300 SOUTH WACKER DR STE 1250<br>CHICAGO IL 60606 | 000102P001-1339A-006<br>WINDSTREAM COMMUNICATIONS LLC<br>BENJAMIN KENTCOUNSEL<br>4001 RODNEY PARHAM RD<br>LITTLE ROCK AR 72212 |

## Buffets, LLC, et al.
## Federal Express
## Exhibit Pages

Page # : 3 of 2  03/07/2016 03:36:13 PM

| 000102S001-1339A-006 | 000102S002-1339A-006 |
|---|---|
| WINDSTREAM COMMUNICATIONS LLC | WINDSTREAM COMMUNICATIONS LLC |
| CORRESPONDENCE DIVISION | 13935 BISHOPS DR |
| 1720 GALLERIA BLVD | BROOKFIELD WI 53005 |
| CHARLOTTE NC 28270 | |

Records Printed :     58

# EXHIBIT 3

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                                                                    03/07/2016 09:10:17 PM

| | | | |
|---|---|---|---|
| 000108P001-1339S-005<br>ALABAMA STATE DEPT REVENUE<br>CORP INCOME TAX<br>PO BOX 327430<br>MONTGOMERY AL 36132 | 000048P001-1339S-005<br>ARMY AIRFORCE EXCHANGE AAFES<br>PO BOX 740933<br>DALLAS TX 75374- | 000056P001-1339S-005<br>CALIFORNIA STATE TAX COLLECTOR<br>1010 10TH ST PO BOX 859<br>MODESTO CA 95353- | 000090P001-1339S-005<br>FOOD SVCS OF AMERICA<br>PO BOX 25109<br>SCOTTSDALE AZ 85255- |
| 000092P001-1339S-005<br>FOOD SVCS OF AMERICA<br>PO BOX 3929<br>PORTLAND OR 97208- | 000068P001-1339S-005<br>HAAG FOOD SVCS INC<br>ITS REG AGENT JACK GARCIA<br>300 HAAG ST PO BOX 348<br>BREESE IL 62330- | 000070P001-1339S-005<br>HAAG FOOD SVCS INC<br>PO BOX 4520<br>CAROL STREAM IL 60197 | 000044P001-1339S-005<br>INTERNAL REVENUE SVCS<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| 000098P001-1339S-005<br>MISSOURI STATE DEPT OF REVENUE<br>301 WEST HIGH ST PO BOX 155<br>JEFFERSON CITY MO 65105 | 000101P001-1339S-005<br>OHIO STATE<br>OHIO DEPT OF TAXATION<br>PO BOX 2476<br>COLUMBUS OH 43266 | 000059P001-1339S-005<br>POCONO PROFOODS<br>PO BOX 669<br>STROUDSBURG PA 18360- | 000062P001-1339S-005<br>SALADINOS INC<br>PO BOX 12266<br>FRESNO CA 93777 |
| 000103P001-1339S-005<br>SOUTH CAROLINA STATE<br>UNCLAIMED PROPERTY PROGRAM<br>PO BOX 11778<br>COLUMBIA SC 29211- | 000084P001-1339S-005<br>SYSCO FOOD SVCS<br>PO BOX 509101<br>SAN DIEGO CA 92150 | 000052P001-1339S-005<br>TEXAS ALCOHOLIC BEVERAGE COMMISSION<br>PO BOX 13127<br>AUSTIN TX 78711- | 000050P001-1339S-005<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528 CAPITOL STATION<br>AUSTIN TX 78711- |
| 000055P001-1339S-005<br>VAN EERDEN DISTRIBUTION CO<br>PO BOX 3110<br>GRAND RAPIDS MI 49501 | | | |

Records Printed :             17

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1 03/07/2016 03:35:40 PM

| | |
|---|---|
| 000048P001-1339A-006 | 000059P001-1339A-006 |
| PLAMEX INVESTMENT LLC | SB ADVISORS INC |
| GREENLAND PROPERTY MANAGEMENT LLC | DEAN SHARON |
| LEE THOMAS | PO BOX 3434 |
| PO BOX 489 | ENGLEWOOD CO 80155- |
| BUENA PARK CA 90621- | |

Records Printed : 2