BUFFETS 000003

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| In re: | § | **CHAPTER 11** |
|  | § | |
| **BUFFETS, LLC et al.,** | § | |
|  | § | **Case No. 16-50557- rbk** |
|  | § | |
| **Debtors.** | § | **(Joint Administration** |
|  | § | **Pending)** |
|  | § | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF KINGS    )

I, Frank Cardona Hernandez declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 7th day of March, 2016, I caused a true and accurate copy of the "Debtors' Emergency Motion for Entry of Order (I) Authorizing Debtors to, in the Ordinary Course, (A) Use Cash Management System, Bank Accounts, and Business Forms and (B) Perform Intercompany Transactions, (II) Authorizing Banks and Financial Institutions to Honor and Process All Related Check and Electronic Payment Requests, and (III) Granting Related Relief", along with the relevant exhibits (Docket No. 5),to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

BUFFETS 000003

4.  I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of March, 2016 at Brooklyn, New York.

By _____
Frank Cardona Hernandez

Sworn before me this
8th day of March 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14 2017

.

**EXHIBIT 1**

**Buffets, LLC, et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 1                                                            03/07/2016 09:33:20 PM

000095P001-1339S-009
ADP
MICHAEL BONARTI GEN COUNSEL
ONE ADP BLVD
ROSELAND NJ 07068
MICHAEL.BONARTI@ADP.COM

000112P001-1339S-009
CENTERCAL STARWOOD AND MACERICH
KATTEN MUCHIN ET AL D P BRANCH
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012
DUSTIN.BRANCH@KATTENLAW.COM

000112P001-1339S-009
CENTERCAL STARWOOD AND MACERICH
KATTEN MUCHIN ET AL D P BRANCH
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012
BRIAN.HUBEN@KATTENLAW.COM

000065P001-1339S-009
GENERAL MILLS
JIM VAUGHAN NAT ACCT MGR
1 GENERAL MILLS BLVD
MINNEAPOLIS MN 55426
JIM.VAUGHAN@GENMILLS.COM

000106P001-1339S-009
ICEE COMPANY
1205 DUPONT AVE
ONTARIO CA 91761
CONTACTICEE@ICEE.COM

000066P001-1339S-009
MICROS
KYLE M ZIPES ESQ
500 ORACLE PKWY 5OP764
REDWOOD SHORES CA 94065
KYLE.ZIPES@ORACLE.COM

000098P001-1339S-009
MISSOURI STATE DEPT OF REVENUE
301 WEST HIGH ST PO BOX 155
JEFFERSON CITY MO 65105-0155
DORMAIL@DOR.MO.GOV

000100P001-1339S-009
SUNRISE PRODUCE
500 BURNING TREE RD
FULLERTON CA 92833
CUSTOMERSERVICE@SUNRISEPRODUCE.COM

000111P001-1339S-009
SYSCO KNOXVILLE AND SYSCO CENTRAL CA
ARNALL GOLDEN ET AL D S LADDIN
171 17TH ST NW STE 2100
ATLANTA GA 30363-1031
DARRYL.LADDIN@AGG.COM

000111P001-1339S-009
SYSCO KNOXVILLE AND SYSCO CENTRAL CA
ARNALL GOLDEN ET AL D S LADDIN
171 17TH ST NW STE 2100
ATLANTA GA 30363-1031
FRANK.WHITE@AGG.COM

000109P001-1339S-009
WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP
LECLAIRRYAN PC NICLAS FERLAND
545 LONG WHARF DR 9TH FL
NEW HAVEN CT 06511
NICLAS.FERLAND@LECLAIRRYAN.COM

Records Printed :          11

**EXHIBIT 2**

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

03/07/2016 09:39:13 PM

---

000093P001-1339S-009
ADP
LEGAL DEPT
ONE ADP BLVD
ROSELAND NJ 07068

000094P001-1339S-009
ADP
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CT
WILMINGTON DE 19801

