BUFFETS 000004

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| In re: § <br> § <br> BUFFETS, LLC et al., § <br> § <br> § <br> Debtors. § <br> § <br> § | CHAPTER 11 <br><br> Case No. 16-50557-rbk <br><br> (Joint Administration Pending) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, Frank Cardona Hernandez declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 7th day of March, 2016, I caused a true and accurate copy of the "Debtors' Emergency Motion for Entry of an Order (I) Authorizing, but not Directing, Debtors to Pay Taxes and Fees, (II) Authorizing Banks and Financial Institutions to Honor and Process all Related Checks and Electronic Payment Requests, and (III) Granting Related Relief", along with the relevant exhibits (Docket No. 18),to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

BUFFETS 000004

4.      I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of March, 2016 at Brooklyn, New York.

By _____
Frank Cardona Hernandez

Sworn before me this
8th day of March 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2017

.

**EXHIBIT 1**

# Buffets, LLC, et al.
## Electronic Mail
### Exhibit Page

Page # : 1 of 1                                                                                          03/07/2016 09:33:20 PM

| 000095P001-1339S-009 | 000112P001-1339S-009 | 000112P001-1339S-009 | 000065P001-1339S-009 |
| --- | --- | --- | --- |
| ADP | CENTERCAL STARWOOD AND MACERICH | CENTERCAL STARWOOD AND MACERICH | GENERAL MILLS |
| MICHAEL BONARTI GEN COUNSEL | KATTEN MUCHIN ET AL D P BRANCH | KATTEN MUCHIN ET AL D P BRANCH | JIM VAUGHAN NAT ACCT MGR |
| ONE ADP BLVD | 2029 CENTURY PARK E STE 2600 | 2029 CENTURY PARK E STE 2600 | 1 GENERAL MILLS BLVD |
| ROSELAND NJ 07068 | LOS ANGELES CA 90067-3012 | LOS ANGELES CA 90067-3012 | MINNEAPOLIS MN 55426 |
| MICHAEL.BONARTI@ADP.COM | DUSTIN.BRANCH@KATTENLAW.COM | BRIAN.HUBEN@KATTENLAW.COM | JIM.VAUGHAN@GENMILLS.COM |

| 000106P001-1339S-009 | 000066P001-1339S-009 | 000098P001-1339S-009 | 000100P001-1339S-009 |
| --- | --- | --- | --- |
| ICEE COMPANY | MICROS | MISSOURI STATE DEPT OF REVENUE | SUNRISE PRODUCE |
| 1205 DUPONT AVE | KYLE M ZIPES ESQ | 301 WEST HIGH ST PO BOX 155 | 500 BURNING TREE RD |
| ONTARIO CA 91761 | 500 ORACLE PKWY 5OP764 | JEFFERSON CITY MO 65105-0155 | FULLERTON CA 92833 |
| CONTACTICEE@ICEE.COM | REDWOOD SHORES CA 94065 | DORMAIL@DOR.MO.GOV | CUSTOMERSERVICE@SUNRISEPRODUCE.COM |
|  | KYLE.ZIPES@ORACLE.COM |  |  |

| 000111P001-1339S-009 | 000111P001-1339S-009 | 000109P001-1339S-009 |
| --- | --- | --- |
| SYSCO KNOXVILLE AND SYSCO CENTRAL CA | SYSCO KNOXVILLE AND SYSCO CENTRAL CA | WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP |
| ARNALL GOLDEN ET AL D S LADDIN | ARNALL GOLDEN ET AL D S LADDIN | LECLAIRRYAN PC NICLAS FERLAND |
| 171 17TH ST NW STE 2100 | 171 17TH ST NW STE 2100 | 545 LONG WHARF DR 9TH FL |
| ATLANTA GA 30363-1031 | ATLANTA GA 30363-1031 | NEW HAVEN CT 06511 |
| DARRYL.LADDIN@AGG.COM | FRANK.WHITE@AGG.COM | NICLAS.FERLAND@LECLAIRRYAN.COM |

