BUFFETS 000002

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | **CHAPTER 11** |
| | § | |
| **BUFFETS, LLC et al.,** | § | |
| | § | **Case No. 16-50557- rbk** |
| | § | |
| **Debtors.** | § | **(Joint Administration** |
| | § | **Pending)** |
| | § | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss:
COUNTY OF KINGS     )

I, Frank Cardona Hernandez declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 7th day of March, 2016, I caused a true and accurate copy of the:

(i)    "Debtors' Emergency Motion for Order Authorizing Joint Administration Pursuant To Bankruptcy Rule 1015 and Local Rule 1015", along with the Proposed Order and relevant exhibit (Docket No. 2),

(ii)    "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information for Individual Creditors, and (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information", along with the Proposed Order and relevant exhibit (Docket No. 4),

BUFFETS 000002

(iii)    "Application for an Order Appointing Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(C), Nunc Pro Tunc to the Petition Date", along with the relevant exhibits (Docket No. 7),

(iv)    "Debtors' Emergency Motion for Authorization to Enter into Transaction outside the Ordinary Course of Business by Transferring Employment of Employees from Debtor Tahoe Joe's, Inc. to Non-Debtor Affiliate FMP Ovation-Payroll LLC", along with the relevant exhibit (Docket No. 8),

(v)    "Debtors' Emergency Motion for Entry of an Order (I) Establishing a Procedure for Determining Claims Arising Under the Perishable Agricultural Commodities Act; (II) Authorizing the Debtors to Pay Certain Pre-Petition Claims Arising Under the Perishable Agriculture Commodities Act, and (III) Granting Related Relief", along with the Proposed Order (Docket No. 9),

(vi)    "Debtors' Emergency Motion for Entry of an Order Granting an (I) Extension of Time to File Schedules and Statements (II) Extending the Time to Schedule the Meeting of Creditors (III) Allowing Debtors' Schedules and Statements to Reflect Assets and Liabilities as of March 2, 2016 and (IV) Related Relief", along with the Proposed Order (Docket No. 10),

(vii)    "Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) to Establish Critical Vendor Payment Procedures", along with the Proposed Order (Docket No. 12),

(viii)    "Debtors' Emergency Motion for Authorization to (A) Continue Customer Programs in the Ordinary Course of Business and (B) Otherwise Honor Pre-Petition Obligations Related Thereto", along with the Proposed Order (Docket No. 14),

(ix)    "Debtors' Emergency Motion for Entry of Order (I) Authorizing Debtors to (A) Pay Pre-Petition Wages and Other Compensation, and Employee Benefits, and (B) Continue Existing Employee Benefit Plans and Programs, (II) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests, (III) Approving the Debtors' Discretionary Employee Incentive Programs, and (IV) Granting Related Relief", along with the Proposed Order (Docket No. 17),

(x)    "Declaration of Peter Donbavand in Support of Chapter 11 Petitions and First Day Motions" (Docket No. 23),

BUFFETS 000002

(xi) "Voluntary Petition for Non-Individual Filing for Bankruptcy Case No.16-50557" (Docket No. 1),

(xii) "Voluntary Petition for Non-Individual Filing for Bankruptcy Case No.16-50558" (Docket No. 1),

(xiii) "Voluntary Petition for Non-Individual Filing for Bankruptcy Case No.16-50559" (Docket No. 1),

(xiv) "Voluntary Petition for Non-Individual Filing for Bankruptcy Case No. 16-50561" (Docket No. 1),

(xv) "Voluntary Petition for Non-Individual Filing for Bankruptcy Case No.16-50562" (Docket No. 1); and

(xvi) "Voluntary Petition for Non-Individual Filing for Bankruptcy Case No.16-50563" (Docket No. 1); and

(xvii) "Voluntary Petition for Non-Individual Filing for Bankruptcy Case No. 16-50564" (Docket No. 1),

to be served via electronic mail upon the parties as set forth in Exhibit 1; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 2; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 3, attached hereto.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of March, 2016 at Brooklyn, New York.

By _____
Frank Cardona Hernandez

Sworn before me this
8th day of March 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
NO. 01KI6211175
COMM. EXP. September 14 2017

.

