The relief described hereinbelow is SO ORDERED.

Signed March 08, 2016.

_____
Ronald B. King
Chief United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br>BUFFETS, LLC, *et al.*<br>Debtor. | Chapter 11<br>Case No. 16-50557-RBK<br>(Joint Administration Pending) |

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF CRAIG S. GANZ

Based on the Motion for Admission *Pro Hac Vice* submitted by Craig Solomon Ganz ("Applicant") and the Court, having reviewed the Motion, orders as follows:

IT IS ORDERED, that the Motion for Admission Pro Hac Vice is GRANTED, and Applicant Craig S. Ganz may appear *pro hac vice* as counsel to Spirit Master Funding V, LLC in the above case(s). This order shall not be considered admission to practice before this Court or the U.S. District Court for the Western District of Texas.

###

Submitted by:

BALLARD SPAHR LLP
Craig Solomon Ganz (*pro hac vice* pending)
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
(602) 798-5400
ganzc@ballardspahr.com

MARTIN & DROUGHT, P.C.
2500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205-3789
Telephone: (210) 220-1334
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

By: /s/Michael G. Colvard
_____
Michael G. Colvard
State Bar No. 04629200

**COUNSEL FOR SPIRIT MASTER FUNDING V, LLC**