UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

-----------------------------------------------------------------------X
In re:                                                       Chapter 11

    BUFFETS, LLC, *et al*.                              Case No. 16-50557-RBK

              Debtors.                                     (Joint Administration Pending)
-----------------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now Gregory Brown ("Applicant") and moves this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Lowey Enterprises t/a Sunrise Produce Company and creditors of Debtors under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, *et seq*., in this case, and would respectfully show the Court as follows:

    1.    Applicant is an attorney and an associate of the law firm of McCarron & Diess with offices at 707 Walt Whitman Road, Second Floor, Melville, New York 11747, Phone: (631) 425-8110, Fax: (631) 425-8112, gbrown@mccarronlaw.com.

    2.    Since February 15, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 4366498.

    3.    Applicant has been admitted to practice before the following state and federal courts:

| Court | Date |
|---|---|
| United States District Court, District of New Jersey | 12/30/2005 |
| New York State Courts | 2/15/2006 |
| United States District Court, Southern District of New York | 4/4/2006 |
| United States District Court, Eastern District of New York | 4/6/2006 |
| United States Court of Appeals, Second Circuit | 11/19/2009 |
| United States District Court, District of Colorado | 12/5/2012 |

United States District Court, Northern District of New York    10/24/2013

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice in the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. Applicant has not requested admission *pro hac vice* in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Gregory Brown to the U.S. Bankruptcy Court, Western District of Texas, *pro hac vice*.

Respectfully submitted,

/s/ Gregory Brown
Gregory Brown
707 Walt Whitman Road, Second Floor
Melville, New York 11747
(631) 425-8110
gbrown@mccarronlaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court via the Court's CM/ECF system on this 8th day of March, 2016.

      /s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.
SHERMAN & YAQUINTO, LLP
509 N. Montclair Avenue
Dallas, TX 75208
(214) 942-5502   (214) 946-7601
rob@syllp.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

---------------------------------------------------------------------X
In re:                                                          Chapter 11

    BUFFETS, LLC, *et al*.                        Case No. 16-50557-RBK

                                  Debtors.                        (Joint Administration Pending)
---------------------------------------------------------------------X

## ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Gregory Brown ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Lowey Enterprises t/a Sunrise Produce Company and other similarly situated creditors of Debtors under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, *et seq*., in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

- 1 -