UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | |
|---|---|
| In Re: <br><br> **BUFFETS, LLC.,** *et al.* <br><br><br><br> Debtor(s). | Chapter 11 <br><br> Case No. **16-50557** <br><br> (Joint Administration Pending) |

**REQUEST FOR NOTICE AND SERVICE OF NOTICES AND PAPERS**

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Sr. Associate General Counsel of GGP Limited Partnership, as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor**,** hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 960-2940
Fax: (312) 442-6374
E-Mail: ggpbk@ggp.com

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings. Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 8TH day of March, 2016

Respectfully submitted,

/s/ Kristen N. Pate
Kristen N. Pate
Sr. Associate General Counsel
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL 60606
(312) 960-2940
(312) 442-6374 (fax)

**CERTIFICATE OF SERVICE**

To:

    **Clerk**
    **U.S. Bankruptcy Court**
    Hipolito F. Garcia Federal Building and
    United States Courthouse
    615 East Houston Street, Room 597
    San Antonio, Texas 78205

    **Andrea S. Hartley**
    **Amy M. Leitch**
    **Esther A. McKean**
    **John E. Mitchell**
    **David W. Parham**
    Akerman, LLP
    Three Brickell City Centre
    98 Southeast Seventh Street
    Miami, FL 33131
    Email: andrea.hartley@akerman.com
    Email: amy.leitch@akerman.com
    Email: esther.mckean@akerman.com
    Email: john.mitchell@akerman.com
    Email: david.parham@akerman.com

    **U.S. Trustee**
    Office of the U.S. Trustee
    **615 E. HOUSTON STREET, SUITE 533**
    **SAN ANTONIO, TX 78205**

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing REQUEST FOR NOTICE AND SERVICE OF NOTICES AND PAPERS was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 8th day of March, 2016
.

                                                                           /s/ Julie Minnick Bowden
                                                                                Julie Minnick Bowden