IN THE UNITED STATES BANKRUPTCY COURT
for the WESTERN DISTRICT of TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re : | § | Chapter 11 |
| **BUFFETS, LLC,** *et als* | § | Joint Administration Pending |
| | § | |
| Debtors | § | Case No. 16-50557(rbk) |

**ENTRY of APPEARANCE of WILLIAM J. LEVANT, Esquire
for CREDITOR RED ROSE COMMONS ASSOCIATES, L.P.**

TO THE CLERK :

Kindly enter my appearance for creditor Red Rose Commons Associates, L.P. in the above.

All parties shall serve notices directed to my client to me at the below address.

Respectfully submitted,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
William J. Levant, Esquire
Pennsylvania Attorney ID No. 54286
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive, 2nd Floor
Post Office Box 3037
Blue Bell, PA 19422
(610)941-2474
(610)684-2020 – Telecopier
wlevant@kaplaw.com
Attorneys for Red Rose Commons Associates, L.P.

Date : March 8, 2016