| | | |
|---|---|---|
| Buffets, LLC<br>120 Chula Vista Drive<br>Hollywood Park, TX 78232 | John E. Mitchell / David W. Parham<br>Akerman LLP<br>2550 Trammel Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | Office of the United States Trustee<br>615 E. Houston Street, Suite 533<br>San Antonio, TX 78205 |
| Ian Sandefer<br>Fuller, Sandefer & Associates<br>242 South Grant Street<br>Casper, WY 82601 | Van Eerden Distribution Co.<br>c/o its Registered Agent,<br>Tracy Christian<br>650 Ionia Ave. SW<br>Grand Rapids, MI 49503 | California State Tax Collector<br>1010 10th Street<br>P.O. Box 859<br>Modesto, CA 95353 |
| Pocono Profoods<br>c/o Pocono Produce Co., Inc.<br>Rt. 191 & Chipperfield Dr.<br>Stroudsburg, PA 18360 | Saladino's Inc.<br>c/o its Registered Agent,<br>Craig Saladino<br>3325 W. Figarden Dr.<br>Fresno, CA 93711 | Kyle M. Zipes, Esq.<br>500 Oracle Parkway<br>5op764<br>Redwood Shores, CA 94065 |
| Oracle Corporation<br>c/o its Registered Agent<br>Corporation Services Company<br>2710 Gateway Oaks Dr., Ste. 150N<br>Sacramento, CA 95833 | Jim Vaughan<br>National Accounts Manager<br>General Mills Sales, Inc.<br>#1 General Mills Blvd.<br>Minneapolis, MN 55426 | Bryce King<br>1099 Duffer Circle<br>North Salt Lake, UT 84054 |
| Haag Food Service Inc.<br>c/o its Registered Agent,<br>Jack Garcia<br>P.O. Box 348<br>Breese, IL 62330 | Haag Food Service, Inc.<br>Jack E. Garcia<br>71 N. 12th Street<br>Breese, IL 62330 | Realty Income Corporation<br>c/o its Registered Agent<br>Corporation Services Company<br>2710 Gateway Oaks Dr., Ste. 150N<br>Sacramento, CA 95833 |
| Acr Properties Partnership<br>n/k/a Vereit Operating Partnership<br>c/o The Corporation Trust Co<br>1209 Orange St.<br>Wilmington, DE 19801 | Christopher Gage and Heather Gage<br>Kyle Long & Robert Pahlke<br>Robert Pahlke Law Group<br>2425 Circle Drive, Suite 200<br>Scottsbluff, NE 69363 | Van Eerden Distribution Co.<br>P.O. Box 3110<br>Grand Rapids, MI 49501-3110 |
| Procono Profoods<br>P.O. Box 669<br>Stroudsburg, PA 18360 | Saladino's Inc.<br>P.O. Box 12266<br>Fresno, CA 93777-2266 | Oracle / Micros<br>500 Oracle Parkway<br>Redwood Shores, CA 94065 |
| Haag Food Service, Inc.<br>P.O. Box 4520<br>Carol Stream, IL 60197-4520 | Realty Income Corporation<br>11995 El Camino Real<br>San Diego, CA 92130 | Ace Properties Partnership, LP<br>Vereit<br>2325 East Camelback Road<br>Suite 1100<br>Phoenix, AZ 85016 |
| Ben Kent<br>Windstream<br>4001 Rodney Parham Road<br>Little Rock, AZ 72212 | Windstream Corporation<br>c/o its Registered Agent<br>The Corporation Company<br>124 West Capitol Avenue, Ste. 1900<br>Little Rock, AR 72201 | Berta Martin Del Camp<br>Khorrami Boucher Sumner<br>Thirty-Third Floor<br>444 S. Flower St.<br>Los Angeles, CA 90071 |
| Sahag Majarian II<br>Law Offices of Sahag Majarian<br>18250 Ventura Boulevard<br>Tarzana, CA 91356 | Gallagher Basset Services, Inc.<br>c/o Arther J. Gallagher & Co.<br>The Gallagher Centre<br>2 Peirce Place<br>Itasca, IL 60143 | Gallagher Basset Services, Inc.<br>c/o its Registered Agent<br>Prentice Hall Corporation<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 |

