IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | ) | JUDGE |
| | ) | |
| BUFFETS, LLC | ) | CASE NO. : 16-50557 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of Boulevard Centre, LLC dba Boulevard Centre, The Cafaro Northwest Partnership dba South Hill Mall, and The Cafaro Northwest Partnership dba Vancouver Plaza; and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C. § 1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, 2445 Belmont Avenue, P.O. Box 2186, Youngstown, OH 44504-0186, Attention: Richard T. Davis.

Dated: March 9, 2016

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
The Cafaro Company
2445 Belmont Avenue
P.O. Box 2186
Youngstown, Ohio 44504-0186
(330) 747-2661

RTD/kam