IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BUFFETS, LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors | § | Case No. 16-50557-rbk |
| | § | |
| | § | (Joint Administration Pending) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, the law firm of Lathrop & Gage LLP and hereby enters its appearance on behalf of Community Bank of Raymore, Agent ("Landlord") and, pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. § 1109(b), requests and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that Landlord requests that all notices authorized, permitted, or required by any provision of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq., by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court for the District of Texas, and by any request, instruction, or directive of the Office of the United States Trustee, and all other notices, applications, motions, complaints, petitions, pleadings, disclosure statements, plans of reorganization, plans of liquidation, reports, orders, and papers lodged or filed in the above-captioned Bankruptcy Code proceedings, as well as all notices of any of the foregoing, be given to and served upon its attorneys:

> Stephen B. Sutton
> Lathrop & Gage LLP
> 2345 Grand Boulevard, Suite 2400
> Kansas City, MO 64108
> (816) 292-2000; Fax (816) 292-2001
> Email: ssutton@lathropgage.com

25385619v1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, order and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

(1) Which affect or seek to affect in any way any rights or interest of Landlord with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlord claims an interest; (d) property or proceeds thereof in possession, custody or control of Landlord which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlord.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Landlord's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Landlord's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Landlord's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff, or recoupments to which Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Community Bank of Raymore expressly reserves.

25385619v1

Dated: March 9th, 2016  Respectfully submitted,

*Stephen B. Sutton*
Stephen B. Sutton, MO Bar No. 25109
Lathrop & Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618

ATTORNEYS FOR CREDITOR
COMMUNITY BANK OF RAYMORE

## CERTIFICATE OF SERVICE

I certify that on this 9th day of March, 2016, the foregoing was served upon all parties receiving notice via the court's ECF system.

*Stephen B. Sutton*
Attorney for Creditor

25385619v1