IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

---

In re:                                         Chapter 11

    BUFFETS, LLC, *et. al.*              Case No. 16-50557

                          Debtor.              (Jointly Administered)

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice of Appearance and Demand for Service of Papers* was mailed on the 9th day of March, 2016, by depositing same in the U.S. Mail, postage prepaid to:

    Andrea S. Hartley, Esq.
    Amy M. Leitch, Esq.
    Esther A. McKean, Esq.
    Akerman, LLP
    Three Brickell City Centre
    98 Southeast Seventh Street
    Miami, FL 33131

    John E. Mitchell, Esq.
    David W. Parham, Esq.
    Akerman LLP
    2550 Trammell Crow Center
    2001 Ross Avenue
    Dallas, TX 75201

    Office of the United States Trustee
    615 E. Houston Street, Suite 533
    San Antonio, TX 78205

                                                       */s/Deborah S. Miller*
                                                       DEBORAH S. MILLER

Sworn to before me this
9th day of March, 2016.

    */s/Tina M. D'Amico*
Notary Public, State of New York
Qualified in Onondaga County, No. 01DA4843402
Commission Expires April 30, 2019

{KMN/PRINT/DSM/01172445.DOCX}