IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br>      BUFFETS, LLC, et al.[1]<br>Debtors. | Chapter 11<br>Case No. 16-50557-rbk<br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND
REQUEST TO BE ADDED TO MASTER SERVICE LIST**

Please take notice that the undersigned appear in the above captioned cases on behalf of *Ramco-Gershenson Properties, L.P.,* and pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed at the address and telephone listed below, and that counsel be added to the Master Service List in this case.

David M. Blau, Esq.<br>
Clark Hill PLC<br>
151 S. Old Woodward Ave., Ste. 200<br>
Birmingham, MI 48009<br>
Telephone: 248.988-1817 Facsimile: 248.988-2336<br>
dblau@clarkhill.com

---

[1] The Debtors in these cases, along with the last four digits of each of Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's Inc. (7129). The address of all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

1

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written, or oral, and whether transmitter or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated: March 8, 2016

Respectfully submitted,

CLARK HILL, PLC

/s/ David M. Blau
David M. Blau (P52542)
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48009
Tel: (248) 248-988-1817
Fax: (248)
dblau@clarkhill.com
*Attorney for Ramco-Gershenson Properties, L.P.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>    BUFFETS, LLC, et al.<br><br>    Debtors. | Chapter 11<br><br>Case No. 16-50557-rbk<br><br>(Joint Administration Requested) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Service of Papers and Request to be Added to Master Service List was mailed the 9th day of March, 2016, by depositing same in the U.S. Mail, postage pre-paid to:

John E. Mitchell, Esq.
David W. Parham, Esq.
Akerman LLP
2550 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

Office of the United States Trustee
615 E. Houston Street, Suite 533
San Antonio, TX 78205

                                        /s/ Pamela A. Pich
                                        PAMELA A. PICH

Sworn to before me this
9th day of March, 2016.

      /s/ Linda McCauley
Notary Public, Oakland County, MI
My commission expires: 10/18/2019
Acting in Oakland County

3