**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 16-50557-RBK |
| BUFFETS, LLC | § | Chapter 11 |
| | § | |
| Debtor | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 through the undersigned counsel:

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, Texas 78711-2548
John.Stern@texasattorneygeneral.gov

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    CHARLES E. ROY
    First Assistant Attorney General

        JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ John Mark Stern*
JOHN MARK STERN
Texas State Bar No. 19175662
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4868
Facsimile: (512) 936-1409
John.Stern@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on March 9, 2016, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Buffets, LLC
120 Chula Vista Drive
Hollywood Park, TX 78232

By Electronic Means as listed on the Court's ECF Noticing System:

- Dustin P. Branch    dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;brian.huben@kattenlaw.com
- Michael G. Colvard    mcolvard@mdtlaw.com, amartinez@mdtlaw.com
- Richard T. Davis    rdavis@cafarocompany.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Darryl S. Laddin    bkrfilings@agg.com
- William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
- John E. Mitchell    john.mitchell@akerman.com, rachel.myrick@akerman.com
- Kevin M Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
- David W. Parham    david.parham@akerman.com, rachel.myrick@akerman.com
- Stephen B. Sutton    ssutton@lathropgage.com, kbennett@lathropgage.com
- United States Trustee - SA12    USTPRegion07.SN.ECF@usdoj.gov

2

- H. Elizabeth Weller    bethw@publicans.com
- David V Wilson    david.wilson@leclairryan.com, gloria.flores@leclairryan.com

*/s/ John Mark Stern*
JOHN MARK STERN