IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

---

In re:

    BUFFETS, LLC, *et. al.*

                       Debtor.

Chapter 11

Case No. 16-50557

(Jointly Administered)

---

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Menter, Rudin & Trivelpiece, P.C., and all attorneys therein, hereby withdraws its appearance and demand for service of papers as counsel for RPAI Southwest Management, LLC [Dkt. 62] in the above captioned cases.

Dated:  March 9, 2016
          Syracuse, New York

**MENTER, RUDIN & TRIVELPIECE, P.C.**

By:   */s/Kevin M. Newman*
Kevin M. Newman *(Pro Hac Vice Pending)*
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439
Telephone:    (315) 474-7541
Facsimile:    (315) 474-4040

{30337/30752/DSM/01173113.DOCX}