IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

---

In re:

    BUFFETS, LLC, *et. al.*

                           Debtor.

Chapter 11

Case No. 16-50557

(Jointly Administered)

---

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned, appearing for RPAI US Management, LLC (hereafter the "Creditor"), pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9007, hereby requests that all notices given to or required to be served in these cases be given and served upon the undersigned at the office, address, and telephone numbers set forth below:

        Kevin M. Newman, Esq.
        MENTER, RUDIN & TRIVELPIECE, PC
        308 Maltbie Street, Suite 200
        Syracuse, New York 13204-1439
        Telephone: (315) 474-7541
        Facsimile: (315) 474-4040
        Email: knewman@menterlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

**PLEASE TAKE FURTHER NOTICE**, that the Creditor intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Creditor's right to have final orders in non-core matters entered only after *de novo* review by a District Court

Judge, (2) Creditor's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related in these cases, (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated: March 9, 2016
Syracuse, New York

**MENTER, RUDIN & TRIVELPIECE, P.C.**
*Attorneys for RPAI US Management, LLC*

By: */s/Kevin M. Newman*
Kevin M. Newman *(Pro Hac Vice Pending)*
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439
Telephone: (315) 474-7541
Facsimile: (315) 474-4040