IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re:<br><br>BUFFETS, LLC, et al.[1]<br><br>Debtors. | § § § § § § § § | Chapter 11<br><br>Case No. 16-50557-rbk<br><br>(Joint Administration Pending) |

## REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

Alamo CRG, LLC ("Alamo"), without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Code, states that it will be represented in this case by Deborah D. Williamson, Patrick L. Huffstickler and Mark E. Andrews of the law firm of Dykema Cox Smith.

Pursuant to Rule 2002 of the Bankruptcy Rules, Alamo hereby requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtors, be served on it at the following address:

> Deborah D. Williamson
> Patrick L. Huffstickler
> DYKEMA COX SMITH
> 112 E. Pecan Street, Suite 1800
> San Antonio, Texas 78205
> (210) 554-5500
> (210) 226-8395 (Fax)
> phuffstickler@dykema.com
> dwilliamson@dykema.com

**AND**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's, Inc. (7129). The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

4836-9369-2207.1
734133\000006

Mark E. Andrews
State Bar No. 01253520
DYKEMA COX SMITH
Comerica Bank Building
1717 Main Street, Suite 4200
Dallas, Texas 75201
Phone: (214) 462-6400
Fax: (214) 462-6401
Email: mandrews@dykema.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules, Alamo's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated: March 9, 2016

    Respectfully submitted,

    DYKEMA COX SMITH
    112 E. Pecan St., Suite 1800
    San Antonio, Texas 78205
    (210) 554-5500
    (210) 226-8395 (Fax)

    By: _/s/ Patrick L. Huffstickler_
        Deborah D. Williamson
        Texas State Bar No. 21617500
        Patrick L. Huffstickler
        Texas State Bar No. 10199250

and

Mark E. Andrews
State Bar No. 01253520
DYKEMA COX SMITH
Comerica Bank Building
1717 Main Street, Suite 4200
Dallas, Texas 75201
Phone: (214) 462-6400
Fax: (214) 462-6401
Email: mandrews@dykema.com

**ATTORNEYS FOR ALAMO CRG, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on this 9th day of March, 2016.

*/s/ Patrick L. Huffstickler*
Patrick L. Huffstickler

4836-9369-2207.1
734133\000006