The relief described hereinbelow is SO ORDERED.

Signed March 09, 2016.

_____
Ronald B. King
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

---------------------------------------------------------------------X
In re:                                           Chapter 11

    BUFFETS, LLC, *et al*.                Case No. 16-50557-RBK

                  Debtors.          (Joint Administration Pending)
---------------------------------------------------------------------X

**ORDER**

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by Gregory Brown ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Lowey Enterprises t/a Sunrise Produce Company and other similarly situated creditors of Debtors under the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, *et seq*., in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

- 1 -