The relief described hereinbelow is SO ORDERED.

Signed March 09, 2016.



_____
Ronald B. King
Chief United States Bankruptcy Judge

# IN THE UNTIED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, et al.[1] | § | Case No: 16-50557-rbk |
| | § | |
| Debtors. | § | (Joint Administration Pending) |

## ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID M. BLAU

BE IT REMEMBERED that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by David M. Blau ("Applicant") and the Court, having viewed the Motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Ramco-Gershenson Properties, L.P. in the above-referenced cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's Inc. (7129). The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

1

This order shall not be considered admission to practice generally before this court or the U.S. District Court for the Western District of Texas.

# # #

PREPARED AND SUBMITTED BY:

/s/ David M. Blau
David M. Blau (P52542)
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48009
Tel: (248) 248-988-1817
Fax: (248) 988-2336
dblau@clarkhill.com
COUNSEL FOR RAMCO-GERSHENSON PROPERTIES, L.P.