IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

------------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| BUFFETS, LLC, *et. al.* | Case No. 16-50557 |
| Debtor. | (Jointly Administered) |

------------------------------------------------------------------

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE RONALD B. KING, CHIEF JUDGE OF SAID COURT:

Comes now Kevin M. Newman ("Applicant") and moves this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Inland Commercial Real Estate Services, LLC, Inland Commercial Property Management, Inc. and RPAI US Management, LLC in these cases, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm of Menter, Rudin & Trivelpiece, P.C. with offices at:

> Kevin M. Newman, Esq.
> MENTER, RUDIN & TRIVELPIECE, PC
> 308 Maltbie Street, Suite 200
> Syracuse, New York 13204-1439
> Telephone:  (315) 474-7541
> Facsimile:  (315) 474-4040
> Email:  knewman@menterlaw.com

2.  Since January 15, 1987, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York.  Applicant's state bar license number is 2090116.

3.  Applicant has been admitted to practice before the following state and federal courts:

| Court | Department/District | Admission Date |
|---|---|---|
| State of New York | Fourth Judicial Department | 1/15/1987 |
| U.S. Bankruptcy Court | Northern District of New York | 2/17/1987 |
| U.S. Bankruptcy Court | Western District of New York | 4/21/1987 |
| U.S. Bankruptcy Court | Southern District of New York | 8/1/1995 |
| U.S. Bankruptcy Court | Eastern District of Michigan | 4/9/1998 |
| U.S. District Court | Western District of Wisconsin | 11/14/2013 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court.

5.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, expect for the following:

      a.  In March 1993, an adverse party in a case filed a grievance against Applicant with the New York State Bar Association Grievance Committee.  The grievance was baseless and was subsequently dismissed.

6.  Applicant is eligible to practice in the Bankruptcy Court.

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice.

8.  Applicant has not requested admission *pro hac vice* in the Bankruptcy Court for the Western District of Texas in the preceding twelve (12) months.

WHEREFORE, Applicant prays that this Court enter an order permitting the admission of Kevin M. Newman to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for these cases only.

Dated:  March 10, 2016
        Syracuse, New York

Respectfully submitted,

**MENTER, RUDIN & TRIVELPIECE, P.C.**
*Attorneys for Inland Commercial Real Estate Services, LLC, Inland Commercial Property Management, Inc. and RPAI US Management, LLC*

By: _____
Kevin M. Newman
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439
Telephone:  (315) 474-7541
Facsimile:  (315) 474-4040
Email:      knewman@menterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this Amended Motion for Pro Hac Vice Admission upon each attorney of record and the original upon the Clerk of the Court on this the 10th day of March, 2016.

_____

Kevin M. Newman
MENTER, RUDIN & TRIVELPIECE, P.C.
*Attorneys for Inland Commercial Real Estate*
*Services, LLC, Inland Commercial Property*
*Management, Inc. and RPAI US Management, LLC*
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439
Telephone:  (315) 474-7541
Facsimile:   (315) 474-4040
Email:         knewman@menterlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

------------------------------------------------------------------

In re:                                          Chapter 11

    BUFFETS, LLC, *et. al.*                  Case No. 16-50557

                     Debtor.       (Jointly Administered)

------------------------------------------------------------------

## O R D E R

**BE IT REMEMBERED** on this the ____ day of _____, 2016, there was presented to the Court the Amended Motion for Admission *Pro Hac Vice* filed by Kevin M. Newman ("Applicant"), counsel for Inland Commercial Real Estate Services, LLC, Inland Commercial Property Management, Inc. and RPAI US Management, LLC, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Amended Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Inland Commercial Real Estate Services, LLC, Inland Commercial Property Management, Inc. and RPAI US Management, LLC, in the above cases.

This order shall not be considered admission to practice generally before this Court of the U.S. District Court for the Western District of Texas.

###