UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

------------------------------------------------------------------------X
In re:                                                          Chapter 11

    BUFFETS, LLC, *et al*.                              Case No. 16-50557-RBK

              Debtors.                                    (Joint Administration Pending)
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE OF COUNSEL
AND DEMAND FOR NOTICES**

Please take notice that undersigned counsel hereby enters his appearance as co-counsel to Lowey Enterprises t/a Sunrise Produce Company in the above-captioned case, pursuant to section 109(b) of title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the following person at the following address, telephone number, and email address:

    Gregory Brown
    McCarron & Diess
    707 Walt Whitman Road, Second Floor
    Melville, New York 11747
    Tel: (631) 425-8110
    Fax: (631) 425-8112
    gbrown@mccarronlaw.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: March 10, 2016

        McCarron & Diess
        Co-Counsel for Creditor
        Lowey Enterprises t/a Sunrise Produce Co.

By:   /s/ Gregory Brown
       Gregory Brown
       707 Walt Whitman Road, Second Floor
       Melville, New York 11747
       (631) 425-8110