IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-RBK |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Langley & Banack, Incorporated** has been retained as counsel for COLE BU PORTFOLIO II, LLC and ARC DBPPROP001, LLC, creditors in the above-referenced proceeding and that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

R. GLEN AYERS, JR.
DAVID S. GRAGG
LANGLEY & BANACK INCORPORATED
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Telecopier
gayers@langleybanack.com
dgragg@langleybanack.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes all notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); HomeTown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's, Inc. (7129) (collectively, the "Debtors").

demands, hearings, disclosure statements, answers, responses, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings, including but not limited to contested and non-contested matters, and adversary proceedings, whether or not Applicant is named as a party defendant in those particular matters or proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed personally or by mail, delivery, telephone, e-mail, telegraph, telex or otherwise.

Dated: March 11, 2016

Respectfully submitted,

LANGLEY & BANACK, INC.

/s/ *David S. Gragg*
Roderick Glen Ayers, SBN: 01467500
David S. Gragg, SBN: 08253300
745 East Mulberry, Suite 900
San Antonio, TX 78212
Telephone: (210) 736-6600
Facsimile: (210) 735-6889
gayers@langleybanack.com
dgragg@langleybanack.com

and

KUTAK ROCK LLP
Jeffrey T. Wegner, *pro hac vice to follow*
Lisa M. Peters, *pro hac vice to follow*
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
jeffrey.wegner@kutakrock.com
lisa.peters@kutakrock.com

ATTORNEYS FOR COLE BU PORTFOLIO II, LLC and ARC DBPPROP001, LLC, Creditors

# CERTIFICATE OF SERVICE

I certify that on March 11, 2016, a true and correct copy of the foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmitted electronically to all ECF participants, including those parties listed below.

Buffets, LLC
120 Chula Vista Drive
Hollywood Park, TX 78232

Debtors' Attorneys
Andrea S. Hartley
Akerman, LLP
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131

John E. Mitchell/David W. Parham
Akerman LLP
2550 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

U.S. Trustee
Office of the U.S. Trustee
615 E. Houston St., Suite 533
San Antonio, TX 78205

              */s/ David S. Gragg*
               David S. Gragg