**Information to identify the case:**

| Debtors | | | |
|---|---|---|---|
| | **Buffets, LLC** (Lead Case) | Case No. **16-50557-RBK** | EIN **41−1462294** |
| | **Hometown Buffet, Inc.** (Member Case) | Case No. **16-50558-RBK** | EIN **33-0463002** |
| | **OCB Restaurant Company, LLC** (Member Case) | Case No. **16-50559-RBK** | EIN **41−1777607** |
| | **OCB Purchasing Co.** (Member Case) | Case No. **16-50561-RBK** | EIN **41-1777610** |
| | **Ryan's Restaurant Group, LLC** (Member Case) | Case No. **16-50562-RBK** | EIN **57-0657895** |
| | **Fire Mountain Restaurants, LLC** (Member Case) | Case No. **16-50563-RBK** | EIN **57-0968003** |
| | **Tahoe Joe's Inc.** (Member Case) | Case No. **16-50564-RBK** | EIN **91-1957129** |
| United States Bankruptcy Court **Western District of Texas** | | Date case filed for chapter **11**  **3/7/16** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office. (See line 11 below for more information.) To protect your rights, consult an attorney.

All documents filed with the Court are or will be available for inspection on the website created by Claims and Noticing Agent Donlin Recano & Company, Inc. for these chapter 11 cases at: https://www.donlinrecano.com/Clients/htb/Index , at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at www.pacer.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtors' full names | Buffets, LLC (Lead Case)<br>Hometown Buffet, Inc.<br>OCB Restaurant Company, LLC<br>OCB Purchasing Co.<br>Ryan's Restaurant Group, LLC<br>Fire Mountain Restaurants, LLC<br>Tahoe Joe's Inc. | |
|---|---|---|---|
| 2. | All other names used in the last 8 years | Old Country Buffet<br>HomeTown Buffet<br>Ryan's<br>Fire Mountain<br>Tahoe Joe's<br>Tahoe Joe's Merger Company, Inc.<br>JJ North's Grand Buffet<br>Ovation Brands<br>Roadhouse Grill | Country Buffet<br>Soup 'N Salad Unlimited<br>Ryan's Family Steakhouse<br>Fire Mountain Restaurant, Inc.<br>Tahoe Joe's Famous Steakhouse<br>Granny's<br>Buffets, Inc.<br>OCB Restaurant Co. |
| 3. | Address | 120 Chula Vista Drive<br>Hollywood Park, TX 78232 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's attorney**<br>Name and address | David W. Parham; John E. Mitchell<br>Akerman LLP<br>2001 Ross Ave #2550<br>Dallas, TX 75201<br>Contact Phone: (214) 720-4300<br>Email: david.parham@akerman.com<br>Email: john.mitchell@akerman.com | Andrea S. Hartley; Amy M. Leitch; Esther A. McKean<br>Akerman, LLP<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>Contact Phone: (305) 374-5600<br>Email: andrea.hartley@akerman.com<br>Email: amy.leitch@akerman.com<br>Email: esther.mckean@akerman.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. Houston Street, Room 597<br>San Antonio TX 78205 | Hours open Monday – Friday, 8:00 AM − 4:00 PM<br><br>Contact phone (210) 472-6720<br><br>Date: 3/11/2016 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br><br>Creditors may attend, but are not required to do so. | **April 11, 2016 at 8:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**615 E. Houston Street, Room 333**<br>**U.S. Post Office Building**<br>**San Antonio, TX 78205** |

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 07/11/16**<br>For a governmental unit: Provided in Fed. R. Bankr. P. 3002 (c)(1)): *not later than 180 days after the date of the order for relief.*<br><br>**You may file your claim by mailing to:**<br>Donlin, Recano & Company, Inc.<br>Re: Buffets, LLC, et al.<br>P.O. Box 899<br>Madison Square Station<br>New York, NY 10010<br><br>**If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**<br>Donlin, Recano & Company, Inc.<br>Re: Buffets, LLC, et al.<br>6201 15th Avenue<br>Brooklyn, NY 11219<br><br>**Or you may file your claim electronically with the bankruptcy court at the following website: www.txwb.uscourts.gov and clicking on "File Proof of Claim Now"** |
| 8. | **Exception to discharge deadline** | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing.<br>Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |