# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>BUFFETS, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 16-50557<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS AND
## REQUEST TO BE ADDED TO THE MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned attorneys, Crystal R. Axelrod and Neil E. Herman of the law firm of Morgan, Lewis & Bockius LLP, enter their Notice of Appearance in this matter as counsel for Kimco Realty Corporation ("Kimco") pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully request that all notices or papers served or required to be served in this case pursuant to Bankruptcy Rules 2002(a), (b), (f) & (g), 3017(a), and 9007, or otherwise, be served upon the undersigned at the office addresses, facsimiles and email addresses shown below:

| | |
|---|---|
| Crystal R. Axelrod, Esq.<br>Morgan, Lewis & Bockius LLP<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Telephone: (713) 890-5171<br>Facsimile: (713) 890-5001<br>Email: crystal.axelrod@morganlewis.com | Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178-0600<br>Telephone: (212) 309-6669<br>Facsimile: (212) 309-6001<br>Email: neil.herman@morganlewis.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's Federal Tax Identification Number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's Inc. (7129). The address for all Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request, pursuant to applicable law, includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, electronically, via telephone or otherwise. Kimco also requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

This Notice of Appearance and any subsequent filing shall not be deemed or construed to be a waiver of the rights of Kimco (i) to have final orders in non-core matters entered only after de novo review by a United States district judge; (ii) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding arising in, under, or related to this case; (iii) to have a United States district court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Kimco is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are reserved and not waived.

Kimco additionally requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-styled and numbered case.

Dated: March 11, 2016                    Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Crystal R. Axelrod*
    Crystal R. Axelrod
    Texas State Bar No. 24078170
    1000 Louisiana Street, Suite 4000
    Houston, TX 77002
    Telephone: (713) 890-5000
    Facsimile: (713) 890-5001
    Email: caxelrod@morganlewis.com

    Neil E. Herman*
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 309-6000
    Facsimile: (212) 309-6001
    Email: neil.herman@morganlewis.com
    *admission pro hac vice pending*

ATTORNEYS FOR KIMCO REALTY CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served (a) on March 11, 2016, by electronic transmission upon all parties eligible to receive service through this Court's CM/ECF system, and (b) on March 16, 2016, by U.S. Mail upon the individuals and entities listed below:

**Akerman, LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Attn: Andrea S. Hartley, Esq.; Amy M. Leitch, Esq.; Ester A. McKean, Esq.

**Akerman LLP**
2550 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Attn: John E. Mitchell, Esq.

**Akerman LLP**
2001 Ross Avenue – Ste. 2550
Dallas, TX 75201
Attn: David Parham, Esq.

**Office of the United States Trustee**
615 E. Houston Street
Suite 533
San Antonio, TX 78205

**Donlin, Recano & Company, Inc.**
Re: Buffets, LLC, et al.
P.O. Box 899
Madison Square Station
New York, NY 10010

By: */s/ Crystal R. Axelrod*
      Crystal R. Axelrod