## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **BUFFETS, LLC, et al**[1] | : | Case No. 16-50557 (RBK) |
| | | |
| Debtors. | | (Joint Administration Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Edward Don & Company ("Edward Don"), appearing

through their counsel, Lauren Newman of Thompson Coburn LLP, request that all notices given

or required to be given and all papers served or required to be served in this case, in accordance

with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and

342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the

following address and telephone number:

> Lauren Newman, Esq.
> Thompson Coburn LLP
> 55 East Monroe, Suite 3700
> Chicago, IL  60603
> Telephone: 312.580.2328
> Facsimile: 312.580.2201
> Email: lnewman@thompsoncoburn.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Rules specified above, but also includes, without limitation, orders and notices of any

application, motion, petition, pleadings, request, complaint or demand, whether formal or

informal, whether written or oral and whether transmitted or conveyed by mail, messenger

delivery, telephone electronic mail or otherwise:

---

[1] The debtors in these cases are Buffets, LLC, Hometown Buffet, Inc. OCB Purchasing Co., OCB Restaurant Company, LLC, Ryan's Restaurant Group, LLC, and Fire Mountain Restaurants, LLC.

(1)     Which affect or seek to affect in any way any rights or interests of Edward Don with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Edward Don claim an interest; (d) property or proceeds thereof in possession, custody or control of Edward Don which the Debtors may seek to use; or

(2)     Which require or seek to require any act, delivery of any property, payment or other conduct by Edward Don.

Dated: March 11, 2016

**THOMPSON COBURN LLP**

By:_____ /s/ Lauren Newman _____
        Lauren Newman (IL Bar No. 6188355)
        Thompson Coburn LLP
        55 East Monroe, Suite 3700
        Chicago, IL  60603
        Telephone: 312.580.2328
        Facsimile: 312.580.2201
        Email: lnewman@thompsoncoburn.com

## <u>CERTIFICATE OF SERVICE</u>

I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST**

**FOR NOTICE** on the interested parties in this action as follows:

(X)    **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant to Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 11, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

(X)    **(BY MAIL- See attached service list)** I am "Readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Chicago, Illinois, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Illinois that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed March 11, 2016 at Chicago, Illinois.

_/s/ Judy Hampton_

## SERVICE LIST

### VIA ECF

John E. Mitchell – john.mitchell@akerman.com
David W. Parham – david.parham@akerman.com
David V. Wilson, II – david.wilson@leclairryan.com
Niclas A. Ferland – niclas.ferland@leclairryan.com
Darryl S. Laddin – Darryl.laddin@agg.com
Frank N. White – frank.white@agg.com
John E. Mitchell – dallas.bankruptcy@publicans.com
Robert L. LeHane – KDWBankruptcyDepartment@KelleyDrye.com; rlehane@kelleydrye.com
Kevin Newman – knewman@menterlaw.com

### VIA U.S. MAIL

Buffets, LLC
120 Chula Vista Drive
Hollywood Par, TX 78232