IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | CASE NO. 16-50557-RBK |
| | § | |
| DEBTOR | § | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance on behalf of PHILLIPS EDISON COMPANY, pursuant to the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Western District of Texas and requests copies of all notices and pleadings. All such notices should be addressed to the following:

LEAD COUNSEL:

David L. Pollack
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8325 Telephone
(602) 798-5595 Facsimile
pollack@ballardspahr.com

LOCAL COUNSEL:

Michael G. Colvard
**MARTIN & DROUGHT, P.C.**
2500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205
(210) 227-7591 Telephone
(210) 227-7924 Facsimile
mcolvard@mdtlaw.com

---

[1] The Debtors in this case, along with the last four digits of each Debtor's Federal Tax Identification Number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's Inc. (7129). The address for all Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

Please take further notice that, pursuant to FED. R. BANKR. P. 2002, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above referenced case and the proceedings therein.

Respectfully submitted,

**BALLARD SPAHR, LLP**
David L. Pollack
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473
E-Mail: pollack@ballardspahr.com

**MARTIN & DROUGHT, P.C.**
2500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205-3789
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

By: /s/ Michael G. Colvard
     Michael G. Colvard
     State Bar No. 04629200
**ATTORNEYS FOR PHILLIPS EDISON COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded via the Court's ECF System and United States Mail, First Class, postage prepaid, to the parties listed on the attached service list on March 14, 2016.

/s/Michael G. Colvard
Michael G. Colvard