## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 16-50557-rbk |
| | ) | |
| Buffets, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned, appearing for Blue Cross Blue Shield of South Carolina, a creditor of the Debtors and/or a party in interest in the above-captioned case, hereby appears in the above-captioned case under Title 11 of the United States Code (the "Bankruptcy Code") pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, and requests that any and all notices given or required to be given in the above-captioned case and all papers served in this case be given to and served upon the person set forth below at the address and telephone number designated below:

> R. William Metzger, Jr., Esquire
> Robinson, McFadden & Moore, P.C.
> Post Office Box 944
> Columbia, SC 29202
> Telephone: (803) 779-8900
> Facsimile: (803) 252-0724
> Email: bmetzger@robinsonlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, any and all orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone,

1

telegraph, telecopier, electronic or computer means or otherwise, that affects the , any property of the Debtors or any property in which the Debtors hold an interest.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) this party's right to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) this party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating thereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments this party expressly reserves. Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court under sovereign immunity or any other basis, which right is expressly reserved.

Robinson, McFadden & Moore, P.C.

R. William Metzger, Jr.
Post Office Box 944
Columbia, SC 29202
Tel: (803) 779-8900
Fax: (803) 252-0724
Email: bmetzger@robinsonlaw.com

Attorneys for Blue Cross Blue Shield of South Carolina

Columbia, South Carolina

March ___15___, 2016

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| In Re: | ) Bankruptcy Case No.  16-50557-rbk |
| | ) |
| Buffets, LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) CERTIFICATE OF SERVICE |

This is to certify that I am a paralegal in the law firm of Robinson, McFadden & Moore, P.C., attorneys for Blue Cross Blue Shield of South Carolina; that I have this day caused to be served upon the persons named below the **Notice of Appearance and Request for Service of Papers** in the above captioned matter by placing a copy of same in the United States Mail, postage prepaid, in envelopes addressed as follows:

David W. Parkham, Esquire
John E. Mitchell, Esquire
Akerman LLP
2001 Ross Avenue, Suite 2550
Dallas, TX  75201

Andrea Hartley, Esquire
Esther A. McKean, Esquire
Amy M. Keitch, Esquire
Akerman LLP
98 Southeast Seventh Street
Miami, FL  33131

Robinson, McFadden & Moore, P.C.

Melissa H. White, Paralegal for
R. William Metzger, Jr.
Post Office Box 944
Columbia, SC  29202
(803) 779-8900

Columbia, South Carolina

March 15   , 2016