UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case Number 16-50557 |
| | ) | |
| BUFFETS, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, COPIES AND PLEADINGS

TO THE CLERK OF THE COURT, THE DEBTORS,
ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that JAMES W. BREWER of the law firm of Kemp Smith LLP, El Paso, Texas hereby enters an appearance as attorney for **Big Dolphin LLC**, a landlord and party in interest. Big Dolphin LLC requests that copies of all notices, filings and papers filed or served in this case be given to and served upon:

JAMES W. BREWER
KEMP SMITH LLP
P.O. Drawer 2800
El Paso, Texas 79999-2800
(915) 533-4424
(915) 546-5360 (FAX)
jbrewer@kempsmith.com

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007 of the Bankruptcy Rules; including without limitation, notices and copies of any orders, motions, demands, complaints, pleadings, papers, requests, applications, answers, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telecopiers, telegraph, telex or otherwise, which affects or seeks to affect the above-captioned case.

1

19702.00100/JBRE/PL/1316584v.1

Respectfully submitted,

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)

By: _____
JAMES W. BREWER
State Bar Number 02965200
Attorneys for Big Dolphin LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice was delivered by first class U.S. mail to the parties on the attached list, and by ECF on all parties who receive service in this bankruptcy case, this 16th day of March, 2016.

_____
JAMES W. BREWER

2

Buffets, LLC
120 Chula Vista Drive
Hollywood Park, TX 78232

John E. Mitchell / David W. Parham
Akerman LLP
2550 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Office of the United States Trustee 615 E.
Houston Street, Suite 533 San Antonio, TX
78205

Ian Sandefer Fuller, Sandefer & Associates 242
South Grant Street Casper, WY 82601

Van Eerden Distribution Co. c/o its Registered
Agent, Tracy Christian 650 Ionia Ave. SW
Grand Rapids, MI 49503

California State Tax Collector 1010 10th Street
P.O. Box 859
Modesto, CA 95353

Pocono Profoods c/o Pocono Produce Co., Inc.
Rt. 191 & Chipperfield Dr.
Stroudsburg, PA 18360

Saladino's Inc.
c/o its Registered Agent,
Craig Saladino
3325 W. Figarden Dr.
Fresno, CA 93711

Kyle M. Zipes, Esq.
500 Oracle Parkway
5op764
Redwood Shores, CA 94065

Oracle Corporation
c/o its Registered Agent
Corporation Services Company
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

Jim Vaughan
National Accounts Manager
General Mills Sales, Inc.
#1 General Mills Blvd.
Minneapolis, MN 55426

Bryce King
1099 Duffer Circle
North Salt Lake, UT 84054

Haag Food Service Inc.
c/o its Registered Agent,
Jack Garcia
P.O. Box 348
Breese, IL 62330

Haag Food Service, Inc.
Jack E. Garcia
71 N. 12th Street
Breese, IL 62330

Realty Income Corporation
c/o its Registered Agent
Corporation Services Company
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

Acr Properties Partnership
n/k/a Vereit Operating Partnership
c/o The Corporation Trust Co
1209 Orange St.
Wilmington, DE 19801

Christopher Gage and Heather Gage
Kyle Long & Robert Pahlke
Robert Pahlke Law Group
2425 Circle Drive, Suite 200
Scottsbluff, NE 69363

Van Eerden Distribution Co.
P.O. Box 3110
Grand Rapids, MI 49501-3110

Procono Profoods
P.O. Box 669
Stroudsburg, PA 18360

Saladino's Inc.
P.O. Box 12266
Fresno, CA 93777-2266

Oracle / Micros
500 Oracle Parkway
Redwood Shores, CA 94065

Haag Food Service, Inc.
P.O. Box 4520
Carol Stream, IL 60197-4520

Realty Income Corporation
11995 El Camino Real
San Diego, CA 92130

Ace Properties Partnership, LP
Vereit
2325 East Camelback Road
Suite 1100
Phoenix, AZ 85016

