**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUFFETS, LLC, INC., *et al.* | ) | Case No. 16-50557 |
| | ) | |
| Debtor. | ) | (Jointly Administrated) |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Christopher L. Parnell and the law firm of Dunn Carney Allen Higgins & Tongue, LLP file this notice of appearance on behalf of creditors ROIC California, LLC and ROIC Pinole Vista, LLC, without waiving any available defenses or objections, including venue or jurisdiction. Copies of all notices, pleadings, motions, applications, answers, objections, memorandum of law, and other papers in the case should be served upon the following:

> Christopher L. Parnell
> Dunn Carney Allen Higgins & Tongue LLP
> 851 SW Sixth Avenue
> Portland, OR 97204
> cparnell@dunncarney.com

Counsel also requests inclusion on any limited notice list as ordered by this Court.

Dated this 16th day of March, 2016.

                    DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

                    */s/ Christopher L. Parnell*
                    Christopher L. Parnell, OSB No. 054352
                    Attorney for ROIC California, LLC and ROIC Pinole Vista, LLC