# IN THE UNITED STATES BANKRUPTCY COURT

For the WESTERN DISTRICT of TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 16-50557 (rbk) |
| | ) | |
| BUFFETS, LLC, et *als* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administration Pending |
| | ) | |
| | ) | **ENTRY OF APPEARANCE OF RICHARD** |
| | ) | **W. LABOWE, ESQ. FOR CREDITOR** |
| | ) | **VISALIA PROPERTY PARTNERSHIP, A** |
| _____ | ) | **CALIFORNIA GENERAL PARTNERSHIP** |

**TO THE CLERK:**

Kindly enter my appearance for creditor **VISALIA PROPERTY PARTNERSHIP, a California General Partnership** in the above.

All parties shall serve notices directed to my client to me at the below address.

              Respectfully submitted,

Dated: March 16, 2016    RICHARD W. LABOWE,
                A PROFESSIONAL CORPORATION

        By:  _/s/ RICHARD W. LABOWE_____
            Richard W. Labowe, Esq.
            Law Offices of RICHARD W. LABOWE,
            A Professional Corporation
            California State Bar No. 105905
            1631 W. Beverly Blvd., 2nd Floor
            P.O. Box 26428
            Los Angeles, CA 90026
            (213) 250-9800 Ext. 303
            (213) 975-1145
            richardwlabowe@gmail.com
            Attorneys for Creditor
            VISALIA PROPERTY PARTNERSHIP,
            a California General Partnership