## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **BUFFETS LLC,** *et al.* | § | Case No. 16-50557-rbk |
| | § | |
| Debtors. | § | (Joint Administration Pending) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Maura H. Horan, Esq. and the law firm of Ruben/Horan, P.C. hereby enter their appearance in the above-captioned proceeding as counsel to **Fair City HHH, L.L.C.** and request, pursuant to Bankruptcy Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned Chapter 11 case and all papers served or required to be served in connection with the above-captioned Chapter 11 case be given and served upon the following:

> Maura H. Horan, Esq.
> Ruben/Horan, P.C.
> 249 Pearl Street, 3rd Fl.
> Hartford, CT  06103
> Tel. No.:  (860) 275-6889
> Fax No.:  (860) 275-6884
> Email address:  mhoran@rubenhoran.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and

notices of any application, motions, petitions, pleadings, requests, complaints, demands and demands or any other paper filed in the above-captioned Chapter 11 case, whether formal or informal, written or oral, and whether transmitted electronically, by hand delivery, United States mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Dated: March 17, 2016
Hartford, Connecticut

By: */s/ Maura H. Horan*
Maura H. Horan - ct03839
Ruben/Horan, P.C.
249 Pearl Street, 3rd floor
Hartford, Connecticut 06103
Telephone: (860) 275-6888
Telecopier: (860) 275-6884
mhoran@rubenhoran.com
*Attorneys for Fair City HHH, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of March, 2016, a copy of the foregoing Notice of Appearance and Request for Service of Papers was sent via CM/ECF electronic mail, to the following and to all parties entering an appearance and requesting notice:

David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
Email: david.parham@akerman.com
Email: john.mitchell@akerman.com

Andrea S. Hartley (*Pro Hac Vice* Pending)
Florida Bar No. 864234
Esther A. McKean (*Pro Hac Vice* Pending)
Florida Bar No. 28124
Amy M. Leitch (*Pro Hac Vice* Pending)
Florida Bar No. 90112
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Email: andrea.hartley@akerman.com
Email: esther.mckean@akerman.com
Email: amy.leitch@akerman.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION

and by first-class mail, postage prepaid to:

Office of The United States Trustee
Western District of Texas, San Antonio Division
615 E. Houston Street, Suite 533
San Antonio, TX 78205

**By:** */s/ Maura H. Horan*
Maura H. Horan, Esq.
Ruben/Horan, P.C.
249 Pearl Street, Third Floor
Hartford, Connecticut 06103
Telephone No.: (860) 275-6889
Telecopier No.: (860) 275-6884