FILED
MAR 16 2016
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| BUFFETS, LLC *et al.*[1] | ) Case No. 16-50557-RBK |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) NOTICE OF APPEARANCE AND |
| | ) REQUEST FOR SPECIAL NOTICE |

**TO THE HONORABLE JUDGE, THE CLERK OF THE ABOVE-ENTITLED COURT, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the undersigned, as counsel for landlord creditor La Habra Associates, LLC ("La Habra"), hereby appears in the above-captioned case pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010.

La Habra requests that all counsel of record provide the following persons with copies of all notices, pleadings, and other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

> La Habra Associates, LLC
> c/o J. Bennett Friedman, Esq.
> Michael Sobkowiak, Esq.
> FRIEDMAN LAW GROUP, P.C.
> 1900 Avenue of the Stars, 11th Fl.
> Los Angeles, California 90067
> Telephone: (310) 552-8210
> Facsimile: (310) 733-5442

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); HomeTown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe.Joe's, Inc. (7129) (collectively, the "Debtors").

1

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

La Habra additionally requests that the Debtors and Clerk of the Court place the undersigned counsel on any mailing matrix to be prepared or existing in the above-captioned case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute waiver of the within party's:

A. Rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United District Court Judge;

B. Rights to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute of the United States Constitution;

C. Rights to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

D. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: March 14, 2016

Respectfully Submitted,

By: _____
J. Bennett Friedman (CA SBN 147056)
Michael Sobkowiak (CA SBN 242718)
FRIEDMAN LAW GROUP, P.C.
1900 Avenue of the Stars, 11th Fl.
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Landlord Creditor
La Habra Associates, LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Avenue of the Stars, 11th Fl., Los Angeles, California 90067.

On March 15, 2016, I served the document(s) entitled **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the parties listed in the attached Service List by the following method(s):

☒ **U.S. MAIL.** By enclosing the above document(s) in a sealed envelope, with postage fully prepaid, addressed as per the attached Service List, for collection and mailing from my above business address. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. Under that practice, the document is deposited with the U.S. Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

Executed on March 15, 2016, at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of State of California whose direction the service was made.

_____
Jackeline Martinez

## Service List

Buffets, LLC
c/o Andrea S. Hartley
Amy M. Leitch
Esther A. McKean
Ackerman, LLP
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131

Buffets, LLC
c/o John E. Mitchell
David W. Parham
Ackerman, LLP
2550 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

Hometown Buffet, Inc.
120 Chula Vista Drive
Hollywood Park, TX 78232