UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-50557 |
| BUFFETS, LLC, | |
| DEBTOR. | CHAPTER 11 CASE |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

Warren, Drugan & Barrows, P.C. files its NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION.

1. Warren, Drugan & Barrows, P.C. has been retained as counsel for Wells Fargo Bank, N.A., a creditor of the Debtor.

2. As counsel for Wells Fargo Bank, N.A., Warren, Drugan & Barrows, P.C. is entitled to receive notice of any and all matters filed in this bankruptcy proceeding, including, but not limited to, contested matters and adversary proceedings, irrespective of whether Wells Fargo Bank, N.A. is listed as a party to those particular proceedings.

3. Warren, Drugan & Barrows, P.C. requests that all pleadings and all notices given regarding the above-referenced case in any contested matters or adversary proceedings be sent to the following address:

> Robert L. Barrows
> Warren, Drugan & Barrows, P.C.
> 800 Broadway
> San Antonio, Texas 78215

WHEREFORE, PREMISES CONSIDERED, Warren, Drugan & Barrows, P.C. respectfully requests that it be included on the mailing matrix to receive notice of all matters and proceedings filed in the above-captioned bankruptcy matter and that copies of any and all pleadings and notices given regarding any adversary proceeding be sent to Warren, Drugan & Barrows, P.C.

> WARREN, DRUGAN & BARROWS, P.C.
> Attorneys for Wells Fargo Bank, N.A.
> 800 Broadway
> San Antonio, Texas 78215
> Telephone: (210) 226-4131
> Facsimile: (210) 224-6488
> rbarrows@wdblaw.com
>
> By: _/s/ R. L. B._____
> Robert L. Barrows 01833500

## CERTIFICATE OF SERVICE

I hereby certify that on the ___17th___ day of March, 2016, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION was served in accordance with applicable rules of the Bankruptcy procedure upon the Debtor, the Debtor's attorney, and the U.S. Trustee, the twenty (20) largest unsecured creditors or all members of court-appointed committee(s) and their respective attorneys, and all parties requesting notices; all as set forth and limited on the attached mailing list.

Service in compliance with Local Rule 9013(d), if applicable, has been accomplished.

_____
Robert L. Barrows

# MAILING LIST

Debtor:
Buffets, LLC
120 Chula Vista Drive
Hollywood Park, TX 78232

Debtor's Counsel:
David W. Parham
John E. Mitchell
Akerman, LLP
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
david.parham@akerman.com

U.S. Trustee
P. O. Box 1539
San Antonio, TX 78295

## CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS

Christopher Gage & Heather Gage
Fuller Sandefer & Associates
242 S. Grant St.
Casper, WY 82601

Van Eerden Distribution Co
c/o Tracy Christian, Registered Agent
650 Ionia Ave. SW
Grand Rapids, MI 49503

Van Eerden Distribution Co.
P.O. Box 3110
Grand Rapids, MI 49501-3110

California State Tax Collector
1010 10th St., P.O. Box 859
Modesto, CA 95353

Pocono Profoods
Pocono Produce Co, Inc.
Rt 191 and Chipperfield Dr.
Stroudsburg, PA 18360

Pocono Profoods
P.O. Box 669
Stroudsburg, PA 18360

Saladinos, Inc.
c/o Craig Saladino, Registered Agent
3325 W. Figarden Dr.
Fresno, CA 93711

Saladinos, Inc.
4397 N. Golden State Blvd.
Fresno, CA 93722

Saladinos, Inc.
P.O. Box 12266
Fresno, CA 93777-2266

Oracle Corp.
C/o Corp Services Co
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

Oracle
c/o Kyle M. Zipes, Esq.
500 Oracle Parkway 5OP764
Redwood Shores, CA 94065
kyle.zipes@oracle.com

General Mills
c/o Jim Vaughan Nat, Acct Manager
1 General Mills Blvd.
Minneapolis, MN 55426
jim.vaughan@genmills.com

