PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR
Gayle Strom, Deputy Tax Collector
2976 Richardson Drive
Auburn, California 95603
Telephone Number: (530) 889-4129
Facsimile Number: (530) 889-4123

**FILED**

MAR 1 7 2016

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS (SAN ANTONIO)

In Re: BUFFETS, LLC et al

Debtor(s)

Case No.: 16-50557-rbk   JT Admn

REQUEST FOR SPECIAL NOTICE
FILED BY PLACER COUNTY OFFICE OF
THE TREASURER-TAX COLLECTOR

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Placer, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest as shown on the attached service list.

Dated: March 11, 2016        Placer County Treasurer-Tax Collector's Office

By_____
Gayle Strom, Deputy Tax Collector
For the County of Placer

1