**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| BUFFETS, LLC, *et al.* | * | Case No. 16-50557-RBK |
| | * | |
| Debtors. | * | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned hereby appears for The Coca-Cola Company (and all of its divisions) and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Mark J. Friedman
> DLA Piper LLP (US)
> 6225 Smith Avenue
> Baltimore, Maryland 21209-3600
> Telephone: (410) 580-3000
> Facsimile: (410) 580-3001
> E-Mail: mark.friedman@dlapiper.com

PLEASE TAKE FURTHER NOTICE, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects any of the Debtors or the property of any of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which The Coca-Cola Company is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

DATE: March 18, 2016

/s/ Mark J. Friedman
Mark. J. Friedman
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-4153
Facsimile: (410) 580-3001
Email: mark.friedman@dlapiper.com


/s/ Vincent Slusher
Vincent Slusher, Bar ID No. 00785480
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 743-4572
Email: vince.slusher@dlapiper.com

*Counsel for The Coca-Cola Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| BUFFETS, LLC, *et al.* | * | Case No. 16-50557-RBK |
| | * | |
| Debtors. | * | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2016, a copy of the foregoing *Notice of Appearance and Request for Service of Notices, Pleadings and Orders* was served on all parties listed below and on the attached service list by first-class mail, and each other party that is a registered CM/ECF participant and the Notice of Electronic Filing indicates that notice was electronically mailed to said party.

Attached Service List

/s/ Mark J. Friedman
Mark J. Friedman

| | | |
|---|---|---|
| Buffets, LLC<br>120 Chula Vista Drive<br>Hollywood Park, TX 78232 | John E. Mitchell /<br>David W. Parham<br>Akerman LLP<br>2550 Trammel Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201 | Office of the United States Trustee<br>615 E. Houston Street, Suite 533<br>San Antonio, TX 78205 |
| Ian Sandefer<br>Fuller, Sandefer & Associates<br>242 South Grant Street<br>Casper, WY 82601 | Van Eerden Distribution Co.<br>c/o its Registered Agent,<br>Tracy Christian<br>650 Ionia Ave. SW<br>Grand Rapids, MI 49503 | California State Tax Collector<br>1010 10th Street<br>P.O. Box 859<br>Modesto, CA 95353 |
| Pocono Profoods<br>c/o Pocono Produce Co., Inc.<br>Rt. 191 & Chipperfield Dr.<br>Stroudsburg, PA 18360 | Saladino's Inc.<br>c/o its Registered Agent,<br>Craig Saladino<br>3325 W. Figarden Dr.<br>Fresno, CA 93711 | Kyle M. Zipes, Esq.<br>500 Oracle Parkway<br>5op764<br>Redwood Shores, CA 94065 |
| Oracle Corporation<br>c/o its Registered Agent<br>Corporation Services Company<br>2710 Gateway Oaks Dr.<br>Ste. 150N<br>Sacramento, CA 95833 | Jim Vaughan<br>National Accounts Manager<br>General Mills Sales, Inc.<br>#1 General Mills Blvd.<br>Minneapolis, MN 55426 | Bryce King<br>1099 Duffer Circle<br>North Salt Lake, UT 84054 |
| Haag Food Service Inc.<br>c/o its Registered Agent,<br>Jack Garcia<br>P.O. Box 348<br>Breese, IL 62330 | Haag Food Service, Inc.<br>Jack E. Garcia<br>71 N. 12th Street<br>Breese, IL 62330 | Realty Income Corporation<br>c/o its Registered Agent<br>Corporation Services Company<br>2710 Gateway Oaks Dr., Ste. 150N<br>Sacramento, CA 95833 |
| Ace Properties Partnership<br>n/k/a Vereit Operating Partnership<br>c/o The Corporation Trust Co<br>1209 Orange St.<br>Wilmington, DE 19801 | Christopher Gage and Heather Gage<br>Kyle Long & Robert Pahlke<br>Robert Pahlke Law Group<br>2425 Circle Drive, Suite 200<br>Scottsbluff, NE 69363 | Van Eerden Distribution Co.<br>P.O. Box 3110<br>Grand Rapids, MI 49501-3110 |
| Procono Profoods<br>P.O. Box 669<br>Stroudsburg, PA 18360 | Saladino's Inc.<br>P.O. Box 12266<br>Fresno, CA 93777-2266 | Oracle / Micros<br>500 Oracle Parkway<br>Redwood Shores, CA 94065 |
| Haag Food Service, Inc.<br>P.O. Box 4520<br>Carol Stream, IL 60197-4520 | Realty Income Corporation<br>11995 El Camino Real<br>San Diego, CA 92130 | Ace Properties Partnership, LP Vereit<br>2325 East Camelback Road<br>Suite 1100<br>Phoenix, AZ 85016 |

