IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-RBK |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER SETTING DEBTORS' FIRST AND SECOND
### MOTIONS TO REJECT FOR APRIL 15, 2016 AT _____.

The Court has considered the Debtors' request for setting a hearing on Debtors' (a) First

Motion to (a) Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. §

365 Nunc Pro Tunc to the Petition Date and (ii) Abandon Personal Property Related Thereto

Pursuant to 11 U.S.C. § 554 [Docket No. 11], and (b) Second Motion to (a) Reject Unexpired

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); and Fire Mountain Restaurants, LLC (8003).  The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 Nunc Pro Tunc to the Latter of the Petition Date or the Surrender Date and (ii) Abandon Personal Property Related Thereto Pursuant to 11 U.S.C. § [Docket No. 28] and any objections or responses thereto (the "Motion").[2] The Court finds that notice of the Motion is sufficient under the circumstances and that good cause exists for the requested relief to be granted. Accordingly, it is therefore:

ORDERED that the Motion is GRANTED as described herein; and it is further

ORDERED that the Motions to Reject shall be heard on Friday, April 15, 2016 beginning at _____ Central Standard Time, and it is further

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

All relief not expressly granted in this order is denied.

# # #

---

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.

Prepared and Submitted by:

David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone:      (214) 720-4300
Facsimile:      (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

and

Andrea Hartley (Admitted *Pro Hac Vice*)
Florida Bar No. 864234
Esther A. McKean, Esq. (Admitted *Pro Hac Vice*)
Florida Bar No. 28124
Amy M. Leitch (Admitted *Pro Hac Vice*)
Florida Bar No.: 90112
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Telephone:      305.374.5600
Facsimile:      305.374.5095
andrea.hartley@akerman.com
esther.mckean@akerman.com
amy.leitch@akerman.com

COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION