BUFFETS 0000122

## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE WESTERN DISTRICT
## OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| BUFFETS, LLC et al., | § | |
| | § | Case No. 16-50557- rbk |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )

                        ) ss:

COUNTY OF KINGS       )

I, Robert Rotman declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 1st day of July, 2016, I caused a true and accurate copy of the "Debtors' Opposition to Motion for Relief from Stay filed by Nathan O. Lamb [Docket 611]", along with the relevant exhibits (Docket No. 650), to be served upon the parties as set forth in Exhibit 1, attached hereto, via First Class US Mail.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of July, 2016 at Brooklyn, New York.

By _____
Robert Rotman

Sworn before me this
1st day of July, 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14 2017

# EXHIBIT 1

**Buffets, LLC, et al.**
**Exhibit Pages**

000093P001-1339S-122
ADP
LEGAL DEPT
ONE ADP BLVD
ROSELAND NJ 07068

000094P001-1339S-122
ADP
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CTR
WILMINGTON DE 19801

000095P002-1339S-122
ADP
MARY C DEYOUNG GEN COUNSEL
ONE ADP BLVD
ROSELAND NJ 07068

000096P001-1339S-122
ADP
5800 WINDWARD PKWY
ALPHARETTA GA 30005

000108P001-1339S-122
ALABAMA STATE DEPT REVENUE
CORP INCOME TAX
PO BOX 327430
MONTGOMERY AL 36132-7430

000073P001-1339S-122
ARC PROPERTIES PARTNERSHIP LP
NKA VEREIT OPERATING PARTNERSHIP LP
THE CORPORATION TRUST CO
1209 ORANGE ST CORP TRUST CTR
WILMINGTON DE 19801

000074P001-1339S-122
ARC PROPERTIES PARTNERSHIP LP
VEREIT
2325 EAST CAMELBACK RD STE 1100
PHOENIX AZ 85016

000129P001-1339S-122
BALLARD SPAHR, LLP
DAVID L POLLACK
1735 MARKET ST, 51ST FL
PHILADELPHIA PA 19103

000077P002-1339S-122
BERTA MARTIN DEL CAMPO
BOUCHER, LLP
SHEHNAZ M. BHUJWALA, ESQ.
21600 OXNARD ST
STE 600
WOODLAND HILLS CA 91367

000078P001-1339S-122
BERTA MARTIN DEL CAMPO
BOUCHER, LLP
RAYMOND P. BOUCHER, ESQ.
21600 OXNARD ST
STE 600
WOODLAND HILLS CA 91367

000156P001-1339S-122
BERTA MARTIN DEL CAMPO
BOUCHER, LLP
BRANDON K. BROUILLETTE, ESQ.
21600 OXNARD ST
STE 600
WOODLAND HILLS CA 91367

000157P001-1339S-122
BERTA MARTIN DEL CAMPO
LAW OFFICES OF SAHAG MAJARIAN S MAJARIAN II
18250 VENTURA BLVD
TARZANA CA 91356

000140P001-1339S-122
BIG DOLPHIN LLC
KEMP SMITH LLP J W BREWER
PO DRAWER 2800
EL PASO TX 79999-2800

000139P001-1339S-122
BLUE CROSS BLUE SHIELD OF SC
ROBINSON MCFADDEN ET AL R W METZGER JR
PO BOX 944
COLUMBIA SC 29202

000154P001-1339S-122
BRINK'S US
CAVAZOS HENDRICKS ET AL L A VARGAS
FOUNDERS SQUARE
900 JACKSON ST STE 570
DALLAS TX 75202

000067P001-1339S-122
BRYCE KING
1099 DUFFER CIR
NORTH SALT LAKE UT 84054

000161P001-1339S-122
BULLSEYE TELECOM INC
JULIE KNIGHT
25925 TELEGRAPH RD STE 210
SOUTHFIELD MI 48033

000160P001-1339S-122
BUNCH CARESOLUTIONS LLC
SINGER AND LEVICK PC M E SHRIRO
16200 ADDISON RD STE 140
ADDISON TX 75001

000120P001-1339S-122
CAFARO MGMT COMPANY
RICHARD T DAVIS
2445 BELMONT AVE
PO BOX 2186
YOUNGSTOWN OH 44504-0186

000056P001-1339S-122
CALIFORNIA STATE TAX COLLECTOR
1010 10TH ST PO BOX 859
MODESTO CA 95353

000171P001-1339S-122
CCC FACILITIES
PRYOR AND MANDELUP LLP A GIULIANO
675 OLD COUNTRY RD
WESTBURY NY 11590

000112P001-1339S-122
CENTERCAL STARWOOD AND MACERICH
KATTEN MUCHIN ET AL. D P BRANCH
2029 CENTURY PARK E STE 2600
LOS ANGELES CA 90067-3012

