**The relief described hereinbelow is SO ORDERED.**

**Signed July 05, 2016.**



_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-RBK |
| | § | |
| Debtors. | § | (Joint Administration Pending) |

**ORDER GRANTING DEBTORS' MOTION TO (I) REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365 *NUNC PRO TUNC* TO DATE OF SURRENDER AND (II) ABANDON PERSONAL PROPERTY RELATED THERETO PURSUANT TO 11 U.S.C. § 554**
**[Store No. 2397, Alcoa, TN]**

The Court has considered the Debtors' Motion to (I) Reject Unexpired Lease of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 and (II) Abandon Personal Property Related Thereto Pursuant to 11 U.S.C. (the "Motion") [Docket 532].[2] The Court finds that notice of the Motion is sufficient under the circumstances and that good cause exists for the requested relief to be granted. There being no objection to the Motion, it is therefore:

ORDERED that the Motion is GRANTED as described herein; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); and Fire Mountain Restaurants, LLC (8003). The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.

{38456404;2}

ORDERED that pursuant to Section 365(a) of the Bankruptcy Code, the rejection of the leases of the Real Property Lease is hereby approved, effective as of the date of surrender; and it is further

ORDERED that the Debtors will not abandon any Micros/Oracle POS systems for each location set forth in the Motion. Instead, the Debtors will secure and store or reposition the Micros POS systems and provide counsel for Micros/Oracle a listing of where the Micros POS systems are being stored or re-deployed; and it is further

ORDERED that any personal property remaining on the sites of the Real Property Lease is deemed abandoned effective as of the Petition Date; it is further

ORDERED that the Debtors shall promptly serve a copy of this Order on all counterparties to the Real Property Lease; and it is further

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

All relief not expressly granted in this order is denied.

# # # END OF ORDER # # #

Prepared and submitted by:

David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
AKERMAN LLP
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile: (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com

and

Andrea S. Hartley (Admitted *Pro Hac Vice*)
Florida Bar No. 864234
Esther A. McKean (Admitted *Pro Hac Vice*)
Florida Bar No. 28124
Amy M. Leitch (Admitted *Pro Hac Vice*)
Florida Bar No. 90112
Katherine C. Fackler (Admitted *Pro Hac Vice*)
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
andrea.hartley@akerman.com
esther.mckean@akerman.com
amy.leitch@akerman.com
katherine.fackler@akerman.com

COUNSEL FOR DEBTORS
AND DEBTORS-IN-POSSESSION