IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16-50557-rbk |
| | § | |
| Debtors. | § | (Jointly Administered) |

**DEBTORS' AMENDED PROPOSED HEARING AGENDA**
**FOR JULY 6, 2016 AT 2:00 P.M.**

**UNCONTESTED:**

A. Expedited Motion for Approval of Settlement with Spirit Master Funding V, LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9019 and for Assumption, as Modified, and Rejection, as Modified, of certain Master Leases Related Thereto Pursuant to Bankruptcy Code Section 365 [Docket 520]

Status: No objections filed. Not going forward. The parties continue to work on definitive documents. A continuance will be requested.

B. Debtors' First Motion to (i) Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Petition Date and (ii) Abandon Personal Property Related Thereto Pursuant to 11 U.S.C. § 554 [Docket 11]

Status: Resolved by tentative settlement agreement (the "Settlement Agreement") by and between the Debtors and Spirit Master Funding V, LLC. Not going forward. The parties continue to work on definitive documents. A continuance will be requested.

Related Documents:

1. Notice of Final Evidentiary Hearing [Docket 289]

2. Affidavit of Service as to Notice of Final Evidentiary Hearing [Docket 297]

3. Objection to Debtors' First Motion to (i) Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Petition Date and (ii) Abandon Personal Property Related Thereto Pursuant to 11 U.S.C. § 554 [Docket 281]
    a. Filed By: Spirit Master Funding V, LLC

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's, Inc. (7129). The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

{38607852;2}

    b. <u>Status:</u> Resolved by the Settlement Agreement by and between the Debtors and Spirit Master Funding V, LLC.

C.    Debtors' Second Motion to (i) Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Latter of the Petition Date or Surrender Date and (ii) Abandon Personal Property Related Thereto Pursuant to 11 U.S.C. § 554 [Docket 28]

    <u>Status:</u> Resolved by the Settlement Agreement by and between the Debtors and Spirit Master Funding V, LLC. Not going forward. The parties continue to work on definitive documents. A continuance will be requested.

    <u>Related Documents:</u>

1. Notice of Final Evidentiary Hearing [Docket 289]

2. Affidavit of Service as to Notice of Final Evidentiary Hearing [Docket 297]

3. Objection to Debtors' Second Motion to (i) Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Latter of the Petition Date or Surrender Date and (ii) Abandon Personal Property Related Thereto Pursuant to 11 U.S.C. § 554 [Docket 281]
   a. <u>Filed By:</u> Spirit Master Funding V, LLC
   b. <u>Status:</u> Resolved by the Settlement Agreement by and between the Debtors and Spirit Master Funding V, LLC.

D.    Debtors' Conditional and Supplemental Motion to (i) Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Petition Date and (ii) Abandon Personal Property Related Thereto Pursuant to 11 U.S.C. § 554 [Docket 283].

    <u>Status:</u> Resolved by the Settlement Agreement by and between the Debtors and Spirit Master Funding V, LLC. Not going forward. The parties continue to work on definitive documents. A continuance will be requested.

    <u>Related Documents:</u>

1. Notice of Final Evidentiary Hearing [Docket 289]

2. Affidavit of Service as to Notice of Final Evidentiary Hearing [Docket 297]

E.    Motion to Extend Time for Debtors to Perform Certain Obligations Under Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. 365 [Docket 269]

    <u>Status:</u> Resolved by the Settlement Agreement by and between the Debtors and Spirit Master Funding V, LLC. Not going forward. The parties continue to work on definitive documents. A continuance will be requested.

Related Documents:

1. Notice of Final Evidentiary Hearing [Docket 289]

2. Affidavit of Service as to Notice of Final Evidentiary Hearing [Docket 297]

3. Objection to Motion to Extend Time for Debtors to Perform Certain Obligations Under Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. 365 [Docket 323]
    a. Filed By: Spirit Master Funding V, LLC
    b. Status: Resolved by the Settlement Agreement by and between the Debtors and Spirit Master Funding V, LLC.

F. Motion of the Official Committee of Unsecured Creditors of Buffets, LLC, *et al.*, for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged [Docket 374]

Status: No objections filed.

**CONTESTED:**

A. Debtors' Motion to Reject Executory Contracts with Oracle America, Inc. Pursuant to 11 U.S.C. § 365 [Docket 385]

Status: Contested. Not going forward. the parties will either announce a settlement or request a continuance.

Related Documents:

1. Affidavit of Service [Docket 404]

2. Oracle's Limited Objection and Reservation of Rights Regarding Debtors' Motion to Reject Executory Contracts with Oracle America, Inc. Pursuant to 11 U.S.C. § 365 [Docket 471]

3. Amended Notice of Final Evidentiary Hearing [Docket 620]

4. Affidavit of Service [Docket 622]

5. Exhibit and Witness List of Oracle America, Inc. [Docket 646]

B. Motion for Relief from Stay filed by Nathan O. Lamb [Docket 611]

Status: Contested.

{38607852;2}                                           3

Related Documents:

1. Declaration of Sean Simmons Made in Support of Motion for Relief from Stay [Docket 641]

2. Debtors' Opposition to Motion for Relief from Stay [Docket 650]

| | |
|---|---|
| Dated: July 5, 2016 | Respectfully submitted,<br>AKERMAN LLP<br><br>/s/ David W. Parham<br>David W. Parham, SBN: 15459500<br>John E. Mitchell, SBN: 00797095<br>2001 Ross Avenue, Suite 2550<br>Dallas, TX 75201<br>Telephone: (214) 720-4300<br>Facsimile: (214) 981-9339<br>david.parham@akerman.com<br>john.mitchell@akerman.com<br>and<br>Andrea S. Hartley<br>Florida Bar No. 864234<br>Esther A. McKean<br>Florida Bar No. 28124<br>Amy M. Leitch<br>Florida Bar No. 90112<br>Katherine C. Fackler<br>Florida Bar No. 68549<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>andrea.hartley@akerman.com<br>esther.mckean@akerman.com<br>amy.leitch@akerman.com<br>katherine.fackler@akerman.com<br>COUNSEL FOR DEBTORS<br>AND DEBTORS-IN-POSSESSION |