# EXHIBIT B



# Padgett Stratemann

| 100 N.E. Loop 410, Suite 1100 | 811 Barton Springs Rd., Suite 550 | 1980 Post Oak Blvd., Suite 1100 |
|---|---|---|
| San Antonio, Texas 78216 | Austin, Texas 78704 | Houston, Texas 77056 |
| 210-828-6281 | 512-476-0717 | 713-335-8630 |

Bob Amaro
Food Management Partners
120 Chula Vista
Hollywood Park, TX 78232

Invoice No. 517258
Date        05/31/2016
Client No.  045571

| Date | Professional | Description of Work | Hours | Fees |
|---|---|---|---|---|
| 5/5/2016 | L. Munoz | Buffets LLC, et all bankruptcy client set up | 0.85 | 350.00 |
| 5/9/2016 | L. Munoz | Continue with project set up; team staffing and discussions with B. Amaro and B. Jerden | 0.85 | 350.00 |
| 5/10/2016 | L. Munoz | SOFA/SOAL project initiation with Beatty at client site | 1.70 | 700.00 |
| 5/10/2016 | R. Beatty | Buffet, LLC Bankruptcy - Planning; Setup; Discussions with B Amaro; Outstanding Items Listings | 9.00 | 1,530.00 |
| 5/11/2016 | R. Beatty | Buffet, LLC, SOFA - data gathering and templates | 12.50 | 2,125.00 |
| 5/11/2016 | L. Munoz | SOFA/SOAL inquiries of debtor management | 1.25 | 525.00 |
| 5/12/2016 | L. Munoz | Review of initial preparation of SOFA/SOAL's templates | 2.50 | 1,050.00 |
| 5/12/2016 | R. Beatty | Buffet, LLC, SOAL schedule A/B and G preparations | 10.00 | 1,700.00 |
| 5/13/2016 | R. Beatty | Buffet, LLC, SOAL Schedule E/F preparations | 11.50 | 1,955.00 |
| 5/13/2016 | L. Munoz | Review of all entities SOFA/SOAL initial drafts and open items | 2.95 | 1,225.00 |
| 5/14/2016 | R. Beatty | SOFA and SOAL for OCB Purchasing, Tahoe Joes, and Fire Mountain - data gathering and templates | 5.50 | 935.00 |
| 5/16/2016 | R. Beatty | SOFA and SOAL schedules for Hometown Buffets, OCB Restaurant, and Ryan's Restaurant | 11.00 | 1,870.00 |
| 5/16/2016 | L. Munoz | SOFA/SOAL review preparation/reconciliations to filed MOR's | 4.65 | 1,925.00 |
| 5/17/2016 | L. Munoz | SOFA/SOAL review and reconciliations to filed to previously files MORs on bankruptcy date | 4.00 | 1,662.50 |
| 5/17/2016 | L. Munoz | SOFA/SOAL schedule review of data compiled to date | 4.00 | 1,662.50 |
| 5/17/2016 | R. Beatty | Update schedules for pending items; Asset reconciliation to MORs | 9.00 | 1,530.00 |
| 5/18/2016 | R. Beatty | Update schedules for pending items; Liabilities reconciliation to MORs | 8.00 | 1,360.00 |
| 5/18/2016 | L. Munoz | Review and address pendin issues on SOAL/SOFA finalization for Friday, May 20 SOFA/SOAL filing date | 6.75 | 2,800.00 |
| 5/19/2016 | L. Munoz | Discuss review comments of schedules with B. Amaro and B. Jerden, identify data and responsibilties to address review comments | 3.35 | 1,400.00 |
| 5/19/2016 | R. Beatty | Continue to update schedules for review comments from Bridgepoint Consulting Donlin - second and third reviews by these groups | 8.50 | 1,445.00 |
| 5/20/2016 | R. Beatty | Minor finalizing of workpaper support for SOFA/SOAL for all entities | 1.00 | 170.00 |
| 5/20/2016 | L. Munoz | Final review of minor workpaper support edits | 0.60 | 250.00 |
| 5/27/2016 | L. Munoz | Discuss financial projections assumptions and set up with B. Jerden; develop financial projection templates for use in reorganization plan | 2.95 | 1,225.00 |
| 5/27/2016 | R. Daniels | Start work on bankruptcy templates for financial projections to be included in reorganization plan - balance sheet and income statements | 6.00 | 1,020.00 |
| 5/31/2016 | R. Daniels | Continue work on bankruptcy templates for financial projections to be included in reorganization plan - balance sheet and income statements using new assumption date received from debtor management | 3.00 | 510.00 |
| 5/31/2016 | L. Munoz | Pro forma financial projection template review of assumptions and financial data | 2.15 | 875.00 |
| | | | 133.55 | 32,150.00 |

Current Amount Due    $   32,150.00

*Padgett, Stratemann & Co., L.L.P.*
*Food Management Partners*
*Invoice No.   517258*                                                                                         *Page 2*



# Padgett Stratemann

| 100 N.E. Loop 410, Suite 1100 | 811 Barton Springs Rd., Suite 550 | 1980 Post Oak Blvd., Suite 1100 |
| --- | --- | --- |
| San Antonio, Texas 78216 | Austin, Texas 78704 | Houston, Texas 77056 |
| 210-828-6281 | 512-476-0717 | 713-335-8630 |

*Bob Amaro*
*Food Management Partners*
*120 Chula Vista*
*Hollywood Park, TX 78232*

*Invoice No. 518040*
*Date         06/30/2016*
*Client No.   045571*

| Date | Professional | Description of Work | Hours | Fees |
| --- | --- | --- | --- | --- |
| 6/1/2016 | R. Daniels | Compile projections assumption data to be included in reorganization plan | 1.50 | 255.00 |
| 6/1/2016 | L. Munoz | Review projection assumption data and reformat financial statement schedules | 3.00 | 1,245.00 |
| 6/2/2016 | L. Munoz | Create five year cash flow projection templates | 3.50 | 1,452.50 |
| 6/2/2016 | R. Daniels | Input financial data into balance sheet and cash flow statement templates | 0.80 | 136.00 |
| 6/3/2016 | L. Munoz | Create five year income statement projection templates | 2.50 | 1,037.50 |
| 6/6/2016 | L. Munoz | Updates to all projections for revised assumptions received from Buffets LLC | 2.00 | 830.00 |
| 6/7/2016 | L. Munoz | Updates to all projections for revised assumptions received from Buffets LLC | 1.00 | 415.00 |
| 6/9/2016 | L. Munoz | Updates to all projections for revised assumptions received from Buffets LLC | 2.50 | 1,037.50 |
| 6/20/2016 | L. Munoz | Update revised projections and add balance sheet and cash flow statements to projection template | 1.50 | 622.50 |
| 6/22/2016 | L. Munoz | Update revised projections and add balance sheet and cash flow statements to projection template | 2.50 | 1,037.50 |
| 6/24/2016 | L. Munoz | Fee application preparation for May hours/fees | 1.50 | 622.50 |

Current Amount Due    $    8,691.00

Thank You

Invoices are due upon receipt.