# EXHIBIT "B"

{38893739;1}



**Donlin Recano**

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

April 26, 2016

Buffets, LLC
c/o Adele Wang
120 Chula Vista Drive
Hollywood Park, TX 78232

**Re: Buffets, LLC ("HTB") – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # : 2339 – 01**

For Professional Services: March 7, through March 31, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | 5.5 | 185.00 | $1,017.50 |
| Diane Schrecengost | Senior Bankruptcy Consultant | 12.0 | 185.00 | 2,220.00 |
| Andrew Logan | Senior Bankruptcy Consultant | 3.9 | 165.00 | 643.50 |
| Kimberly Hollingsworth | Case Manager | 0.8 | 140.00 | 112.00 |
| Total Hours & Fees | | 22.20 | | $3,993.00 |
| Less 20% Holdback on Fees | | | | <798.60> |
| Subtotal of Fees | | | | 3,194.40 |
| Expenses | | | | 0.00 |
| **Total Amount Due** | | | | **$3,194.40** |

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

|  |  |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| | 110 William Street |
| | New York, NY 10038 |
| ABA #: | 021 001 088 |
| Contact: | Ms. Meghan M. Curtin |
| Telephone #: | (646) 344-8254 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

For Alex Leventhal:

Alexander T. Leventhal
President & Chief Executive Officer

Enclosures
2339

cc: Akerman LLP
David W. Parham, Esq.
John E. Mitchell, Esq
2001 Ross Avenue, Suite 2550
Dallas, TX 75201
Tel (214) 720-4300
Fax (214) 981-9339

Office of the United States Trustee
615 E. Houston Street
Suite 533
San Antonio, TX 78205

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
**Buffets, LLC ("HTB")**
<u>Invoice # 1 – March, 7 through March 31, 2016</u>

### I. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | |
|---|---:|
| 17.5 hours @ $185.00/hour | $3,237.50 |
| 3.9 hours @ $165.00/hour | 643.50 |
| 0.8 hours @ $140.00/hour | <u>112.00</u> |
| **SUB TOTAL - Consulting Fees** | <u>3,993.00</u> |

### II. OUT OF POCKET EXPENSES

| | | |
|---|---:|---:|
| None Required in March | <u>0.00</u> | |
| **SUB TOTAL - Out of Pocket Expenses** | | <u>0.00</u> |
| **TOTAL CHARGES – March 7, through March 31, 2016** | | $3,993.00 |
| Less: 20% Holdback on Fees | | <u><798.60></u> |
| **AMOUNT DUE** | | $3,194.40 |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
Buffets, Inc. ("HTB")
Invoice # 1 – March 7, through March 31, 2016

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| SOFA/SOAL Preparation | 18.4 | hours | $3,366.00 |
| Retention | 3.8 | hours | 627.00 |
| **Total** | **22.2** | | **$3,993.00** |

