# EXHIBIT B

| Professional | Date | Hours | Description | Fees |
|---|---|---|---|---|
| Rita Baker | 07/14/16 | 0.50 | Phone discussion with B. Amaro; Scheduling for MORs | 85.00 |
| Brandon Beseda | 08/05/16 | 0.20 | Confrence call with claims reconciliation project team | 34.00 |
| Leo Munoz | 08/05/16 | 1.50 | Claims reconciliation set up and preparation; conference call | 622.50 |
| Sharayah Gonzalez | 08/05/16 | 0.20 | Conference call with claims reonciliation project team | 34.00 |
| Leo Munoz | 08/08/16 | 6.50 | Claims reconciliation process set up and initiation with project team | 2,697.50 |
| Brandon Beseda | 08/08/16 | 8.90 | 503B9 AP claims reconciliations | 1,513.00 |
| Brandon Beseda | 08/09/16 | 1.00 | 503B9 AP claims reconciliations | 170.00 |
| Brandon Beseda | 08/09/16 | 2.00 | Prepared schedules/obtained reports to begin reconciling claims | 340.00 |
| Brandon Beseda | 08/09/16 | 5.80 | 503B9 AP claims reconciliations | 986.00 |
| Leo Munoz | 08/09/16 | 2.50 | Claims reconciliations review | 1,037.50 |
| Leo Munoz | 08/10/16 | 1.00 | Fee application preparation and review | 415.00 |
| Leo Munoz | 08/10/16 | 2.00 | Claims reconciliations review | 830.00 |
| Sharayah Gonzalez | 08/10/16 | 7.90 | 503B9 AP claims reconciliations | 1,343.00 |
| Brandon Beseda | 08/10/16 | 9.00 | 503B9 AP claims reconciliations | 1,530.00 |
| Brandon Beseda | 08/11/16 | 8.70 | 503B9 AP claims reconciliations | 1,479.00 |
| Leo Munoz | 08/11/16 | 2.00 | Claims reconciliations review | 830.00 |
| Sharayah Gonzalez | 08/11/16 | 8.30 | 503B9 AP claims reconciliations | 1,411.00 |
| Tia Jackson | 08/11/16 | 8.50 | 503B9 AP claims reconciliations | 1,445.00 |
| Tia Jackson | 08/12/16 | 6.50 | 503B9 AP claims reconciliations | 1,105.00 |
| Sharayah Gonzalez | 08/12/16 | 5.00 | 503B9 AP claims reconciliations | 850.00 |
| Brandon Beseda | 08/12/16 | 6.50 | 503B9 AP claims reconciliations | 1,105.00 |
| Brandon Beseda | 08/18/16 | 8.50 | 503B9 AP claims reconciliations | 1,445.00 |
| Brandon Beseda | 08/18/16 | 1.00 | Priority claims reconciliations | 170.00 |
| Rita Baker | 08/18/16 | 7.00 | MORs for period ending 8/3/16 | 1,190.00 |
| Sharayah Gonzales | 08/18/16 | 4.50 | 503B9 AP claims reconciliations | 765.00 |
| Sharayah Gonzalez | 08/18/16 | 0.20 | Priority claims reconciliations | 34.00 |
| Tia Jackson | 08/18/16 | 0.80 | 503B9 AP claims reconciliations | 136.00 |
| Tia Jackson | 08/18/16 | 7.20 | Priority claims reconciliations | 1,224.00 |
| Brandon Beseda | 08/19/16 | 6.50 | 503B9 AP claims reconciliations | 1,105.00 |
| Brandon Beseda | 08/19/16 | 1.00 | Priority claims reconciliations | 170.00 |
| Rita Baker | 08/19/16 | 5.00 | MORs for period ending 8/3/16 | 850.00 |
| Sharayah Gonzales | 08/19/16 | 4.70 | 503B9 AP claims reconciliations | 799.00 |
| Sharayah Gonzalez | 08/19/16 | 0.40 | Priority claims reconciliations | 68.00 |
| Tia Jackson | 08/19/16 | 6.00 | Unsecured claims reconciliations | 1,020.00 |
