# EXHIBIT "B"

{38961652;1}



September 12, 2016

Buffets, LLC
Attn: Adele Wang
120 Chula Vista Drive
Hollywood Park, TX 78232

**Re: Buffets, LLC ("HTB") – 11 U.S.C. § 327 Fees and Expenses**

**Invoice # : 2339 – 03**

For Professional Services: August 1, through August 31, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Andrew Logan | Senior Bankruptcy Consultant | 4.7 | 165.00 | $775.50 |
| Total Hours & Fees | | <u>4.7</u> | | <u>$775.50</u> |

| | |
|---|---|
| Less 20% Holdback on Fees | <155.10> |
| Subtotal of Fees | 620.40 |
| Expenses | 0.00 |
| **Total Amount Due** | **$620.40** |

You may make your check payable to Donlin, Recano & Company, Inc. and forward it to the address below or, if you prefer, you may wire payment as per the following instructions:

| | |
|---|---|
| Account Name: | Donlin, Recano & Company, Inc. |
| Account #: | 590872834 |
| Bank Name: | HSBC Bank USA |
| | 110 William Street |
| | New York, NY  10038 |
| ABA #: | 021 001 088 |
| Contact: | Ms. Meghan M. Curtin |
| Telephone #: | (646) 344-8254 |

Feel free to call if you have any questions or are in need of further information. Best regards.

Sincerely,

Alexander T. Leventhal
President & Chief Executive Officer

Enclosures
2339

cc: 
Akerman LLP
David W. Parham, Esq.
John E. Mitchell, Esq.
2001 Ross Avenue, Suite 2550
Dallas, TX  75201

Dykema Cox Smith
Deborah D. Williamson
Patrick L. Huffstickler
112 E. Pecan Street,
Suite 1800
San Antonio, TX 78205

Greenberg Traurig, LLP
Shari L. Heyen
David R. Eastlake
1000 Lousiana, Suite1700
Houston, TX 77002

Office of the United States Trustee
James W. Rose, Jr.
615 E. Houston
Suite 533
San Antonio, TX 78205

Dykema Cox Smith
Mark E. Andrews
1717 Main Street,
Suite 4200
Dallas, TX 75201

Gregory Brown
McCarron & Diess
707 Walt Whitman Road
Second Floor
Melville, NJ 11747

Bridgepoint Consulting, LLC
Bill Patterson
Chief Restructuring Officer
6300 Bridge Point Pkwy #1-575
Austin, TX 78730

Greenberg Traurig, LLP
David B. Kurzweil
John D. Elrod
Terminus 200
3333 Piedmont Road NE Suite 2500
Atlanta, GA 30305

DONLIN, RECANO & COMPANY, INC. ("DRC")
Buffets, LLC, et al. Vote/SOFA ("HTB")
Invoice # 3 - August, 2016

I. CONSULTING FEES (SEE EXHIBIT A FOR DETAILS)

| | | |
|---|---|---|
| 4.7 hours @ $165.00/hour | | 775.50 |
| SUB TOTAL - Consulting Fees | | 775.50 |

II. OUT OF POCKET EXPENSES

| | | |
|---|---|---|
| None required in August | 0.00 | |
| SUB TOTAL - Out of Pocket Expenses | | 0.00 |
| **TOTAL CHARGES - August, 2016** | | $775.50 |
| Less: 20% Holdback on Fees | | <155.10> |
| **AMOUNT DUE** | | $620.40 |

DONLIN, RECANO & COMPANY, INC. ("DRC")
Buffets, LLC, et al. Vote/SOFA ("HTB")
Invoice # 3 - August, 2016

**Summary of Charges by Activity**

| | | | |
|---|---|---|---|
| Fee Statement and Application Preparation | 4.7 | hours | $775.50 |
| **Total** | **4.7** | | **$775.50** |

DONLIN, RECANO & COMPANY, INC. ("DRC")  Exhibit A

Invoice # : 2339 - 003 - August 1, through August 31, 2016

| Date | User | Activity - Fee Statement and Application Preparation | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 8-1 | A. Logan | Follow-up on timeline for preparation of 1st interim fee application. | 0.1 | 165.0 | 16.50 |
| 8-12 | A. Logan | Preparing DRC's first interim fee application and e-mail to debtors' counsel for review and comment. | 4.6 | 165.0 | 759.00 |
| | | TOTAL HOURS - August 2016 | | | 4.7 |
| | | TOTAL CHARGES | | | $775.50 |