IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFETS, LLC, *et al.*[1] | § | Case No. 16–50557-rbk |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF FILING OF
SECOND AMENDED SUPPLEMENT TO DEBTORS' JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on April 27, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Doc. No. 2573) (the "Plan") and the Court entered its Findings of Fact, Conclusions of Law, and Order Under Section 1129 of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Doc. No. 2576) (the "Confirmation Order") confirming the Plan.

PLEASE TAKE FURTHER NOTICE that on March 21, 2017, the Debtors filed their *Notice of Filing of Supplement to Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (Doc. No. 2422).

PLEASE TAKE FURTHER NOTICE that on March 31, 2017, the Debtors filed their *Notice of Filing of Amended Supplement to Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (Doc. No. 2485).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's, Inc. (7129). The address for all of the Debtors is 120 Chula Vista Drive, Hollywood Park, Texas 78232.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby give notice of filing of final versions of the following exhibits, filed contemporaneously herewith, that comprise the Plan Supplement, including executed copies of same as applicable:

| | |
|---|---|
| Exhibit A: | Schedule of Additional Rejected Contracts and Leases |
| Exhibit B: | Schedule of Additional Assumed Leases |
| Exhibit C: | Unsecured Creditors' Trust Agreement |
| Exhibit D: | List of members of the Trust Advisory Board |
| Exhibit E: | Trust Causes of Action |
| Exhibit F: | Alamo Buffets Advance Agreement |
| Exhibit G: | Secured Trust Note |
| Exhibit H: | Subordination Agreement |
| Exhibit I: | Assignment Agreement |
| Exhibit J: | Security Agreement |
| Exhibit K: | List of the Excluded Causes of Actions |
| Exhibit L: | List of the Excluded Insider Causes of Action |
| Exhibit M: | Collateral Assignment of Leases |
| Exhibit N: | Composite of Mortgages |
| Exhibit O: | Management Agreement |

PLEASE TAKE FURTHER NOTICE that any holder of Claims or Equity Interest who would like to receive copies of any of the exhibits to the Plan Supplement may obtain a copy by visiting the website for Donlin, Recano & Company, Inc. at "https://www.donlinrecano.com".

{41784288;1}

In addition, the Plan Supplement may be inspected in the office of the Clerk of the Court during normal court hours and shall be available online at "https://ecf.txwb.uscourts.gov". The Clerk of Court is located at Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, Room 597, San Antonio, TX 78205.

Dated: June 6, 2017

Respectfully submitted,
AKERMAN LLP

*/s/ David W. Parham*
David W. Parham, SBN: 15459500
John E. Mitchell, SBN: 00797095
Scott D. Lawrence, SBN: 24087896
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Telephone:   (214) 720-4300
Facsimile:    (214) 981-9339
david.parham@akerman.com
john.mitchell@akerman.com
scott.lawrence@akerman.com
          and
Andrea S. Hartley, Florida Bar No. 864234
Esther A. McKean , Florida Bar No. 28124
Amy M. Leitch, Florida Bar No. 90112
Katherine C. Fackler, Florida Bar No. 68549
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Telephone:   (305) 374-5600
Facsimile:    (305) 374-5095
andrea.hartley@akerman.com
esther.mckean@akerman.com
amy.leitch@akerman.com
katherine.fackler@akerman.com
COUNSEL FOR DEBTORS AND
DEBTORS-IN-POSSESSION

{41784288;1}