000095P001-1339S-009
ADP
MICHAEL BONARTI GEN COUNSEL
ONE ADP BLVD
ROSELAND NJ 07068

000096P001-1339S-009
ADP
5800 WINDWARD PKWY
ALPHARETTA GA 30005

000073P001-1339S-009
ARC PROPERTIES PARTNERSHIP LP
NKA VEREIT OPERATING PARTNERSHIP LP
THE CORPORATION TRUST CO
1209 ORANGE ST CORP TRUST CTR
WILMINGTON DE 19801

000074P001-1339S-009
ARC PROPERTIES PARTNERSHIP LP
VEREIT
2325 EAST CAMELBACK RD STE 1100
PHOENIX AZ 85016

000077P001-1339S-009
BERTA MARTIN DEL CAMP
KHORRAMI BOUCHER SUMNER SANGUINETTI LLC
444 S FLOWER ST THIRTY THIRD FL
LOS ANGELES CA 90071

000078P001-1339S-009
BERTA MARTIN DEL CAMP
LAW OFFICES OF SAHAG MAJARIAN S MAJARIAN II
18250 VENTURA BLVD
TARZANA CA 91356

000067P001-1339S-009
BRYCE KING
1099 DUFFER CIR
NORTH SALT LAKE UT 84054

000112P001-1339S-009
CENTERCAL STARWOOD AND MACERICH
KATTEN MUCHIN ET AL D P BRANCH
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012

000053P001-1339S-009
CHRISTOPHER GAGE AND HEATHER GAGE
FULLER SANDEFER AND ASSOCIATES IAN SANDEFER
242 SOUTH GRANT ST
CASPER WY 82601

000110P001-1339S-009
CHRISTOPHER GAGE AND HEATHER GAGE
Robert Pahlke Law Group K. Long & R. Pahlke
2425 Circle Drive, Suite 200
Scottsbluff NE 69363

000085P001-1339S-009
COLE BU PORTFOLIO II LLC
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CT
WILMINGTON DE 19801

000086P001-1339S-009
COLE BU PORTFOLIO II LLC
VEREIT
2325 EAST CAMELBACK RD STE 1100
PHOENIX AZ 85016

000049P001-1339S-009
DEPARTMENT OF EDUCATION
400 MARYLAND AVE SW RM 6E353
WASHINGTON DC 20202

000089P001-1339S-009
FOOD SVCS OF AMERICA
ITS REG AGENT CT CORP SYSTEM
388 STATE ST STE 420
SALEM OR 97301

000091P001-1339S-009
FOOD SVCS OF AMERICA
16100 N 71ST ST STE 400
SCOTTSDALE AZ 85254

000079P001-1339S-009
GALLAGHER BASSET SVCS INC
CFO
2 PIERCE PL THE GALLAGHER CTR
ITASCA IL 60143

000080P001-1339S-009
GALLAGHER BASSET SVCS INC
ARTHER J GALLAGHER AND CO GEN COUNSEL
2 PIERCE PL THE GALLAGHER CTR
ITASCA IL 60143

000081P001-1339S-009
GALLAGHER BASSET SVCS INC
ITS REG AGENT PRENTICE HALL CORP
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703