Records Printed :      11

# EXHIBIT 2

# Buffets, LLC, et al.
## Federal Express
### Exhibit Pages

Page # : 2 of 2            03/07/2016 09:39:13 PM

| | | | |
|---|---|---|---|
| 000064P001-1339S-009<br>ORACLE<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000063P001-1339S-009<br>ORACLE CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000102P001-1339S-009<br>PENNSYLVANIA STATE DEPT OF REVENUE<br>DEPT 280421<br>HARRISBURG PA 17128-0421 | 000057P001-1339S-009<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 |
| 000058P001-1339S-009<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC TERRENCE B SNYDER<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 | 000071P001-1339S-009<br>REALTY INCOME CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000072P001-1339S-009<br>REALTY INCOME CORP<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130 | 000060P001-1339S-009<br>SALADINOS INC<br>ITS REGISTERED AGENT CRAIG SALADINO<br>3325 W FIGARDEN DR<br>FRESNO CA 93711 |
| 000061P001-1339S-009<br>SALADINOS INC<br>4397 N GOLDEN STATE BLVD<br>FRESNO CA 93722 | 000087P001-1339S-009<br>SPIRIT MASTER FUNDING VII LLC<br>PORTFOLIO SERVICING<br>16767 N PERIMETER DR<br>SCOTTSDALE AZ 85260 | 000088P001-1339S-009<br>SPIRIT MASTER FUNDING VII LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000099P001-1339S-009<br>SUNRISE PRODUCE<br>LOEWY ENTERPRISES REG AGENT AL AVILA<br>8442 FONTANA ST<br>DOWNEY CA 90241 |
| 000100P001-1339S-009<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833 | 000082P001-1339S-009<br>SYSCO FOOD SVCS<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077 | 000083P001-1339S-009<br>SYSCO FOOD SVCS<br>ITS REG AGENT CORP SERVICE CO<br>2711 CENTERVILLE RD STE 400<br>WILMINGTON DE 19808 | 000111P001-1339S-009<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031 |
| 000051P001-1339S-009<br>TEXAS WORKFORCE COMMISSION<br>101 EAST 15TH ST<br>AUSTIN TX 78778 | 000045P001-1339S-009<br>UNITED STATES ATTORNEY<br>601 N W LOOP 410 STE 600<br>SAN ANTONIO TX 78216 | 000046P001-1339S-009<br>UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530 | 000047P001-1339S-009<br>UNITED STATES TRUSTEE<br>615 E HOUSTON STE 533<br>SAN ANTONIO TX 78205 |
| 000041P001-1339S-009<br>US DEPT OF HUD<br>451 7TH ST SW RM 10258<br>WASHINGTON DC 20410 | 000042P001-1339S-009<br>US DEPT OF HUD<br>801 CHERRY ST STE 2500 UNIT 45<br>FORT WORTH TX 76102 | 000043P001-1339S-009<br>US DEPT OF HUD<br>HIPOLITO GARCIA FEDL BLDNG AND COURTHOUSE<br>615 E HOUSTON ST RM 347<br>SAN ANTONIO TX 78205 | 000039P002-1339S-009<br>US SMALL BUSINESS ADMINISTRATION<br>2120 RIVERFRONT DR STE 100<br>LITTLE ROCK AR 72202 |
| 000040P001-1339S-009<br>VA REGIONAL OFFICE<br>2515 MURWORTH DR<br>HOUSTON TX 77054 | 000054P001-1339S-009<br>VAN EERDEN DISTRIBUTION CO<br>ITS REGISTERED AGENT TRACY CHRISTIAN<br>650 IONIA AVE SW<br>GRAND RAPIDS MI 49503 | 000109P001-1339S-009<br>WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC NICLAS FERLAND<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511 | 000075P001-1339S-009<br>WINDSTREAM<br>ITS REG AGENT THE CORP CO<br>124 WEST CAPITOL AVE STE 1900<br>LITTLE ROCK AR 72201 |

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

Page # : 3 of 2  03/07/2016 09:39:13 PM

000076P001-1339S-009
WINDSTREAM
BEN KENT
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212