# EXHIBIT 1

**Buffets, LLC, et al.**
**Electronic Mail**
**Exhibit Page**

03/07/2016 09:33:20 PM

| | | | |
|---|---|---|---|
| 000095P001-1339S-009<br>ADP<br>MICHAEL BONARTI GEN COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068<br>MICHAEL.BONARTI@ADP.COM | 000112P001-1339S-009<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012<br>DUSTIN.BRANCH@KATTENLAW.COM | 000112P001-1339S-009<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012<br>BRIAN.HUBEN@KATTENLAW.COM | 000065P001-1339S-009<br>GENERAL MILLS<br>JIM VAUGHAN NAT ACCT MGR<br>1 GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426<br>JIM.VAUGHAN@GENMILLS.COM |
| 000106P001-1339S-009<br>ICEE COMPANY<br>1205 DUPONT AVE<br>ONTARIO CA 91761<br>CONTACTICEE@ICEE.COM | 000066P001-1339S-009<br>MICROS<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065<br>KYLE.ZIPES@ORACLE.COM | 000098P001-1339S-009<br>MISSOURI STATE DEPT OF REVENUE<br>301 WEST HIGH ST PO BOX 155<br>JEFFERSON CITY MO 65105-0155<br>DORMAIL@DOR.MO.GOV | 000100P001-1339S-009<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833<br>CUSTOMERSERVICE@SUNRISEPRODUCE.COM |
| 000111P001-1339S-009<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031<br>DARRYL.LADDIN@AGG.COM | 000111P001-1339S-009<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031<br>FRANK.WHITE@AGG.COM | 000109P001-1339S-009<br>WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC NICLAS FERLAND<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511<br>NICLAS.FERLAND@LECLAIRRYAN.COM | |

Records Printed :                    11

**EXHIBIT 2**

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000093P001-1339S-009<br>ADP<br>LEGAL DEPT<br>ONE ADP BLVD<br>ROSELAND NJ 07068 | 000094P001-1339S-009<br>ADP<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000095P001-1339S-009<br>ADP<br>MICHAEL BONARTI GEN COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068 | 000096P001-1339S-009<br>ADP<br>5800 WINDWARD PKWY<br>ALPHARETTA GA 30005 |
| 000073P001-1339S-009<br>ARC PROPERTIES PARTNERSHIP LP<br>NKA VEREIT OPERATING PARTNERSHIP LP<br>THE CORPORATION TRUST CO<br>1209 ORANGE ST CORP TRUST CTR<br>WILMINGTON DE 19801 | 000074P001-1339S-009<br>ARC PROPERTIES PARTNERSHIP LP<br>VEREIT<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000077P001-1339S-009<br>BERTA MARTIN DEL CAMP<br>KHORRAMI BOUCHER SUMNER SANGUINETTI LLC<br>444 S FLOWER ST THIRTY THIRD FL<br>LOS ANGELES CA 90071 | 000078P001-1339S-009<br>BERTA MARTIN DEL CAMP<br>LAW OFFICES OF SAHAG MAJARIAN S MAJARIAN II<br>18250 VENTURA BLVD<br>TARZANA CA 91356 |
| 000067P001-1339S-009<br>BRYCE KING<br>1099 DUFFER CIR<br>NORTH SALT LAKE UT 84054 | 000112P001-1339S-009<br>CENTERCAL STARWOOD AND MACERICH<br>KATTEN MUCHIN ET AL D P BRANCH<br>2029 CENTURY PARK E STE 2600<br>LOS ANGELES CA 90067-3012 | 000053P001-1339S-009<br>CHRISTOPHER GAGE AND HEATHER GAGE<br>FULLER SANDEFER AND ASSOCIATES IAN SANDEFER<br>242 SOUTH GRANT ST<br>CASPER WY 82601 | 000110P001-1339S-009<br>CHRISTOPHER GAGE AND HEATHER GAGE<br>Robert Pahlke Law Group K. Long & R. Pahlke<br>2425 Circle Drive, Suite 200<br>Scottsbluff NE 69363 |
| 000085P001-1339S-009<br>COLE BU PORTFOLIO II LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000086P001-1339S-009<br>COLE BU PORTFOLIO II LLC<br>VEREIT<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 | 000049P001-1339S-009<br>DEPARTMENT OF EDUCATION<br>400 MARYLAND AVE SW RM 6E353<br>WASHINGTON DC 20202 | 000089P001-1339S-009<br>FOOD SVCS OF AMERICA<br>ITS REG AGENT CT CORP SYSTEM<br>388 STATE ST STE 420<br>SALEM OR 97301 |
| 000091P001-1339S-009<br>FOOD SVCS OF AMERICA<br>16100 N 71ST ST STE 400<br>SCOTTSDALE AZ 85254 | 000079P001-1339S-009<br>GALLAGHER BASSET SVCS INC<br>CFO<br>2 PIERCE PL THE GALLAGHER CTR<br>ITASCA IL 60143 | 000080P001-1339S-009<br>GALLAGHER BASSET SVCS INC<br>ARTHER J GALLAGHER AND CO GEN COUNSEL<br>2 PIERCE PL THE GALLAGHER CTR<br>ITASCA IL 60143 | 000081P001-1339S-009<br>GALLAGHER BASSET SVCS INC<br>ITS REG AGENT PRENTICE HALL CORP<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703 |
| 000065P001-1339S-009<br>GENERAL MILLS<br>JIM VAUGHAN NAT ACCT MGR<br>1 GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426 | 000069P001-1339S-009<br>HAAG FOOD SVCS INC<br>JACK E GARCIA PRESIDENT<br>71 N 12TH ST<br>BREESE IL 62330 | 000105P001-1339S-009<br>ICEE COMPANY<br>ITS REG AGENT CT CORP SYSTEM<br>818 WEST SEVENTH ST STE 930<br>LOS ANGELES CA 90017 | 000106P001-1339S-009<br>ICEE COMPANY<br>1205 DUPONT AVE<br>ONTARIO CA 91761 |
| 000097P001-1339S-009<br>ILLINOIS STATE<br>OFFICE OF THE STATE FIRE MARSH<br>1035 STEVENSON DR<br>SPRINGFIELD IL 62703-4259 | 000066P001-1339S-009<br>MICROS<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000107P001-1339S-009<br>MINNESOTA STATE SECRETARY OF STATE<br>60 EMPIRE DR STE 100<br>ST PAUL MN 55103 | 000104P001-1339S-009<br>NEW YORK STATE DEPT OF STATE<br>41 STATE ST<br>ALBANY NY 12231 |