| | | |
|---|---|---|
| Sysco Food Service<br>P.O. Box 509101<br>San Diego, CA 92150-9101 | Sysco Food Service<br>1390 Enclave Parkway<br>Houston, TX 77077 | Sysco Food Service<br>c/o its Registered Agent<br>Corporation Service Company<br>2711 Centerville Rd., Ste. 400<br>Wilmington, DE 19808 |
| Cole BU Portfolio II, LLC Vereit<br>2325 East Camelback Road<br>Suite 100<br>Phoenix, AZ 85016 | Cole BU Portfolio II, LLC<br>c/o its Registered Agent,<br>The Corporation Trust Company<br>1209 Orange St.<br>Wilmington, DE 19801 | Spirit Master Funding VII LLC<br>Attn.: Portfolio Servicing<br>16767 N. Perimeter Drive<br>Scottsdale, AZ 85260 |
| Food Services of America<br>P.O. Box 3929<br>Portland, OR 97208 | Food Services of America<br>c/o its Registered Agent<br>CT Corporation System<br>388 State St., Ste. 420<br>Salem, OR 97301 | Food Service of America<br>P.O. Box 25109<br>Scottsdale, AZ 85255 |
| Food Service of America<br>16100 N. 71st St., Ste. 400<br>Scottsdale, AZ 85254 | ADP<br>5800 Windward Parkway<br>Alpharetta, GA 30005 | ADP<br>Attn: Legal Dept.<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| Illinois State<br>Office of the State Fire Marshal<br>1035 Stevenson Drive<br>Springfield, IL 62703-4259 | Missouri State Dept. of Revenue<br>301 West High St.<br>P.O. Box 155<br>Jefferson City, MO 65105-0155 | Sunrise Produce<br>500 Burning Tree Road<br>Fullerton, CA 92833 |
| Loewy Enterprises<br>d/b/a Sunrise Produce<br>c/o its Registered Agent, Al Avila<br>8442 Fontana St.<br>Downey, CA 90241 | Ohio State<br>Ohio Dept. of Taxation<br>P.O. Box 2476<br>Columbus, OH 43266-0076 | Pennsylvania State<br>Dept. of Revenue<br>Dept. 280421<br>Harrisburg, PA 17128-0421 |
| South Carolina State<br>Unclaimed Property Program<br>P.O. Box 11778<br>Columbia, SA 29211 | New York State<br>Dept. of State<br>41 State St.<br>Albany, NY 12231 | Icee Company<br>1205 DuPont Ave.<br>Ontario, CA 91761 |
| The Icee Company<br>c/o its Registered Agent<br>CT Corporation System<br>818 West Seventh St., Ste. 930<br>Los Angeles, CA 90017 | Minnesota State<br>Secretary of State<br>60 Empire Dr., Ste. 100<br>St. Paul, MN 55103 | Alabama State Dept. of Revenue<br>Corp, Income Tax<br>P.O. Box 327430<br>Montgomery, AL 36132-7430 |

NOTICES OF APPEARANCE:

| | | |
|---|---|---|
| Wesland South Shore Mall, L.P.<br>c/o Niclas A. Ferland/Ilan Markus<br>LeClair Ryan<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511 | Darryl S. Ladein/Frank N. White<br>Arnall Golden Gregory, LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA 30363-1031 | Central Cal Properties, Inc.<br>c/o Dustin P. Branch/Brian D.Huben<br>Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 |

Inland Commercial Real Estate
c/o Kevin M. Newman
Menter Rudin & Trivelpiece, PC
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439

Dallas County
c/o Linebarger Goggan Blair & Sampson
2777 N. Stemmons Fwy., Ste. 1000
Dallas, TX 75207

DDR Corp.
c/o Robert L. LeHane
Kelley Drye &Warren LLP
101 Park Avenue
New York, New York 10178

GGP Limited Partnership
c/o Kristen N. Pate
110 N. Wacker Drive
Chicago, IL 60606

Red Rose Commons Associates, LP
c/o William J. Levant
Kaplin Stewart Meloff Reiter
P.O. Box 3037
Blue Bell, PA 19422