Ben Kent
Windstream
4001 Rodney Parham Road
Little Rock, AZ 72212

Windstream Corporation
c/o its Registered Agent
The Corporation Company
124 West Capitol Avenue, Ste. 1900
Little Rock, AR 72201

Berta Martin Del Camp
Khorrami Boucher Sumner
Thirty-Third Floor
444 S. Flower St.
Los Angeles, CA 90071

Sahag Majarian II
Law Offices of Sahag Majarian
18250 Ventura Boulevard
Tarzana, CA 91356

Gallagher Basset Services, Inc.
c/o Arther J. Gallagher & Co.
The Gallagher Centre
2 Peirce Place
Itasca, IL 60143

Gallagher Basset Services, Inc.
c/o its Registered Agent
Prentice Hall Corporation
801 Adlai Stevenson Dr.
Springfield, IL 62703

Sysco Food Service
P.O. Box 509101
San Diego, CA 92150-9101

Sysco Food Service
1390 Enclave Parkway
Houston, TX 77077

Sysco Food Service
c/o its Registered Agent
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

Cole BU Portfolio II, LLC Vereit
2325 East Camelback Road
Suite 100
Phoenix, AZ 85016

Cole BU Portfolio II, LLC
c/o its Registered Agent,
The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Spirit Master Funding VII LLC
Attn.: Portfolio Servicing
16767 N. Perimeter Drive
Scottsdale, AZ 85260

Food Services of America
P.O. Box 3929
Portland, OR 97208

Food Services of America
c/o its Registered Agent
CT Corporation System
388 State St., Ste. 420
Salem, OR 97301

Food Service of America
P.O. Box 25109
Scottsdale, AZ 85255

Food Service of America
16100 N. 71st St., Ste. 400
Scottsdale, AZ 85254

ADP
5800 Windward Parkway
Alpharetta, GA 30005

ADP
Attn: Legal Dept.
One ADP Boulevard
Roseland, NJ 07068

Illinois State
Office of the State Fire Marshal
1035 Stevenson Drive
Springfield, IL 62703-4259

Missouri State Dept. of Revenue
301 West High St.
P.O. Box 155
Jefferson City, MO 65105-0155

Sunrise Produce
500 Burning Tree Road
Fullerton, CA 92833

Loewy Enterprises
d/b/a Sunrise Produce
c/o its Registered Agent, Al Avila
8442 Fontana St.
Downey, CA 90241

Ohio State
Ohio Dept. of Taxation
P.O. Box 2476
Columbus, OH 43266-0076

Pennsylvania State
Dept. of Revenue
Dept. 280421
Harrisburg, PA 17128-0421

South Carolina State
Unclaimed Property Program
P.O. Box 11778
Columbia, SA 29211

New York State
Dept. of State
41 State St.
Albany, NY 12231

Icee Company
1205 DuPont Ave.
Ontario, CA 91761

The Icee Company
c/o its Registered Agent
CT Corporation System
818 West Seventh St., Ste. 930
Los Angeles, CA 90017

Minnesota State
Secretary of State
60 Empire Dr., Ste. 100
St. Paul, MN 55103

Alabama State Dept. of Revenue
Corp, Income Tax
P.O. Box 327430
Montgomery, AL 36132-7430

Wesland South Shore Mall, L.P.
c/o Niclas A. Ferland/Ilan Markus
LeClair Ryan
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

Darryl S. Ladein/Frank N. White
Arnall Golden Gregory, LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031

Central Cal Properties, Inc.
c/o Dustin P. Branch/Brian D.Huben
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Inland Commercial Real Estate
c/o Kevin M. Newman
Menter Rudin & Trivelpiece, PC
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439

Dallas County
c/o Linebarger Goggan Blair &
Sampson
2777 N. Stemmons Fwy., Ste. 1000
Dallas, TX 75207

DDR Corp.
c/o Robert L. LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

GGP Limited Partnership
c/o Kristen N. Pate
110 N. Wacker Drive
Chicago, IL 60606

Red Rose Commons Associates, LP
c/o William J. Levant
Kaplin Stewart Meloff Reiter
P.O. Box 3037
Blue Bell, PA 19422