Micros
c/o Kyle M. Zipes, Esq.
500 Oracle Parkway 5OP764
Redwood Shores, CA 94065
kyle.zipes@oracle.com

Bryce King
1099 Duffer Cir.
North Salt Lake, UT 84054

HAAG Food Services, Inc.
C/o Jack Garcia, Registered Agent
300 Haag St., P.O. Box 348
Breese, IL 62330

Haag Food Services, Inc.
P.O. Box 4520
Carol Stream, IL 60197-4520

Realty Income Corp.
C/o Kirk R. Carson
11995 El Camino Real
San Diego, CA 92130

ARC Properties Partnership, LP
Vereit
2325 E. Camelback Rd., Suite 1100
Phoenix, AZ 85016

Windstream
c/o Ben Kent
4001 Rodney Parham Rd.
Little Rock, AR 72212

Berta Martin Del Camp
Law Offices of Sahag Majarian S. Majarian, II
18250 Ventura Blvd.
Tarzana, CA 91356

Gallagher Bassett Services, Inc.
C/o Prentice Hall Corp.
801 Adlai Stevenson Dr.
Springfield, IL 62703

Sysco Food Services
c/o Corp Service Co.
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

Cole Bu Portfolio II, LLC
c/o Corp Trust Co.
1209 Orange St., Corporation Trust Center
Wilmington, DE 19801

Spirit Master Funding VII, LLC
c/o Portfolio Servicing
16767 N. Perimeter Dr.
Scottsdale, AZ 85260

Haag Food Services, Inc.
C/o Jack Garcia, President
71 N. 12 St.
Breese, IL 62330

Realty Income Corp.
C/o Corp Services Co.
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

ARC Properties Partnership, LP
NKA Vereit Operating Partnership, LP
The Corporation Trust Co.
1209 Orange St., Corp Trust Center
Wilmington, DE 19801

Windstream
c/o The Corp. Co.
124 West Capital Ave., Suite 1900
Little Rock, AR 72201

Berta Martni Del Camp
Khorrami Boucher Sumner Sanguinetti, LLC
444 S. Flower St., 33rd Floor
Los Angeles, CA 90071

Gallagher Bassett Services, Inc.
C/o Arthur J. Gallagher
2 Pierce Pl., The Gallagher Center
Itasca, IL 60143

Sysco Food Services
1390 Enclave Parkway
Houston, TX 77077

Sysco Food Services
P.O. Box 509101
San Diego, CA 92150-9101

Cole Bu Portfolio II, LLC
Vereit
2325 E. Camelback Rd., Suite 1100
Phoenix, AZ 85016

Spirit Master Funding VII, LLC
c/o The Corp Trust Co.
1209 Orange St., Corporation Trust Center
Wilmington, DE 19801

Food Services of America
c/o CT Corp System
388 State St., Suite 420
Salem, OR 97301

Food Services of America
16100 N. 71st St., Suite 400
Scottsdale, AZ 85254

ADP
c/o Mary C. Deyoung
One ADP Blvd.
Roseland, NJ 07068
mary.c.deyoung@adp.com

ADP
5800 Windward Parkway
Alpharetta, GA 30005

Missouri State Dept. of Revenue
301 W. High St., P.O. Box 155
Jefferson City, MO 65105-0155
txwdecf@dor.mo.gov

Sunrise Produce
500 Burning Tree Rd.
Fullerton, CA 92833
customerservice@sunriseproduce.com

Pennsylvania State Dept. of Revenue
Dept. 280421
Harrisburg, PA 17126-0421

New York State Dept. of State
41 State St.
Albany, NY 12231

ICEE Company
1205 Dupont Ave.
Ontario, CA 91761
contacticee@icee.com

Alabama State Dep. Revenue
Corp. Income Tax
P.O. Box 327430
Montgomery, AL 36132-4130

Food Services of America
P.O. Box 25109
Scottsdale, AZ 85255

Food Services of America
P.O. Box 3929
Portland, OR 97208

ADP
c/o The Corp Trust Co.
1209 Orange St., Corporation Trust Center
Wilmington, DE 19801