| | | |
|---|---|---|
| Ben Kent<br>Windstream<br>4001 Rodney Parham Road<br>Little Rock, AZ 72212 | Windstream Corporation<br>c/o its Registered Agent<br>The Corporation Company<br>124 West Capitol Avenue, Ste. 1900<br>Little Rock, AR 72201 | Berta Martin Del Camp<br>Khorrami Boucher Sumner<br>Thirty-Third Floor<br>444 S. Flower St.<br>Los Angeles, CA 90071 |
| Sahag Majarian II<br>Law Offices of Sahag Majarian<br>18250 Ventura Boulevard<br>Tarzana, CA 91356 | Gallagher Basset Services, Inc.<br>c/o Arther J. Gallagher & Co.<br>The Gallagher Centre<br>2 Peirce Place<br>Itasca, IL 60143 | Gallagher Basset Services, Inc.<br>c/o its Registered Agent<br>Prentice Hall Corporation<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 |
| Sysco Food Service<br>P.O. Box 509101<br>San Diego, CA 92150-9101 | Sysco Food Service<br>1390 Enclave Parkway<br>Houston, TX 77077 | Sysco Food Service<br>c/o its Registered Agent<br>Corporation Service Company<br>2711 Centerville Rd., Ste. 400<br>Wilmington, DE 19808 |
| Cole BU Portfolio II, LLC Vereit<br>2325 East Camelback Road<br>Suite 100<br>Phoenix, AZ 85016 | Cole BU Portfolio II, LLC<br>c/o its Registered Agent,<br>The Corporation Trust Company<br>1209 Orange St.<br>Wilmington, DE 19801 | Spirit Master Funding VII LLC<br>Attn.: Portfolio Servicing<br>16767 N. Perimeter Drive<br>Scottsdale, AZ 85260 |
| Food Services of America<br>P.O. Box 3929<br>Portland, OR 97208 | Food Services of America<br>c/o its Registered Agent<br>CT Corporation System<br>388 State St., Ste. 420<br>Salem, OR 97301 | Food Service of America<br>P.O. Box 25109<br>Scottsdale, AZ 85255 |
| Food Service of America<br>16100 N. 71st St., Ste. 400<br>Scottsdale, AZ 85254 | ADP<br>5800 Windward Parkway<br>Alpharetta, GA 30005 | ADP<br>Attn: Legal Dept.<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| Illinois State<br>Office of the State Fire Marshal<br>1035 Stevenson Drive<br>Springfield, IL 62703-4259 | Missouri State Dept. of Revenue<br>301 West High St.<br>P.O. Box 155<br>Jefferson City, MO 65105-0155 | Sunrise Produce<br>500 Burning Tree Road<br>Fullerton, CA 92833 |
| Loewy Enterprises<br>d/b/a Sunrise Produce<br>c/o its Registered Agent, Al Avila<br>8442 Fontana St.<br>Downey, CA 90241 | Ohio State<br>Ohio Dept. of Taxation<br>P.O. Box 2476<br>Columbus, OH 43266-0076 | Pennsylvania State<br>Dept. of Revenue<br>Dept. 280421<br>Harrisburg, PA 17128-0421 |