000053P001-1339S-122
CHRISTOPHER GAGE AND HEATHER GAGE
FULLER SANDEFER AND ASSOCIATES IAN SANDEFER
242 SOUTH GRANT ST
CASPER WY 82601

000110P001-1339S-122
CHRISTOPHER GAGE AND HEATHER GAGE
Robert Pahlke Law Group K. Long & R. Pahlke
2425 Circle Drive, Suite 200
Scottsbluff NE 69363

000148P001-1339S-122
CITY OF EL PASO
LINEBARGER GOGGAN ET AL D STECKER
711 NAVARRO ST STE 300
SAN ANTONIO TX 78205

000134P001-1339S-122
COLE BU PORTFOLIO II AND ARC DBPPROP001
LANGLEY AND BANACK INC R G AYERS JR
TRINITY PLAZA II NINTH FL
745 EAST MULBERRY
SAN ANTONIO TX 78212-3166

000085P001-1339S-122
COLE BU PORTFOLIO II LLC
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CTR
WILMINGTON DE 19801

000086P001-1339S-122
COLE BU PORTFOLIO II LLC
VEREIT
2325 EAST CAMELBACK RD STE 1100
PHOENIX AZ 85016

**Buffets, LLC, et al.**
**Exhibit Pages**

07/01/2016 05:17:08 PM

---

000121P001-1339S-122
COMMUNITY BANK OF RAYMORE
LATHROP AND GAGE LLP S B SUTTON
2345 GRAND BLVD STE 2400
KANSAS CITY MO 64108

000181P001-1339S-122
DDRM HIGHLAND GROVE/BG BIG FLATS II-III LLC
DDR CORP ERIC COTTON
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

000172P001-1339S-122
DIRECT ENERGY BUSINESS LLC
EDISON MCDOWELL ET AL J E BAIN
PHOENIX TOWER
3200 SOUTHWEST FREEWAY STE 2100
HOUSTON TX 77027

000125P002-1339S-122
DYKEMA COX SMITH
DEBORAH D WILLIAMSON
112 E PECAN ST. STE 1800
SAN ANTONIO TX 78205

000126P002-1339S-122
DYKEMA COX SMITH
PATRICK L HUFFSTICKLER
112 E PECAN ST. STE 1800
SAN ANTONIO TX 78205

000127P002-1339S-122
DYKEMA COX SMITH
MARK E ANDREWS
112 E PECAN ST. STE 1800
SAN ANTONIO TX 78205

000155P001-1339S-122
EARTHLINK LLC
MUNSCH HARDT ET AL J H ONG
303 COLORADO ST STE 2600
AUSTIN TX 78701-4071

000135P001-1339S-122
EDWARD DON AND CO
THOMPSON COBURN LLP L NEWMAN
55 EAST MONROE STE 3700
CHICAGO IL 60603

000143P001-1339S-122
FAIR CITY HHH LLC
RUBEN HORAN PC MAURA HORAN
249 PEARL ST 3RD FL
HARTFORD CT 06103

000089P001-1339S-122
FOOD SVCS OF AMERICA
ITS REG AGENT CT CORP SYSTEM
388 STATE ST STE 420
SALEM OR 97301

000090P001-1339S-122
FOOD SVCS OF AMERICA
PO BOX 25109
SCOTTSDALE AZ 85255

000091P001-1339S-122
FOOD SVCS OF AMERICA
16100 N 71ST ST STE 400
SCOTTSDALE AZ 85254

000092P001-1339S-122
FOOD SVCS OF AMERICA
PO BOX 3929
PORTLAND OR 97208

000175P001-1339S-122
FORSONS INVESTMENTS LLC
DUNLAP AND SEEGER PA J C BEATTY
30 3RD ST SE STE 400
PO BOX 549
ROCHESTER MN 55903-0549

000182P001-1339S-122
FROST BROWN TODD LLC
RONALD E GOLD
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202