DONLIN, RECANO & COMPANY, INC. ("DRC")  Exhibit A

Invoice # : 2339 - 001 - March 7, through March 31, 2016

| Date | User | Activity - SOFA/SOAL Preparation | Hours | Charges |
|---|---|---|---|---|
| 3-8 | D. Schrecengost | Discussions w/ Andrew Logan re: DKS involvement in Buffets LLC project. Review of client and DRC websites. Includes various telephone calls and emails re: (1) establishment of DRC web email account, (2) review of bankruptcy docket entries, (3) internet search for related news stories. | 2.5 | 462.50 |
| 3-10 | A. Logan | E-mail to B. Patterson of Bridgepoint Consulting ("BC") re schedule and statement preparation (0.1). Coordinate preparation of schedule and statement workbooks to collect data and prepare for call with BC (0.3). Telephone conference with BC working group and D. Schrecengost of DRC re schedule and statement preparation (0.4). Follow up e-mail to BC transmitting information, including schedule and statement workbooks for data collection for the Schedules and Statements (0.3). Review all files received from client and counsel that would pertain to schedule and sofa information and track same and e-mail to D. Schrecengost of DRC for incorporation into Schedules and Statements (1.0). | 2.1 | 388.50 |
| 3-10 | D. Schrecengost | Introductory conference call with A. Logan and representatives of Bridgepoint Consulting. Submit DKS conflict disclosure information to R. Tomforde. | 1.4 | 259.00 |
| 3-11 | A. Logan | Telephone conference with D. Schrecengost of DRC to review shedule and statement workbooks (1.0). Further conference call with D. Schrecengost of DRC review of schedule and statement workbooks (0.8). | 1.8 | 333.00 |
| 3-11 | D. Schrecengost | Call with A. Logan re: new DRC Schedule and SOFA templates, formats and Bankruptcy Court requirements. Discuss utilization for Buffets LLC. | 1.9 | 351.50 |
| 3-12 | D. Schrecengost | Review of Litigation-related information data forwarded by A. Logan. | 0.8 | 148.00 |
| 3-17 | A. Logan | Review and follow up with B. Patterson re scheduling of call to review schedule and statement preparation. | 0.1 | 16.50 |
| 3-18 | A. Logan | Telephone conference with client and counsel and DRC working group re schedule and statement preparation. | 0.6 | 111.00 |
| 3-18 | D. Schrecengost | Preparation / conference call with Buffets LLC team from DRC, Bridgepoint Consulting, Buffets LLC and Akerman re: process for Schedule and SOFA preparation. Brief introduction of parties and initial walk-through of DRC workshhets and instructions. Development of project team contact list. Preliminary review of creditor matrix. | 1.7 | 314.50 |

DONLIN, RECANO & COMPANY, INC. ("DRC")                     Exhibit A

Invoice # : 2339 - 001 - March 7, through March 31, 2016

| Date | User | Activity - SOFA/SOAL Preparation | Hours | Charges |
|---|---|---|---|---|
| 3-18 | K. Hollingsworth | Attend B. Patterson's kick-off conference call re SOFA/SOAL preparation. | 0.6 | 84.00 |
| 3-18 | K. Hollingsworth | Review zip file of documents sent to client for SOFA/SOAL preparation. | 0.2 | 28.00 |
| 3-22 | A. Logan | Follow up with D. Schrecengost of DRC re schedule and statement preparation. | 0.1 | 18.50 |
| 3-22 | D. Schrecengost | Call with A. Logan re: status. E-mail to B. Patterson. | 0.5 | 92.50 |
| 3-29 | A. Logan | Conference with D. Schrecengost of DRC re status of schedule and statement preparation (0.4). Follow up on same with B. Patterson of Bridgepoint (0.1). | 0.5 | 92.50 |
| 3-29 | D. Schrecengost | Call with A. Logan re: status. Discuss options for possible DRC initial work on Schedule G and Litigation. Email to B. Patterson requesting brief status call. | 0.9 | 166.50 |
| 3-29 | D. Schrecengost | Preliminary work on Schedule G contracts using client-supplied data for leases and purchasing contracts. Reformat data using DRC templates. | 1.4 | 259.00 |
| 3-30 | A. Logan | Telephone call with D. Schrecengost of DRC and B. Patterson and M. Gish of Bridgepoint re schedule and statement preparation. | 0.4 | 74.00 |
| 3-30 | D. Schrecengost | Call with A.Logan, B. Patterson and M. Gish re: project progress and timeframes. Discuss using Schedule and SOFA log sheets to assign responsibilities, organize client work process and track results and issues. | 0.9 | 166.50 |
|  |  | TOTAL HOURS – March 7, through March 31, 2016 | 18.4 | |
|  |  | TOTAL CHARGES | | $3,366.00 |