| Leo Munoz | 08/20/16 | 2.00 | Claims reconciliations review | 830.00 |
| Brandon Beseda | 08/22/16 | 8.90 | 503B9 AP claims reconciliations | 1,513.00 |
| Brandon Beseda | 08/22/16 | 1.00 | Priority claims reconciliations | 170.00 |
| Sharayah Gonzalez | 08/22/16 | 6.60 | Priority claims reconciliations | 1,122.00 |
| Sharayah Gonzalez | 08/22/16 | 0.40 | Unsecured claims reconciliations | 68.00 |
| Tia Jackson | 08/22/16 | 8.50 | Unsecured claims reconciliations | 1,445.00 |
| Brandon Beseda | 08/23/16 | 8.50 | Priority claims reconciliations | 1,445.00 |
| Sharayah Gonzalez | 08/23/16 | 7.30 | Priority claims reconciliations | 1,241.00 |
| Tia Jackson | 08/23/16 | 8.00 | Unsecured claims reconciliations | 1,360.00 |
| Tia Jackson | 08/23/16 | 0.50 | Priority claims reconciliations | 85.00 |
| Brandon Beseda | 08/24/16 | 8.80 | 503B9 AP claims reconciliations | 1,496.00 |
| Leo Munoz | 08/24/16 | 1.00 | Claims reconciliations review | 415.00 |
| Sharayah Gonzalez | 08/24/16 | 7.50 | Bankruptcy claims project | 1,275.00 |
| Tia Jackson | 08/24/16 | 8.10 | Unsecured claims reconciliations | 1,377.00 |
| Tia Jackson | 08/24/16 | 0.50 | Priority claims reconciliations | 85.00 |
| Brandon Beseda | 08/25/16 | 9.00 | 503B9 AP claims reconciliations | 1,530.00 |
| Sharayah Gonzalez | 08/25/16 | 8.40 | 503B9 AP claims reconciliations | 1,428.00 |
| Tia Jackson | 08/25/16 | 6.50 | Unsecured claims reconciliations | 1,105.00 |
| Tia Jackson | 08/25/16 | 0.50 | 503B9 AP claims reconciliations | 85.00 |
| Brandon Beseda | 08/26/16 | 1.00 | Unsecured claims reconciliations | 170.00 |
| Brandon Beseda | 08/26/16 | 6.00 | Bankrupcy claims schedules | 1,020.00 |
| Leo Munoz | 08/26/16 | 0.50 | Claims reconciliations review | 207.50 |
| Sharayah Gonzalez | 08/26/16 | 4.00 | Bankruptcy claims project | 680.00 |
| Tia Jackson | 08/26/16 | 6.00 | Priority claims reconciliations | 1,020.00 |
| Leo Munoz | 09/02/16 | 0.50 | Unsecured claims reconciliations | 207.50 |
| Brandon Beseda | 09/06/16 | 1.00 | 503B9 AP claims reconciliations | 170.00 |
| Brandon Beseda | 09/06/16 | 8.50 | Priority claims reconciliations | 1,445.00 |
| Leo Munoz | 09/06/16 | 3.00 | Claims reconciliations review | 1,245.00 |
| Tia Jackson | 09/06/16 | 8.50 | Unsecured claims reconciliations | 1,445.00 |
| Tia Jackson | 09/06/16 | 1.50 | 503B9 AP claims reconciliations | 255.00 |
| Brandon Beseda | 09/07/16 | 8.50 | Bankruptcy AP reconciliations | 1,445.00 |
| Leo Munoz | 09/07/16 | 1.00 | Claims reconciliations review | 415.00 |
| Brandon Beseda | 09/08/16 | 8.30 | Bankruptcy Ap reconciliations | 1,411.00 |
| Tia Jackson | 09/08/16 | 8.00 | Priority claims reconciliations | 1,360.00 |
| Brandon Beseda | 09/09/16 | 1.00 | Priority claims reconciliations | 170.00 |
| Brandon Beseda | 09/09/16 | 6.50 | 503B9 AP claims reconciliations | 1,105.00 |
| Tia Jackson | 09/09/16 | 6.00 | 503B9 AP claims reconciliations | 1,020.00 |
| Leo Munoz | 09/19/16 | 1.00 | Claims reconciliations review | 415.00 |
| | | 330.10 | | 62,119.50 |