000065P001-1339S-009
GENERAL MILLS
JIM VAUGHAN NAT ACCT MGR
1 GENERAL MILLS BLVD
MINNEAPOLIS MN 55426

000069P001-1339S-009
HAAG FOOD SVCS INC
JACK E GARCIA PRESIDENT
71 N 12TH ST
BREESE IL 62330

000105P001-1339S-009
ICEE COMPANY
ITS REG AGENT CT CORP SYSTEM
818 WEST SEVENTH ST STE 930
LOS ANGELES CA 90017

000106P001-1339S-009
ICEE COMPANY
1205 DUPONT AVE
ONTARIO CA 91761

000097P001-1339S-009
ILLINOIS STATE
OFFICE OF THE STATE FIRE MARSH
1035 STEVENSON DR
SPRINGFIELD IL 62703-4259

000066P001-1339S-009
MICROS
KYLE M ZIPES ESQ
500 ORACLE PKWY 5OP764
REDWOOD SHORES CA 94065

000107P001-1339S-009
MINNESOTA STATE SECRETARY OF STATE
60 EMPIRE DR STE 100
ST PAUL MN 55103

000104P001-1339S-009
NEW YORK STATE DEPT OF STATE
41 STATE ST
ALBANY NY 12231

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

03/07/2016 09:39:13 PM

| | | | |
|---|---|---|---|
| 000064P001-1339S-009<br>ORACLE<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000063P001-1339S-009<br>ORACLE CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000102P001-1339S-009<br>PENNSYLVANIA STATE DEPT OF REVENUE<br>DEPT 280421<br>HARRISBURG PA 17128-0421 | 000057P001-1339S-009<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 |
| 000058P001-1339S-009<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC TERRENCE B SNYDER<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 | 000071P001-1339S-009<br>REALTY INCOME CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000072P001-1339S-009<br>REALTY INCOME CORP<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130 | 000060P001-1339S-009<br>SALADINOS INC<br>ITS REGISTERED AGENT CRAIG SALADINO<br>3325 W FIGARDEN DR<br>FRESNO CA 93711 |
| 000061P001-1339S-009<br>SALADINOS INC<br>4397 N GOLDEN STATE BLVD<br>FRESNO CA 93722 | 000087P001-1339S-009<br>SPIRIT MASTER FUNDING VII LLC<br>PORTFOLIO SERVICING<br>16767 N PERIMETER DR<br>SCOTTSDALE AZ 85260 | 000088P001-1339S-009<br>SPIRIT MASTER FUNDING VII LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000099P001-1339S-009<br>SUNRISE PRODUCE<br>LOEWY ENTERPRISES REG AGENT AL AVILA<br>8442 FONTANA ST<br>DOWNEY CA 90241 |
| 000100P001-1339S-009<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833 | 000082P001-1339S-009<br>SYSCO FOOD SVCS<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077 | 000083P001-1339S-009<br>SYSCO FOOD SVCS<br>ITS REG AGENT CORP SERVICE CO<br>2711 CENTERVILLE RD STE 400<br>WILMINGTON DE 19808 | 000111P001-1339S-009<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031 |
| 000051P001-1339S-009<br>TEXAS WORKFORCE COMMISSION<br>101 EAST 15TH ST<br>AUSTIN TX 78778 | 000045P001-1339S-009<br>UNITED STATES ATTORNEY<br>601 N W LOOP 410 STE 600<br>SAN ANTONIO TX 78216 | 000046P001-1339S-009<br>UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530 | 000047P001-1339S-009<br>UNITED STATES TRUSTEE<br>615 E HOUSTON STE 533<br>SAN ANTONIO TX 78205 |
| 000041P001-1339S-009<br>US DEPT OF HUD<br>451 7TH ST SW RM 10258<br>WASHINGTON DC 20410 | 000042P001-1339S-009<br>US DEPT OF HUD<br>801 CHERRY ST STE 2500 UNIT 45<br>FORT WORTH TX 76102 | 000043P001-1339S-009<br>US DEPT OF HUD<br>HIPOLITO GARCIA FEDL BLDNG AND COURTHOUSE<br>615 E HOUSTON ST RM 347<br>SAN ANTONIO TX 78205 | 000039P002-1339S-009<br>US SMALL BUSINESS ADMINISTRATION<br>2120 RIVERFRONT DR STE 100<br>LITTLE ROCK AR 72202 |
| 000040P001-1339S-009<br>VA REGIONAL OFFICE<br>2515 MURWORTH DR<br>HOUSTON TX 77054 | 000054P001-1339S-009<br>VAN EERDEN DISTRIBUTION CO<br>ITS REGISTERED AGENT TRACY CHRISTIAN<br>650 IONIA AVE SW<br>GRAND RAPIDS MI 49503 | 000109P001-1339S-009<br>WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC NICLAS FERLAND<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511 | 000075P001-1339S-009<br>WINDSTREAM<br>ITS REG AGENT THE CORP CO<br>124 WEST CAPITOL AVE STE 1900<br>LITTLE ROCK AR 72201 |