Records Printed :  **57**

# Buffets, LLC, et al.
## Federal Express
### Exhibit Page

Page # : 1 of 1            03/07/2016 08:49:50 PM

| | | | |
|---|---|---|---|
| 000103P001-1339A-004<br>ALABAMA DEPT OF REVENUE<br>50 NORTH RIPLEY ST<br>MONTGOMERY AL 36132 | 000104P001-1339A-004<br>ARIZONA DEPT OF REVENUE<br>1600 W MONROE<br>PHOENIX AZ 85007 | 000105P001-1339A-004<br>ARKANSAS DEPT OF FINANCE AND ADMINISTRATION<br>1509 WEST 7TH ST<br>LITTLE ROCK AR 72201 | 000108P001-1339A-004<br>COLORADO DEPT OF REVENUE<br>1375 SHERMAN ST<br>DENVER CO 80261 |
| 000110P001-1339A-004<br>COMPTROLLER OF MARYLAND REVENUE<br>80 CALVERT ST REVENUE ADMINISTRATION CTR<br>ANNAPOLIS MD 21404 | 000111P001-1339A-004<br>CONNECTICUT DEPT OF REVENUE SVCS<br>25 SIGOURNEY ST STE 2<br>HARTFORD CT 06106 | 000112P001-1339A-004<br>DELAWARE DIVISION OF REVENUE<br>820 N FRENCH ST CARVEL STATE OFFICE BLDG<br>WILMINGTON DE 19801 | 000113P001-1339A-004<br>DISTRICT OF COLUMBIA OFC OF TAX REVENUE<br>941 NORTH CAPITOL ST NE 1ST FL<br>WASHINGTON DC 20002 |
| 000114P001-1339A-004<br>FLORIDA DEPT OF REVENUE<br>5050 WEST TENNESSEE ST<br>TALLAHASSE FL 32399-0100 | 000115P001-1339A-004<br>GEORGIA DEPT OF REVENUE NE<br>1800 CENTURY CENTER BLVD<br>ATLANTA GA 30345 | 000116P001-1339A-004<br>ILLINOIS DEPT OF REVENUE<br>100 WEST RANDOLPH ST<br>JAMES R THOMPSON CENTER CONCOURSE LEVEL<br>CHICAGO IL 60601-3274 | 000117P001-1339A-004<br>INDIANA DEPT OF REVENUE<br>BANKRUPTCY SECTION MS 108<br>100 NORTH SENATE AVE RM N240<br>INDIANAPOLIS IN 46204 |
| 000118P001-1339A-004<br>INTERNAL REVENUE SVCS<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 000120P001-1339A-004<br>INTERNAL REVENUE SVCS<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 000119P001-1339A-004<br>IOWA DEPT OF REVENUE HOOVER BLDG<br>TAXPAYER SERVICES<br>1305 E WALNUT 4TH FL<br>DES MOINES IA 50319 | 000121P001-1339A-004<br>KANSAS DEPT OF REVENUE<br>915 SW HARRISON ST<br>TOPEKA KS 66625-9000 |
| 000122P001-1339A-004<br>KENTUCKY DEPT OF REVENUE<br>501 HIGH ST<br>FRANKFORT KY 40601-2103 | 000124P001-1339A-004<br>MAINE REVENUE SVCS<br>24 STATE HOUSE STATION<br>AUGUSTA ME 04333 | 000125P001-1339A-004<br>MICHIGAN DEPT OF TREASURY<br>TREASURY BUILDING<br>LANSING MI 48922 | 000126P001-1339A-004<br>MINNESOTA DEPT OF REVENUE<br>600 NORTH ROBERT ST<br>ST PAUL MN 55101 |
| 000128P001-1339A-004<br>MISSOURI DEPT OF REVENUE<br>301 WEST HIGH ST<br>HARRY S TRUMAN STATE OFFICE BLDG<br>JEFFERSON CITY MO 65101 | 000131P001-1339A-004<br>NORTH CAROLINA DEPT OF REVENUE<br>501 N WILMINGTON ST<br>RALEIGH NC 27604 | 000133P001-1339A-004<br>OREGON DEPT OF REVENUE<br>955 CENTER STREET NE<br>SALEM OR 97310 | 000134P001-1339A-004<br>PENNSYLVANIA DEPT OF REVENUE<br>11 STRAWBERRY SQUARE<br>HARRISBURG PA 17128 |
| 000135P001-1339A-004<br>RHODE ISLAND DIVISION OF TAXATION<br>1 CAPITOL HILL<br>PROVIDENCE RI 02908 | 000137P001-1339A-004<br>TENNESSEE DEPT OF REVENUE<br>500 DEADRICK ST ANDREW JACKSON BLDG<br>NASHVILLE TN 37242 | 000141P001-1339A-004<br>WEST VIRGINIA DEPT OF REVENUE<br>CAPITOL BUILDING 1 W 300<br>CHARLESTON WV 25305 | 000142P001-1339A-004<br>WISCONSIN DEPT OF REVENUE<br>2135 RIMROCK RD<br>MADISON WI 53713 |