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

03/07/2016 09:39:13 PM

| | | | |
|---|---|---|---|
| 000064P001-1339S-009<br>ORACLE<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000063P001-1339S-009<br>ORACLE CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000102P001-1339S-009<br>PENNSYLVANIA STATE DEPT OF REVENUE<br>DEPT 280421<br>HARRISBURG PA 17128-0421 | 000057P001-1339S-009<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 |
| 000058P001-1339S-009<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC TERRENCE B SNYDER<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 | 000071P001-1339S-009<br>REALTY INCOME CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000072P001-1339S-009<br>REALTY INCOME CORP<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130 | 000060P001-1339S-009<br>SALADINOS INC<br>ITS REGISTERED AGENT CRAIG SALADINO<br>3325 W FIGARDEN DR<br>FRESNO CA 93711 |
| 000061P001-1339S-009<br>SALADINOS INC<br>4397 N GOLDEN STATE BLVD<br>FRESNO CA 93722 | 000087P001-1339S-009<br>SPIRIT MASTER FUNDING VII LLC<br>PORTFOLIO SERVICING<br>16767 N PERIMETER DR<br>SCOTTSDALE AZ 85260 | 000088P001-1339S-009<br>SPIRIT MASTER FUNDING VII LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CT<br>WILMINGTON DE 19801 | 000099P001-1339S-009<br>SUNRISE PRODUCE<br>LOEWY ENTERPRISES REG AGENT AL AVILA<br>8442 FONTANA ST<br>DOWNEY CA 90241 |
| 000100P001-1339S-009<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833 | 000082P001-1339S-009<br>SYSCO FOOD SVCS<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077 | 000083P001-1339S-009<br>SYSCO FOOD SVCS<br>ITS REG AGENT CORP SERVICE CO<br>2711 CENTERVILLE RD STE 400<br>WILMINGTON DE 19808 | 000111P001-1339S-009<br>SYSCO KNOXVILLE AND SYSCO CENTRAL CA<br>ARNALL GOLDEN ET AL D S LADDIN<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031 |
| 000051P001-1339S-009<br>TEXAS WORKFORCE COMMISSION<br>101 EAST 15TH ST<br>AUSTIN TX 78778 | 000045P001-1339S-009<br>UNITED STATES ATTORNEY<br>601 N W LOOP 410 STE 600<br>SAN ANTONIO TX 78216 | 000046P001-1339S-009<br>UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20530 | 000047P001-1339S-009<br>UNITED STATES TRUSTEE<br>615 E HOUSTON STE 533<br>SAN ANTONIO TX 78205 |
| 000041P001-1339S-009<br>US DEPT OF HUD<br>451 7TH ST SW RM 10258<br>WASHINGTON DC 20410 | 000042P001-1339S-009<br>US DEPT OF HUD<br>801 CHERRY ST STE 2500 UNIT 45<br>FORT WORTH TX 76102 | 000043P001-1339S-009<br>US DEPT OF HUD<br>HIPOLITO GARCIA FEDL BLDNG AND COURTHOUSE<br>615 E HOUSTON ST RM 347<br>SAN ANTONIO TX 78205 | 000039P002-1339S-009<br>US SMALL BUSINESS ADMINISTRATION<br>2120 RIVERFRONT DR STE 100<br>LITTLE ROCK AR 72202 |
| 000040P001-1339S-009<br>VA REGIONAL OFFICE<br>2515 MURWORTH DR<br>HOUSTON TX 77054 | 000054P001-1339S-009<br>VAN EERDEN DISTRIBUTION CO<br>ITS REGISTERED AGENT TRACY CHRISTIAN<br>650 IONIA AVE SW<br>GRAND RAPIDS MI 49503 | 000109P001-1339S-009<br>WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC NICLAS FERLAND<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511 | 000075P001-1339S-009<br>WINDSTREAM<br>ITS REG AGENT THE CORP CO<br>124 WEST CAPITOL AVE STE 1900<br>LITTLE ROCK AR 72201 |