Illinois State
Office of the State Fire Marshall
1035 Stevenson Dr.
Springfield, IL 62703-4259

Sunrise Produce
Loewy Enterprises
c/o Al Avila
8442 Fontana St.
Downey, CA 90241

Ohio State
Ohio Dept. Of Taxation
P.O. Box 2476
Columbus, OH 43266-0076

South Carolina State
Unclaimed Property Program
P.O. Box 11778
Columbia, SC 29211

ICEE Company
c/o CT Corp System
818 W. 7th St., Suite 930
Los Angeles, CA 90017

Minnesota State Secretary of State
60 Empire Dr., Suite 100
St. Paul, MN 55103

Christopher Gage & Heather Gage
c/o Robert Pahlke Law Group
2425 Circle Dr., Suite 200
Scottsbluff, NE 69363

## PARTIES REQUESTING NOTICE

David V. Wilson, II
LeClairRyan
1233 West Loop South, Suite 1000
Houston, TX 77027
david.wilson@leclairryan.com

Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
dustin.branch@kattenlaw.com

H. Elizabeth Weller
Linebarger Goggan Blain & Sampson, LLP
2777 N. Stemmons Frwy, Ste 1000
Dallas, TX 75207
bethw@publicans.com

William J. Levant
Kaplin Stewart Meloff Reiter & Stein, P.C.
910 Harvest Drive, 2nd Floor
Post Office Box 3037
Blue Bell, PA 19422
wlevant@kaplaw.com

Richard T. Davis
The Cafaro Company
2445 Belmont Ave.
Youngstown, OH 44504-0186
rdavis@cafarocompany.com

David M. Blau
Clark Hill PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
dblau@clarkhill.com

Patrick L. Huffstickler
Dykema Cox Smith
112 E. Pecan St., Ste. 1800
San Antonio, TX 78205
phuffstickler@dykema.com

Mark E. Andrews
Dykema Cox Smith
1717 Main Street, Suite 4200
Dallas, TX 75201
mandrews@dykema.com

Darryl S. Laddin
Arnall Golden & Gregory
171 17th Street NW, Suite 2100
Atlanta, GA 30363
bkrfilings@agg.com

Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204
knewman@menterlaw.com

Robert L. LeHane
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178
rlehane@kelleydrye.com

Michael G. Colvard
Martin & Drought, PC
300 Convent St, Suite 2500
San Antonio, TX 78205
mcolvard@mdtlaw.com

Stephen B. Sutton
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas CIty, MO 64108
ssutton@lathropgage.com

Mark Stern
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
john.stern@texasattorneygeneral.gov

Deborah D. Williamson
Dykema Cox Smith
112 E Pecan St, Suite 1800
San Antonio, TX 78205
dwilliamson@dykema.com

Jennifer L. Pruski
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825
jpruski@trainorfairbrook.com

Samuel C. Wisotzkey
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Rd.
Second Floor
Milwaukee, WI 53212
swisotzkey@kmksc.com

David S. Gragg
Langley & Banack, Inc
745 E Mulberry, Suite 900
San Antonio, TX 78212
dgragg@langleybanack.com

Crystal R. Axelrod
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, TX 77002
caxelrod@morganlewis.com

John P. Dillman
Linebarger Goggan Blair & Sampson
P O Box 3064
Houston, TX 77253
houston_bankruptcy@publicans.com

Robert Yaquinto, Jr.
Sherman & Yaquinto, LLP
509 N. Montclair Avenue
Dallas, TX 75208
rob@syllp.com

Gregory A. Brown
McCarron & Diess
707 Walt Witman Road, 2nd Floor
Melville, NY 11747
gbrown@mccarronlaw.com

Lauren Newman
Thompson Coburn LLP
55 E. Monroe St., 27th Floor
Chicago, IL 60603
lnewman@thompsoncoburn.com