| | | |
|---|---|---|
| South Carolina State<br>Unclaimed Property Program<br>P.O. Box 11778<br>Columbia, SA 29211 | New York State<br>Dept. of State<br>41 State St.<br>Albany, NY 12231 | Icee Company<br>1205 DuPont Ave.<br>Ontario, CA 91761 |
| The Icee Company<br>c/o its Registered Agent<br>CT Corporation System<br>818 West Seventh St., Ste. 930<br>Los Angeles, CA 90017 | Minnesota State<br>Secretary of State<br>60 Empire Dr., Ste. 100<br>St. Paul, MN 55103 | Alabama State Dept. of Revenue<br>Corp, Income Tax<br>P.O. Box 327430<br>Montgomery, AL 36132-7430 |
| Wesland South Shore Mall, L.P.<br>c/o Niclas A. Ferland/Ilan Markus<br>LeClair Ryan<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511 | Darryl S. Ladein/Frank N. White<br>Arnall Golden Gregory, LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA 30363-1031 | Central Cal Properties, Inc.<br>c/o Dustin P. Branch/Brian<br>D.Huben<br>Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 |
| Inland Commercial Real Estate<br>c/o Kevin M. Newman<br>Menter Rudin & Trivelpiece, PC<br>308 Maltbie Street, Suite 200<br>Syracuse, New York 13204-1439 | Dallas County<br>c/o Linebarger Goggan Blair &<br>Sampson<br>2777 N. Stemmons Fwy., Ste. 1000<br>Dallas, TX 75207 | DDR Corp.<br>c/o Robert L. LeHane<br>Kelley Drye &Warren LLP<br>101 Park Avenue<br>New York, New York 10178 |
| GGP Limited Partnership<br>c/o Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Red Rose Commons Associates, LP<br>c/o William J. Levant<br>Kaplin Stewart Meloff Reiter<br>P.O. Box 3037<br>Blue Bell, PA 19422 | Stephen B. Sutton<br>Lathrop & Gage LLP<br>2345 Grand Boulevard, Suite 2400<br>Kansas City, MO 64108 |
| RPAI Southwest Management<br>c/o Kevin M. Newman<br>Menter Rudin & Trivelpiece, PC<br>308 Maltbie Street, Suite 200<br>Syracuse, New York 13204-1439 | Texas Comptroller<br>c/o John Mark Stern<br>Bankcy & Collections Div. MC008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Alamo CRG, LLC<br>D. Williamson/P. Huffstickler<br>Dykema Cox Smith<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205 |
| Alamo CRG, LLC<br>c/o. Mark E. Andrews<br>Dykema Cox Smith<br>1717 Main Street, Suite 4200<br>Dallas, TX 75201 | Country Club Plaza Investors, Inc.<br>Donahue Schriber Realty Group<br>c/o Jennifer L. Pruski<br>P.O. Box 255824<br>Sacramento, CA 95865 | Ecolab Inc.<br>c/o Samuel C. Wisotzkey<br>Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059 |

Minges Creek, LLC
David M. Blau
Clark Hill PLC
151 S. Old Woodward Ave., #200
Birmingham, MI 48009

Lowey Enterprises t/a Sunrise Produce
c/o Gregory Brown
McCarron & Diess
707 Walt Whitman Rd., Second Fl.
Melville, New York 11747

Edward Don & Company
c/o Lauren Newman
Thompson Coburn LLP
55 East Monroe, Suite 3700
Chicago, IL 60603

Big Dolphin LLC
c/o James W. Brewer
Kemp Smith LLP
P.O. Drawer 2800
El Paso, TX 79999-2800

La Habra Associates, LLC
c/o J. Bennett Friedman/
Michal Sobkowiak
Friedman Law Group, P.C.
1900 Avenue of the Stars
11th Floor
Los Angeles, CA 90067

Kimco Realty Corporation
c/o Crystal R. Axelrod
Morgan, Lewis & Bockius LLP
100 Louisiana Street, Suite 4000
Houston, TX 77002

WRI-URS Clackamas, LLC
c/o Weingarten Realty Investors
Attn: Jenny J. Hyun
2600 Citadel Plaza Drive
Suite 125
Houston, TX 77008

Galveston & Montgomery Counties
c/o John P. Dillman
Linebarger Goggan Blair Sampson
P.O. Box 3064
Houston, TX 77253-3064

Visalia Property Partnership
c/o Richard W. Labowe
Law Offices of Richard W. Labowe
P.O. Box 26428
Los Angeles, CA 90026

Kimco Realty Corporation
c/o Neil E. Herman
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600

Cole BU Portfolio II and
ARC DBPPROP001, LLC
c/o R. Glen Ayers, Jr./David Gragg
Langley & Banack Incorporated
745 East Mulberry, Ninth Floor
San Antonio, TX 78212-3166

Blue Cross Blue Shield of South Carolina
c/o R. William Metzger
Robinson, McFadden & Moore, P.C.
Post Office Box 944
Columbia, SC 29202

Fair City HHH, LLC
c/o Maura H. Horan
Ruben/Horan, P.C.
249 Pearl Street, 3rd Floor
Hartford, CT 06103