000079P001-1339S-122
GALLAGHER BASSET SVCS INC
CFO
2 PIERCE PL THE GALLAGHER CTR
ITASCA IL 60143

000080P001-1339S-122
GALLAGHER BASSET SVCS INC
ARTHER J GALLAGHER AND CO GEN COUNSEL
2 PIERCE PL THE GALLAGHER CTR
ITASCA IL 60143

000081P001-1339S-122
GALLAGHER BASSET SVCS INC
ITS REG AGENT PRENTICE HALL CORP
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703

000065P001-1339S-122
GENERAL MILLS
JIM VAUGHAN NAT ACCT MGR
1 GENERAL MILLS BLVD
MINNEAPOLIS MN 55426

000152P001-1339S-122
GENERAL MILLS INC
BARNES AND THORNBURG C A LAHN
2800 CAPELLA TOWER
225 S SIXTH ST
MINNEAPOLIS MN 55402-4662

000153P001-1339S-122
GENERAL MILLS INC
BARNES AND THORNBURG R J URBANIK
2100 MCKINNEY AVE STE 1250
DALLAS TX 75201-6908

000116P001-1339S-122
GGP LP AS AGENT
KRISTEN N PATE
110 N WACKER DR
CHICAGO IL 60606

000173P001-1339S-122
GRANITE VILLAGE WEST LP
ALLEN MATKINS ET AL V M COSCINO
1900 MAIN ST FIFTH FL
IRVINE CA 92614-7321

000150P001-1339S-122
GREENBERG TRAURIG LLP
DAVID KURZWEIL AND JOHN ELROD
TERMINUS 200
3333 PIEDMONT RD NE STE 2500
ATLANTA GA 30305