Page 2 of 3

DONLIN, RECANO & COMPANY, INC. ("DRC")     Exhibit A

Invoice # : 2339 - 001 - March, 2016

| Date | User | Activity - Retention | Hours | Charges |
|---|---|---|---|---|
| 3-7 | A. Logan | Drafting DRC's section 327 retention pleadings, including application, proposed form of order and declaration of disinterestedness and review and revise and proof same and e-mail to Esther McKean of Akerman for review and comment. | 2.8 | 462.00 |
| 3-17 | A. Logan | Follow up with E. McKean of Akerman re DRC section 327 retention. | 0.1 | 16.50 |
| 3-18 | A. Logan | Review revised drafts of DRC section 327 retention pleadings received from E. McKean of Akerman and e-mail regarding same. | 0.3 | 49.50 |
| 3-20 | A. Logan | Review execution version of Declaration supporting DRC's section 327 retention and finalize same and coordinate execution of same. | 0.4 | 66.00 |
| 3-21 | A. Logan | E-mail executed declaration supporting DRC's retention to E. McKean of Akerman and follow up on filing of same. | 0.2 | 33.00 |
| | | TOTAL HOURS -- March 7, through March 31, 2016 | 3.8 | |
| | | TOTAL CHARGES | | $627.00 |

 Donlin Recano

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

June 20, 2016

Buffets, LLC
Attn: Adele Wang
120 Chula Vista Drive
Hollywood Park, TX 78232

Re: Buffets, LLC ("HTB") – 11 U.S.C. § 327 Fees and Expenses
Invoice # : 2339 – 02

For Professional Services: May 1, through May 31, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | 76.0 | 185.00 | $14,060.00 |
| Diane Schrecengost | Senior Bankruptcy Consultant | 61.9 | 185.00 | $11,451.50 |
| Jung Song | Senior Bankruptcy Consultant | 4.3 | 165.00 | $709.50 |
| John Burlacu | Case manager | 0.8 | 140.00 | $112.00 |
| Jennifer Goode | Consultant | 0.8 | 90.00 | $72.00 |
| Ted Tokuda | Consultant | 1.0 | 90.00 | $90.00 |
| Total Hours & Fees | | 144.80 | | $26,495.00 |

| | |
|---|---|
| Less 20% Holdback on Fees | <5,299.00> |
| Subtotal of Fees | 21,196.00 |
| Expenses | 0.00 |
| **Total Amount Due** | **$21,196.00** |

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

Account Name: Donlin, Recano & Company, Inc.
Account #: 590872834
Bank Name: HSBC Bank USA
110 William Street
New York, NY 10038
ABA #: 021 001 088
Contact: Ms. Meghan M. Curtin
Telephone #: (646) 344-8254

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Alexander T. Leventhal
President & Chief Executive Officer

Enclosures
2339

cc: Akerman LLP
David W. Parham, Esq.
John E. Mitchell, Esq.
2001 Ross Avenue, Suite 2550
Dallas, TX 75201

Dykema Cox Smith
Deborah D. Williamson
Patrick L. Huffstickler
112 E. Pecan Street,
Suite 1800
San Antonio, TX 78205

Greenberg Traurig, LLP
Shari L. Heyen
1000 Lousiana, Suite1700
Houston, TX 77002

Office of the United States Trustee
James W. Rose, Jr.
615 E. Houston
Suite 533
San Antonio, TX 78205

Dykema Cox Smith
Mark E. Andrews
1717 Main Street,
Suite 4200
Dallas, TX 75201

Gregory Brown
McCarron & Diess
707 Walt Whitman Road
Second Floor
Melville, NJ 11747

Bridgepoint Consulting, LLC
Bill Patterson
Chief Restructuring Officer
6300 Bridge Point Pkwy #1-575
Austin, TX 78730

Greenberg Traurig, LLP
David B. Kurzweil
John D. Elrod
Terminus 200
3333 Piedmont Road NE Suite 2500
Atlanta, GA 30305

Donlin Recano & Company, Inc. PO Box 192042, Blythebourne Station, Brooklyn, NY 11219

**DONLIN, RECANO & COMPANY, INC. ("DRC")**
Buffets, LLC, et al. Vote/SOFA ("HTB")
Invoice # 2 - May, 2016

### I. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | |
|---|---:|
| 137.9 hours @ $185.00/hour | 25,511.50 |
| 4.3 hours @ $165.00/hour | 709.50 |
| 0.8 hours @ $140.00/hour | 112.00 |
| 1.8 hours @ $90.00/hour | 162.00 |
| **SUB TOTAL - Consulting Fees** | **26,495.00** |