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

Page # : 3 of 2                                                        03/07/2016 09:39:13 PM

000076P001-1339S-009
WINDSTREAM
BEN KENT
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212

Records Printed :          **57**

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Page**

03/07/2016 01:06:32 PM

| | | | |
|---|---|---|---|
| 000520P002-1339A-003 | 000522P001-1339A-003 | 000521P001-1339A-003 | 000519P002-1339A-003 |
| BANK OF AMERICA | CITIZENS NATIONAL BANK | REGIONS BANK | WELLS FARGO |
| 150 NO COLLEGE ST | 1199 BONITA LAKES | 1900 5TH AVE NO | 40 NE LOOP 410 |
| CHARLOTTE NC 28255 | MERIDIAN MS 39301 | BIRMINGHAM AL 35203 | SAN ANTONIO TX 78216 |

Records Printed :          **4**

**EXHIBIT 3**

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

03/07/2016 09:39:55 PM

| | | | |
|---|---|---|---|
| 000108P001-1339S-009<br>ALABAMA STATE DEPT REVENUE<br>CORP INCOME TAX<br>PO BOX 327430<br>MONTGOMERY AL 36132 | 000048P001-1339S-009<br>ARMY AIRFORCE EXCHANGE AAFES<br>PO BOX 740933<br>DALLAS TX 75374- | 000056P001-1339S-009<br>CALIFORNIA STATE TAX COLLECTOR<br>1010 10TH ST PO BOX 859<br>MODESTO CA 95353- | 000090P001-1339S-009<br>FOOD SVCS OF AMERICA<br>PO BOX 25109<br>SCOTTSDALE AZ 85255- |
| 000092P001-1339S-009<br>FOOD SVCS OF AMERICA<br>PO BOX 3929<br>PORTLAND OR 97208- | 000068P001-1339S-009<br>HAAG FOOD SVCS INC<br>ITS REG AGENT JACK GARCIA<br>300 HAAG ST PO BOX 348<br>BREESE IL 62330- | 000070P001-1339S-009<br>HAAG FOOD SVCS INC<br>PO BOX 4520<br>CAROL STREAM IL 60197 | 000044P001-1339S-009<br>INTERNAL REVENUE SVCS<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| 000098P001-1339S-009<br>MISSOURI STATE DEPT OF REVENUE<br>301 WEST HIGH ST PO BOX 155<br>JEFFERSON CITY MO 65105 | 000101P001-1339S-009<br>OHIO STATE<br>OHIO DEPT OF TAXATION<br>PO BOX 2476<br>COLUMBUS OH 43266 | 000059P001-1339S-009<br>POCONO PROFOODS<br>PO BOX 669<br>STROUDSBURG PA 18360- | 000062P001-1339S-009<br>SALADINOS INC<br>PO BOX 12266<br>FRESNO CA 93777 |
| 000103P001-1339S-009<br>SOUTH CAROLINA STATE<br>UNCLAIMED PROPERTY PROGRAM<br>PO BOX 11778<br>COLUMBIA SC 29211- | 000084P001-1339S-009<br>SYSCO FOOD SVCS<br>PO BOX 509101<br>SAN DIEGO CA 92150 | 000052P001-1339S-009<br>TEXAS ALCOHOLIC BEVERAGE COMMISSION<br>PO BOX 13127<br>AUSTIN TX 78711- | 000050P001-1339S-009<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528 CAPITOL STATION<br>AUSTIN TX 78711- |
| 000055P001-1339S-009<br>VAN EERDEN DISTRIBUTION CO<br>PO BOX 3110<br>GRAND RAPIDS MI 49501 | | | |

Records Printed :          **17**