Records Printed :      28

# EXHIBIT 3

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1	03/07/2016 09:39:55 PM

| | | | |
|---|---|---|---|
| 000108P001-1339S-009<br>ALABAMA STATE DEPT REVENUE<br>CORP INCOME TAX<br>PO BOX 327430<br>MONTGOMERY AL 36132 | 000048P001-1339S-009<br>ARMY AIRFORCE EXCHANGE AAFES<br>PO BOX 740933<br>DALLAS TX 75374- | 000056P001-1339S-009<br>CALIFORNIA STATE TAX COLLECTOR<br>1010 10TH ST PO BOX 859<br>MODESTO CA 95353- | 000090P001-1339S-009<br>FOOD SVCS OF AMERICA<br>PO BOX 25109<br>SCOTTSDALE AZ 85255- |
| 000092P001-1339S-009<br>FOOD SVCS OF AMERICA<br>PO BOX 3929<br>PORTLAND OR 97208- | 000068P001-1339S-009<br>HAAG FOOD SVCS INC<br>ITS REG AGENT JACK GARCIA<br>300 HAAG ST PO BOX 348<br>BREESE IL 62330- | 000070P001-1339S-009<br>HAAG FOOD SVCS INC<br>PO BOX 4520<br>CAROL STREAM IL 60197 | 000044P001-1339S-009<br>INTERNAL REVENUE SVCS<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| 000098P001-1339S-009<br>MISSOURI STATE DEPT OF REVENUE<br>301 WEST HIGH ST PO BOX 155<br>JEFFERSON CITY MO 65105 | 000101P001-1339S-009<br>OHIO STATE<br>OHIO DEPT OF TAXATION<br>PO BOX 2476<br>COLUMBUS OH 43266 | 000059P001-1339S-009<br>POCONO PROFOODS<br>PO BOX 669<br>STROUDSBURG PA 18360- | 000062P001-1339S-009<br>SALADINOS INC<br>PO BOX 12266<br>FRESNO CA 93777 |
| 000103P001-1339S-009<br>SOUTH CAROLINA STATE<br>UNCLAIMED PROPERTY PROGRAM<br>PO BOX 11778<br>COLUMBIA SC 29211- | 000084P001-1339S-009<br>SYSCO FOOD SVCS<br>PO BOX 509101<br>SAN DIEGO CA 92150 | 000052P001-1339S-009<br>TEXAS ALCOHOLIC BEVERAGE COMMISSION<br>PO BOX 13127<br>AUSTIN TX 78711- | 000050P001-1339S-009<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528 CAPITOL STATION<br>AUSTIN TX 78711- |
| 000055P001-1339S-009<br>VAN EERDEN DISTRIBUTION CO<br>PO BOX 3110<br>GRAND RAPIDS MI 49501 | | | |

Records Printed :	17

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1 03/07/2016 08:50:21 PM

| | | | |
|---|---|---|---|
| 000106P001-1339A-004<br>CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY BE MS A345<br>PO BOX 2952<br>SACRAMENTO CA 95812 | 000107P001-1339A-004<br>CALIFORNIA STATE BOARD OF EQUALIZATION SBOE<br>SPECIAL OPERATIONS BANKRUPTCY TEAM MIC 74<br>PO BOX 942879<br>SACRAMENTO CA 94279 | 000109P001-1339A-004<br>COMMONWEALTH OF MASSACHUSETTS DEPT OF REVENUE<br>PO BOX 7010<br>BOSTON MA 02204- | 000123P001-1339A-004<br>LOUISIANA DEPT OF REVENUE<br>PO BOX 201<br>BATON ROUGE LA 70821- |
| 000127P001-1339A-004<br>MISSISSIPPI TAX COMMISSION<br>PO BOX 22808<br>JACKSON MS 39225 | 000129P001-1339A-004<br>NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245 BANKRUPTCY SECTION<br>TRENTON NJ 08695 | 000130P001-1339A-004<br>NEW YORK DEPT OF TAXN AND FINANCE<br>PO BOX 5300 BANKRUPTCY SECTION<br>ALBANY NY 12205 | 000132P001-1339A-004<br>OHIO DEPT OF TAXATION<br>PO BOX 530<br>COLUMBUS OH 43216 |
| 000136P001-1339A-004<br>SOUTH CAROLINA DEPT OF REVENUE<br>301 GERVAIS ST PO BOX 125<br>COLUMBIA SC 29201- | 000138P001-1339A-004<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 13528 CAPITOL STATION<br>AUSTIN TX 78711 | 000139P001-1339A-004<br>VIRGINIA DEPT OF TAXATION<br>PO BOX 1115 OFFICE OF CUSTOMER SERVICE<br>RICHMOND VA 23218 | 000140P001-1339A-004<br>WASHINGTON STATE DEPT OF REVENUE<br>PO BOX 47464<br>OLYMPIA WA 98504 |

Records Printed : 12