**Buffets, LLC, et al.**
**Federal Express**
**Exhibit Pages**

03/07/2016 09:39:13 PM

000076P001-1339S-009
WINDSTREAM
BEN KENT
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212

Records Printed :          **57**

**EXHIBIT 3**

**Buffets, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

03/07/2016 09:39:55 PM

000108P001-1339S-009
ALABAMA STATE DEPT REVENUE
CORP INCOME TAX
PO BOX 327430
MONTGOMERY AL 36132

000048P001-1339S-009
ARMY AIRFORCE EXCHANGE AAFES
PO BOX 740933
DALLAS TX 75374-

000056P001-1339S-009
CALIFORNIA STATE TAX COLLECTOR
1010 10TH ST PO BOX 859
MODESTO CA 95353-

000090P001-1339S-009
FOOD SVCS OF AMERICA
PO BOX 25109
SCOTTSDALE AZ 85255-

000092P001-1339S-009
FOOD SVCS OF AMERICA
PO BOX 3929
PORTLAND OR 97208-

000068P001-1339S-009
HAAG FOOD SVCS INC
ITS REG AGENT JACK GARCIA
300 HAAG ST PO BOX 348
BREESE IL 62330-

000070P001-1339S-009
HAAG FOOD SVCS INC
PO BOX 4520
CAROL STREAM IL 60197

000044P001-1339S-009
INTERNAL REVENUE SVCS
PO BOX 7346
PHILADELPHIA PA 19101

000098P001-1339S-009
MISSOURI STATE DEPT OF REVENUE
301 WEST HIGH ST PO BOX 155
JEFFERSON CITY MO 65105

000101P001-1339S-009
OHIO STATE
OHIO DEPT OF TAXATION
PO BOX 2476
COLUMBUS OH 43266

000059P001-1339S-009
POCONO PROFOODS
PO BOX 669
STROUDSBURG PA 18360-

000062P001-1339S-009
SALADINOS INC
PO BOX 12266
FRESNO CA 93777

000103P001-1339S-009
SOUTH CAROLINA STATE
UNCLAIMED PROPERTY PROGRAM
PO BOX 11778
COLUMBIA SC 29211-

000084P001-1339S-009
SYSCO FOOD SVCS
PO BOX 509101
SAN DIEGO CA 92150

000052P001-1339S-009
TEXAS ALCOHOLIC BEVERAGE COMMISSION
PO BOX 13127
AUSTIN TX 78711-

000050P001-1339S-009
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-

000055P001-1339S-009
VAN EERDEN DISTRIBUTION CO
PO BOX 3110
GRAND RAPIDS MI 49501

Records Printed :            17