000151P001-1339S-122
GREENBERG TRAURIG LLP
SHARI HEYEN AND DAVID EASTLAKE
1000 LOUISIANA STE 1700
HOUSTON TX 77002

000068P002-1339S-122
HAAG FOOD SVCS INC
ITS REG AGENT JACK GARCIA
300 HAAG ST PO BOX 348
BREESE IL 62230

000069P002-1339S-122
HAAG FOOD SVCS INC
JACK E GARCIA PRESIDENT
71 N 12TH ST
BREESE IL 62230

000070P001-1339S-122
HAAG FOOD SVCS INC
PO BOX 4520
CAROL STREAM IL 60197-4520

**Buffets, LLC, et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000105P001-1339S-122<br>ICEE COMPANY<br>ITS REG AGENT CT CORP SYSTEM<br>818 WEST SEVENTH ST STE 930<br>LOS ANGELES CA 90017 | 000106P001-1339S-122<br>ICEE COMPANY<br>1205 DUPONT AVE<br>ONTARIO CA 91761 | 000097P001-1339S-122<br>ILLINOIS STATE<br>OFFICE OF THE STATE FIRE MARSH<br>1035 STEVENSON DR<br>SPRINGFIELD IL 62703-4259 | 000115P002-1339S-122<br>INLAND AND RPAI<br>MENTER RUDIN ET AL K M NEWMAN<br>308 MALTBIE ST STE 200<br>SYRACUSE NY 13204-1439 |
| 000044P001-1339S-122<br>INTERNAL REVENUE SVCS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000117P001-1339S-122<br>KAPLIN STEWART MELOFF REITER  STEIN, PC<br>WILLIAM J LEVANT, ESQ.<br>910 HARVEST DRIVE - 2ND FL<br>POST OFFICE BOX 3037<br>BLUE BELL PA 19422 | 000114P002-1339S-122<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE<br>101 PARK AVE 27TH FL<br>NEW YORK NY 10178 | 000169P001-1339S-122<br>KERN COUNTY TREASURER AND TAX COLLECTOR<br>BANKRUPTCY DIV C/O SALINA THOMAS<br>PO BOX 579<br>BAKERSFIELD CA 93302-0579 |
| 000174P001-1339S-122<br>KHP LP C/O GRAMOR DEVELOPMENT WA LLC<br>HOLMQUIST AND GARDINER PLLC I HOLMQUIST<br>1000 2ND AVE STE 1770<br>SEATTLE WA 98104 | 000136P001-1339S-122<br>KIMCO REALTY CORP<br>MORGAN LEWIS ET AL C R AXELROD<br>1000 LOUISIANA ST STE 4000<br>HOUSTON TX 77002 | 000137P001-1339S-122<br>KIMCO REALTY CORP<br>MORGAN LEWIS ET AL N E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178-0600 | 000128P001-1339S-122<br>KOHNER, MANN & KAILAS, S.C.<br>SAMUEL C WISOTZKEY<br>4650 N PORT WASHINGTON RD<br>BARNABAS BUSINESS CENTER<br>MILWAUKEE WI 53212-1059 |
| 000144P001-1339S-122<br>LA HABRA ASSOCIATES LLC<br>FRIEDMAN LAW GROUP J B FRIEDMAN<br>1900 AVE OF THE STARS 11TH FL<br>LOS ANGELES CA 90067 | 000165P001-1339S-122<br>LANDSBERG LAW APC<br>IAN S LANDSBERG<br>280 S BEVERLY DR STE 504<br>BEVERLY HILLS CA 90212 | 000179P001-1339S-122<br>LAUREN SANDOVAL<br>RICK JENSEN C/O GLEN E GATES<br>2377 W SHAW AVE STE 101<br>FRESNO CA 93711 | 000113P002-1339S-122<br>LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY - STE 100<br>DALLAS TX 75207 |
| 000138P002-1339S-122<br>LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 000130P001-1339S-122<br>MARTIN & DROUGHT, PC<br>MICHAEL G COLVARD<br>2500 BANK OF AMERICA PLZ<br>300 CONVENT ST<br>SAN ANTONIO TX 78205-3789 | 000178P001-1339S-122<br>MAUREEN ADAMS and DARYL ADAMS<br>BRANSCOMB PC P H AUTRY<br>711 NAVARRO ST STE 500<br>SAN ANTONIO TX 78205 | 000131P003-1339S-122<br>MCCARRON & DIESS<br>GREGORY BROWN<br>707 WALT WHITMAN RD, 2ND FL<br>MELLVILLE NY 11747 |
| 000066P001-1339S-122<br>MICROS<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000158P001-1339S-122<br>MIDTOWN NATIONAL GROUP LP<br>BLANCHARD KRASNER ET AL R BLANCHARD<br>800 SILVERADO ST 2ND FL<br>LA JOLLA CA 92037 | 000107P001-1339S-122<br>MINNESOTA STATE SECRETARY OF STATE<br>60 EMPIRE DR STE 100<br>ST PAUL MN 55103 | 000098P001-1339S-122<br>MISSOURI STATE DEPT OF REVENUE<br>301 WEST HIGH ST PO BOX 155<br>JEFFERSON CITY MO 65105-0155 |
| 000162P001-1339S-122<br>MULVANEY BARRY BEATTY LINN ET AL.,<br>KELLY ANN TRAN<br>401 WEST A STREET, 17TH FLOOR<br>SAN DIEGO CA 92101 | 000166P001-1339S-122<br>NED AND CONNIE THOMPSON<br>ALLEN BARNES AND JONES PLC M JONES<br>1850 N CENTRAL AVE STE 1150<br>PHOENIX AZ 85004 | 000104P001-1339S-122<br>NEW YORK STATE DEPT OF STATE<br>41 STATE ST<br>ALBANY NY 12231 | 000101P001-1339S-122<br>OHIO STATE<br>OHIO DEPT OF TAXATION<br>PO BOX 2476<br>COLUMBUS OH 43266-0076 |