### II. OUT OF POCKET EXPENSES

| | | |
|---|---:|---:|
| None Required in May | 0.00 | |
| **SUB TOTAL - Out of Pocket Expenses** | | **0.00** |
| **TOTAL CHARGES - May, 2016** | | **$26,495.00** |
| Less: 20% Holdback on Fees | | <$5,299.00> |
| **AMOUNT DUE** | | **$21,196.00** |

DONLIN, RECANO & COMPANY, INC. ("DRC")
Buffets, LLC, et al. Vote/SOFA ("HTB")
Invoice # 2 - May, 2016

## Summary of Charges by Activity

| | | | |
|---|---|---|---|
| SOFA/SOAL Preparation | 144.8 | hours | $26,495.00 |
| Total | 144.8 | | $26,495.00 |

DONLIN, RECANO & COMPANY, INC. ("DRC")  Exhibit A

Invoice # : 2339 - 002 - May 1, through May 31, 2016

| Date | User | Activity - SOFA/SOAL Preparation | Hours | Charges |
|---|---|---|---|---|
| 5-9 | A. Logan | Telephone call with B. Patterson of Bridgepoint and D. Schrecengost of DRC re schedule and statement preparation. | 0.3 | 55.50 |
| 5-9 | D. Schrecengost | Call with A. Logan re: project status and timeframes. Respond to Bridgepoint Consulting e-mail to set up strategy call. | 0.3 | 55.50 |
| 5-9 | D. Schrecengost | Call with Bridgepoint to discuss timing and approach for receipt of client SOFA and SOAL. Follow-up call with A. Logan to discuss expectations. | 0.7 | 129.50 |
| 5-10 | A. Logan | Prepare for call with client and financial advisor to discuss Schedule and Statement preparation. | 0.2 | 37.00 |
| 5-10 | D. Schrecengost | Preparation for conference call with client re: process and deadlines for SOFA and SOAL preparation and review. Call attempted but cancelled by client. | 0.5 | 92.50 |
| 5-11 | A. Logan | Telephone conference with B. Patterson of Bridgepoint, D. Schrecengost of DRC and client regarding Schedule and Statement preparation (0.6). Follow-up with D. Schrecengost of DRC re same (0.2). | 0.8 | 148.00 |
| 5-11 | D. Schrecengost | Strategy call with Bridgepoint and Buffets LLC personnel to discuss SOAL/SOFA workbook preparation and submission process. Establish preliminary deadlines. | 0.9 | 166.50 |
| 5-16 | A. Logan | Telephone conference with B. Patterson of Bridgepoint and D. Schrecengost of DRC re Schedule and Statement Preparation (0.6). Work on review of litigation data received from client in connection with preparation of statement of financial affairs and conform data into DRC statement worksheet for production of statements and identifying open issues and questions (6.4). | 7.0 | 1,295.00 |
| 5-16 | D. Schrecengost | Call with Bridgepoint personnel re; first drafts of portions of Schedules and SOFA. DRC to begin consolidation of Contracts and Litigation data. | 1.1 | 203.50 |
| 5-16 | D. Schrecengost | Consolidate multiple data sources for Schedule G contract data for Buffets LLC. Transfer data from client spreadsheets and identify questions and discrepancies. Send consolidated/topnoted draft to A. Logan for review. | 5.5 | 1,017.50 |