**Buffets, LLC, et al.**
**Exhibit Pages**

07/01/2016 05:17:08 PM

| | | | |
|---|---|---|---|
| 000064P001-1339S-122<br>ORACLE<br>KYLE M ZIPES ESQ<br>500 ORACLE PKWY 5OP764<br>REDWOOD SHORES CA 94065 | 000149P001-1339S-122<br>ORACLE AMERICA INC<br>BUCHALTER NEMER PC S M CHRISTIANSON<br>55 SECOND ST 17TH FL<br>SAN FRANCISCO CA 94105-3493 | 000167P001-1339S-122<br>ORACLE AMERICA INC<br>STREUSAND LANDON ET AL S STREUSAND<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN TX 78704 | 000063P001-1339S-122<br>ORACLE CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 |
| 000102P001-1339S-122<br>PENNSYLVANIA  STATE DEPT OF REVENUE<br>DEPT 280421<br>HARRISBURG PA 17128-0421 | 000146P001-1339S-122<br>PLACER COUNTY<br>GAYLE STROM<br>OFFICE OF THE TREASURER-TAX COLLECTOR<br>2976 RICHARDSON DR<br>AUBURN CA 95603 | 000159P001-1339S-122<br>PLAZA 205 GRF2 LLC<br>PROCOPIO CORY ET AL G P KENNEDY<br>525 B ST STE 2200<br>SAN DIEGO CA 92101 | 000057P001-1339S-122<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 |
| 000058P001-1339S-122<br>POCONO PROFOODS<br>POCONO PRODUCE CO INC TERRENCE B SNYDER<br>RT 191 AND CHIPPERFIELD DR<br>STROUDSBURG PA 18360 | 000059P001-1339S-122<br>POCONO PROFOODS<br>PO BOX 669<br>STROUDSBURG PA 18360 | 000164P001-1339S-122<br>PRIORITY SIGN INC<br>RICE BUSINESS LAW S G RICE<br>101 FALLS RD STE 601<br>GRAFTON WI 53024 | 000122P002-1339S-122<br>RAMCO GERSHENSON PROP/MINGES CREEK<br>CLARK HILL PLC DAVID BLAU<br>151 S OLD WOODWARD AVE STE 200<br>BIRMINGHAM MI 48009 |
| 000071P001-1339S-122<br>REALTY INCOME CORP<br>ITS REG AGENT CORP SVCS CO<br>2710 GATEWAY OAKS DR STE 150N<br>SACRAMENTO CA 95833 | 000072P002-1339S-122<br>REALTY INCOME CORP<br>KIRK R CARSON<br>11995 EL CAMINO REAL<br>SAN DIEGO CA 92130 | 000141P001-1339S-122<br>ROIC CALIFORNIA AND PINOLE VISTA<br>DUNN CARNEY ET AL C L PARNELL<br>851 SW SIXTH AVE<br>PORTLAND OR 97204 | 000170P001-1339S-122<br>ROOSEVELT II ASSOCIATES LP<br>SIRLIN LESSER ET AL DANA PLON<br>123 S BROAD ST STE 2100<br>PHILADELPHIA PA 19109 |
| 000060P001-1339S-122<br>SALADINOS INC<br>ITS REGISTERED AGENT CRAIG SALADINO<br>3325 W FIGARDEN DR<br>FRESNO CA 93711 | 000061P001-1339S-122<br>SALADINOS INC<br>4397 N GOLDEN STATE BLVD<br>FRESNO CA 93722 | 000062P001-1339S-122<br>SALADINOS INC<br>PO BOX 12266<br>FRESNO CA 93777-2266 | 000132P002-1339S-122<br>SHERMAN & YAQUINTO LLP<br>ROBERT YAQUINTO JR<br>509 N MONTCLAIR AVE<br>DALLAS TX 75208 |
| 000180P001-1339S-122<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | 000103P001-1339S-122<br>SOUTH CAROLINA STATE<br>UNCLAIMED PROPERTY PROGRAM<br>PO BOX 11778<br>COLUMBIA SC 29211 | 000118P001-1339S-122<br>SPIRIT MASTER FUNDING V LLC<br>BALLARD SPAHR LLP C S GANZ<br>1 EAST WASHINGTON ST STE 2300<br>PHOENIX AZ 85004-2555 | 000087P001-1339S-122<br>SPIRIT MASTER FUNDING VII LLC<br>PORTFOLIO SERVICING<br>16767 N PERIMETER DR<br>SCOTTSDALE AZ 85260 |
| 000088P001-1339S-122<br>SPIRIT MASTER FUNDING VII LLC<br>ITS REG AGENT THE CORP TRUST CO<br>1209 ORANGE ST CORPORATION TRUST CTR<br>WILMINGTON DE 19801 | 000183P001-1339S-122<br>STOEL RIVES LLP<br>BRANDY A SARGENT<br>760 SW NINTH AVE STE 3000<br>PORTLAND OR 97205 | 000099P001-1339S-122<br>SUNRISE PRODUCE<br>LOEWY ENTERPRISES REG AGENT AL AVILA<br>8442 FONTANA ST<br>DOWNEY CA 90241 | 000100P001-1339S-122<br>SUNRISE PRODUCE<br>500 BURNING TREE RD<br>FULLERTON CA 92833 |