Page 1 of 5

**DONLIN, RECANO & COMPANY, INC. ("DRC")**      Exhibit A

Invoice # : 2339 - 002 - May 1, through May 31, 2016

| Date | User | Activity - SOFA/SOAL Preparation | Hours | Charges |
|---|---|---|---|---|
| 5-17 | A. Logan | Prepare for call with Bridgepoint re status of Schedule and SOFA preparation (0.3). Telephone conference with Bridgepoint and D. Schrecengost of DRC re Schedule and SOFA preparation (0.7). Continue to work on litigation file for statements and e-mail to Bridgepoint re same (0.9). Work with N. Morales of DRC on litigation file for Schedules (0.3). Telephone call with A. Wang of Buffets re open questions on SOFA litigation (0.3). Continue to review and revise SOFA litigation Schedule based upon call with A. Wang of Buffets and various e-mails from A. Wang of Buffets (2.3). Various e-mails to and from D. Schrecengost of DRC re preparation of Schedule G (0.3). | 5.1 | 943.50 |
| 5-17 | D. Schrecengost | Conference call with Bridgepoint Consulting re; data received and questions thereon. Check for additional data from client. Multiple phone calls and e-mails with A. Logan | 1.5 | 277.50 |
| 5-17 | D. Schrecengost | Comparison of Schedule EF and Schedule G data for contracts. | 0.5 | 92.50 |
| 5-18 | A. Logan | Continue to review and work on SOFA litigation file and e-mail to A. Wang of Buffets re open questions (0.8). Telephone conference with B. Patterson of Bridgepoint re status of Schedule and SOFA preparation (0.2). Review e-mail from A. Wang of Buffets re additions to Schedule G and follow-up on same (0.2). Telephone conference with D. Schrecengost of DRC re status of Schedule and SOFA preparation (0.2). Follow-up on preparation of litigation file for Schedule F records (0.2). Review all Schedule and SOFA worksheets received from client and various e-mails to client and B. Patterson of Bridgepoint re same, review and prepare comments on Schedule and SOFA worksheets provided, continue to work on Schedule F litigation parties and SOFA litigation parties (8.9). | 10.5 | 1,942.50 |
| 5-18 | D. Schrecengost | Use Creditor Matrix to complete missing data in client Schedule G to the extent possible. Process additions received from client | 1.5 | 277.50 |
| 5-18 | D. Schrecengost | Intake and review of preliminary draft documents received from client (separate workbooks and SOFA/SOAL PDF documents received for each Debtor). Begin identifying issues and problems affecting DRC ability to use workbooks for processing. Prepare top notes. | 7.9 | 1,461.50 |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**  Exhibit A

Invoice # : 2339 - 002 - May 1, through May 31, 2016

| Date | User | Activity - SOFA/SOAL Preparation | Hours | Charges |
|---|---|---|---|---|
| 5-19 | A. Logan | Continue to work on Schedule and SOFA preparation, including continued work on Schedule EF litigation Schedule and telephone conference with client (A. Wang) re same; various telephone conferences with financial advisor and client re status and open issues, compiling open issues list and telephone conferences with D. Schrecengost of DRC re same, and responding to client inquiries regarding status of Schedules and SOFA's (7.3). Continue work on integrating client data from separate SOFA worksheets into master SOFA worksheet and proofing same and modifying same for processing and production of SOFA's, e-mail to DRC MIS Department for processing draft of SOFA, and continue to work on Schedule EF litigation file (8.9). | 16.2 | 2,997.00 |
| 5-19 | D. Schrecengost | Detailed review of client data. Preparation of Global Exception List for discussion with Bridgepoint and client personnel. Numerous workbooks to be revised and re-submitted | 5.5 | 1,017.50 |
| 5-19 | D. Schrecengost | Multiple analyses of client fixed asset listing. Make suggestions to reduce extreme level of unnecessary detail. | 1.2 | 222.00 |
| 5-19 | D. Schrecengost | Schedule (SOAL) preparation using client revised documents. Consolidate all Debtors into single workbook to build Master File. Data transfer and review. Adjust formatting as necessary | 5.0 | 925.00 |
| 5-20 | A. Logan | Continue work on Schedule EF litigation file and review and revise same and various e-mails to and from A. Wang of Buffets re same (1.2). Proofing of SOFA drafts and circulate drafts of SOFA's, field comments to SOFA's and review and revise DRC SOFA workbooks and coordinate production of revised SOFA drafts and circulate to working group (6.2). Continue work on Schedules including, preparation of Schedule D, Schedule H, ownership Schedule, and format data to DRC worksheets, including updates to missing address and zip code information, spelling errors, etc, coordinate production of Schedules for review (6.3). | 13.7 | 2,534.50 |
| 5-20 | D. Schrecengost | Send preliminary consolidated SOAL workbook to A. Logan for review with related review notes and questions. | 1.2 | 222.00 |
| 5-20 | D. Schrecengost | Data import, formatting, and review of revised input received from client in "final" debtor-specific SOAL workbooks. | 9.0 | 1,665.00 |
| 5-20 | D. Schrecengost | E-mails and phone calls to Bridgepoint and client personnel to resolve identified issues and questions. | 1.5 | 277.50 |
| 5-20 | J. Song | Review and proof Statements and coordinate proofing team in anticipation of the Court filing. | 1.9 | 313.50 |