**Buffets, LLC, et al.**
**Exhibit Pages**

000082P001-1339S-122
SYSCO FOOD SVCS
1390 ENCLAVE PKWY
HOUSTON TX 77077

000083P001-1339S-122
SYSCO FOOD SVCS
ITS REG AGENT CORP SERVICE CO
2711 CENTERVILLE RD STE 400
WILMINGTON DE 19808

000084P001-1339S-122
SYSCO FOOD SVCS
PO BOX 509101
SAN DIEGO CA 92150-9101

000111P001-1339S-122
SYSCO KNOXVILLE AND SYSCO CENTRAL CA
ARNALL GOLDEN ET AL D S LADDIN
171 17TH ST NW STE 2100
ATLANTA GA 30363-1031

000051P001-1339S-122
TEXAS WORKFORCE COMMISSION
101 EAST 15TH ST
AUSTIN TX 78778

000147P001-1339S-122
THE COCA-COLA COMPANY
DLA PIPER LLP US M J FRIEDMAN
6225 SMITH AVE
BALTIMORE MD 21209-3600

000124P001-1339S-122
TRAINOR FAIRBROOK
JENNIFER L PRUSKI, ESQ.
PO BOX 255824
SACRAMENTO CA 95865

000176P001-1339S-122
TREASURER OF ARAPAHOE COUNTY
BENJAMIN SWARTZENDRUBER, ESQ.
5334 S. PRINCE ST.
LITTLETON CO 80120-1136

000123P001-1339S-122
TX COMPTROLLER OF PUBLIC ACCOUNTS
JOHN M STERN ASST ATTNY GENERAL
BANKR AND COLLECTIONS DIV MC 008
PO BOX 12548
AUSTIN TX 78711-2548

000177P001-1339S-122
TYLER INDEPENDENT SCHOOL DISTRICT
PERDUE BRANDON ET AL TAB BEALL
305 S BROADWAY AVE SUITE 200
TYLER TX 75702

000045P001-1339S-122
UNITED STATES ATTORNEY
601 N W LOOP 410 STE 600
SAN ANTONIO TX 78216

000047P001-1339S-122
UNITED STATES TRUSTEE
615 E HOUSTON STE 533
SAN ANTONIO TX 78205

000054P001-1339S-122
VAN EERDEN DISTRIBUTION CO
ITS REGISTERED AGENT TRACY CHRISTIAN
650 IONIA AVE SW
GRAND RAPIDS MI 49503

000055P001-1339S-122
VAN EERDEN DISTRIBUTION CO
PO BOX 3110
GRAND RAPIDS MI 49501-3110

000142P001-1339S-122
VISALIA PROPERTY PARTNERSHIP
LAW OFFICES OF RICHARD W. LABOWE PC
1631 W BEVERLY BLVD 2ND FL
PO BOX 26428
LOS ANGELES CA 90026

000145P001-1339S-122
WELLS FARGO BANK NA
WARREN DRUGAN ET AL R L BARROWS
800 BROADWAY
SAN ANTONIO TX 78215

000163P001-1339S-122
WELLS FARGO VENDOR FIN SRVS FKA GE CAPITAL
C/O RICOH USA PROGRAM, FKA IKON FIN SRVS
CHRISTINE ETHERIDGE BANKR ADMIN
1738 BASS RD
PO BOX 13708
MACON GA 31208-3708

000109P001-1339S-122
WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP
LECLAIRRYAN PC NICLAS FERLAND
545 LONG WHARF DR 9TH FL
NEW HAVEN CT 06511

000075P001-1339S-122
WINDSTREAM
ITS REG AGENT THE CORP CO
124 WEST CAPITOL AVE STE 1900
LITTLE ROCK AR 72201

000076P001-1339S-122
WINDSTREAM
BEN KENT
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212

000133P001-1339S-122
WRI-URS CLACKAMAS, LLC
WEINGARTEN REALTY INV J J HYUN
2600 CITADEL PLAZA DR STE 125
HOUSTON TX 77008

**Buffets, LLC, et al.**
**Exhibit Page**

064920P001-1339A-122
SEAN SIMMONS ESQ
319 ALBANY AVE
WAYCROCC GA 31501

064920S001-1339A-122
SEAN SIMMONS ESQ
P.O. BOX 10600
WAYCROSS GA 31412

064920S002-1339A-122
SEAN SIMMONS ESQ
P.O. BOX 2191
WAYCROSS GA 31502

Records Printed :                 **3**