**DONLIN, RECANO & COMPANY, INC. ("DRC")**     Exhibit A

Invoice # : 2339 - 002 - May 1, through May 31, 2016

| Date | User | Activity - SOFA/SOAL Preparation | Hours | Charges |
|---|---|---|---|---|
| 5-20 | J. Burlacu | Proofed Schedules. | 0.8 | 112.00 |
| 5-20 | J. Goode | Proofed assigned debtor SOFA for accuracy. | 0.8 | 72.00 |
| 5-20 | T. Tokuda | Review and proof SOFAs of various debtors for filing. | 1.0 | 90.00 |
| 5-21 | A. Logan | Telephone call with Ackerman (counsel) and Bridgepoint (Financial Advisors) re comments to Schedules (1.3). Field comments to revised drafts of SOFA's and various e-mails to client and counsel re same, review and revise DRC worksheets re same and coordinate production of updated SOFA drafts and proofing of same, e-mail drafts of SOFA's to working group, create signature pages for SOFA's (4.6). Review and proof 1st draft of Schedules and e-mail to working group for review, field various comments and questions regarding Schedules and review and revise DRC worksheets re same, telephone conference with D. Schrecengost of DRC re revisions to worksheets, proof revisions to worksheets and coordinate production of drafts of Schedules, proofing of same and e-mail to working group (9.8). | 15.7 | 2,904.50 |
| 5-21 | D. Schrecengost | Discuss status, observations and issues with A. Logan. Prepare detailed cover letter to Bridgepoint and client personnel to accompany first draft of SOFA and SOAL documents sent for review incorporating comments form A. Logan. | 3.5 | 647.50 |
| 5-21 | D. Schrecengost | E-mails and phone calls with A. Logan, Bridgepoint and/or client personnel to discuss identified issues and questions. | 2.2 | 407.00 |
| 5-21 | D. Schrecengost | Process client changes to draft SOFA and SOAL documents. Build file of deleted items to capture data removed for earlier drafts. | 8.2 | 1,517.00 |
| 5-21 | D Schrecengost | Final review of SOAL workbook before processing with A. Logan to ensure that processing can proceed and that all changes have been properly reflected. | 2.2 | 407.00 |
| 5-21 | J. Song | Review and proof drafts of Schedules and Statements in anticipation of Court filing. | 2.4 | 396.00 |
| 5-22 | A. Logan | Field comments from counsel and financial advisors on latest draft of Schedules and implement revisions into DRC workbooks and coordinate production of final versions of Schedules and proofing of same, assemble Schedules and SOFAs for court filing, including preparation and insertion of signature pages and global notes and e-mailing final versions to counsel for court filing. | 5.6 | 1,036.00 |
| 5-22 | D. Schrecengost | Calls with A. Logan and Bridgepoint Consulting re: changes and proofreading of Final SOAL document. | 2.0 | 370.00 |

Page 4 of 5

DONLIN, RECANO & COMPANY, INC. ("DRC")     Exhibit A

Invoice # : 2339 - 002 - May 1, through May 31, 2016

| Date | User | Activity - SOFA/SOAL Preparation | Hours | Charges |
|---|---|---|---|---|
| 5-23 | A. Logan | Attend to follow-up question from B. Patterson of Bridgepoint regarding payment to creditors in 90, including research of same. | 0.6 | 111.00 |
| 5-25 | A. Logan | Various e-mails to and from W. Fogelberg of KE re Schedule G amendments. | 0.3 | 55.50 |
| | | TOTAL HOURS - May 1, through May 31, 2016 | 144.8 | |
| | | TOTAL CHARGES | | $26,495.00 |