

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|

| Defendant: | **Reed Restaurant Repair, LLC** |
|---|---|
| Bankruptcy Case: | **Buffets, LLC, et al.** |
| Preference Period: | **Dec 8, 2015 - Mar 7, 2016** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 2079-1 | 1/21/2016 | $1,467.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2054-1 | 12/28/2015 | $412.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2055-1 | 12/28/2015 | $225.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2057-1 | 12/28/2015 | $1,299.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2058-1 | 1/13/2016 | $825.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2059-1 | 1/13/2016 | $399.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2072-2 | 1/13/2016 | $680.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2078-1 | 1/13/2016 | $120.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2082-1 | 1/13/2016 | $4,051.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2083-1 | 1/13/2016 | $185.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 1903-1 | 12/21/2015 | $2,763.00 |
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 2077-1 | 1/21/2016 | $367.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2047-1 | 1/5/2016 | $1,331.00 |
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 2080 | 1/21/2016 | $624.00 |
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 2088-1 | 1/21/2016 | $276.00 |
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 2101-1 | 1/21/2016 | $177.00 |
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 58472 | 1/21/2016 | $399.00 |
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 58838 | 1/21/2016 | $225.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 1917-1 | 12/3/2015 | $105.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 1981-1 | 12/3/2015 | $265.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 1988-1 | 12/3/2015 | $319.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 1995-1 | 12/10/2015 | $357.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 1996-1 | 12/3/2015 | $455.00 |
| Buffets, LLC | Buffets, LLC | 12063 | $3,642.00 | 2/24/2016 | 2070-1 | 1/21/2016 | $105.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2037-1 | 12/17/2015 | $225.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 1985-1 | 12/9/2015 | $573.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 1986 | 12/21/2015 | $687.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2009-1 | 12/3/2015 | $105.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2015-1 | 12/14/2015 | $290.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2019-1 | 12/14/2015 | $335.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2026-1 | 12/14/2015 | $396.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2027-1 | 12/17/2015 | $268.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2028-1 | 12/17/2015 | $333.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2029-1 | 12/17/2015 | $210.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2030-1 | 12/14/2015 | $1,106.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2051-1 | 12/28/2015 | $654.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2035-1 | 12/17/2015 | $460.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2048-1 | 12/28/2015 | $257.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2041-1 | 12/21/2015 | $185.00 |

Reed Restaurant Repair, LLC (2166742)
Bankruptcy Case: Buffets, LLC, et al.

Mar 1, 2018          Exhibit A          P. 1

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2042-1 | 12/21/2015 | $148.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2044-1 | 12/24/2015 | $773.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 48946 | 12/21/2015 | $2,308.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 1922-1 | 12/28/2015 | $330.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2018-1 | 1/5/2016 | $1,243.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2033-1 | 12/28/2015 | $250.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2043-3 | 1/13/2016 | $1,322.00 |
| Buffets, LLC | Buffets, LLC | 11652 | $14,032.00 | 2/22/2016 | 2045-1 | 1/13/2016 | $445.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2001-1 | 12/3/2015 | $726.00 |
| Buffets, LLC | Buffets, LLC | 10321 | $13,523.00 | 2/8/2016 | 2031-1 | 12/17/2015 | $2,354.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1978-1 | 11/19/2015 | $345.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 1998-1 | 12/3/2015 | $105.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1964-1 | 11/12/2015 | $185.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1965-1 | 11/12/2015 | $206.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1967-1 | 11/12/2015 | $978.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 0160 | 11/19/2015 | $1,567.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1602 | 11/19/2015 | $1,059.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1962-1 | 11/19/2015 | $345.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1968-1 | 11/20/2015 | $342.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1971-1 | 11/20/2015 | $737.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1975-1 | 11/19/2015 | $148.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1947-1 | 11/12/2015 | $1,133.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1977-1 | 11/20/2015 | $377.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1942-1 | 11/12/2015 | $225.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1979-1 | 11/19/2015 | $206.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1983-1 | 11/19/2015 | $137.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 780-2 | 11/19/2015 | $105.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 7879 | 11/19/2015 | $899.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114243 | $3,217.00 | 12/28/2015 | 1980-1 | 11/20/2015 | $429.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114243 | $3,217.00 | 12/28/2015 | 1982-1 | 11/20/2015 | $505.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114243 | $3,217.00 | 12/28/2015 | 1989-1 | 11/20/2015 | $866.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114243 | $3,217.00 | 12/28/2015 | 19921- | 11/20/2015 | $297.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114243 | $3,217.00 | 12/28/2015 | 1995 | 11/19/2015 | $1,117.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114606 | $3,035.00 | 1/4/2016 | 1993-1 | 12/2/2015 | $265.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114050 | $6,456.00 | 12/21/2015 | 1976-1 | 11/19/2015 | $185.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2022-1 | 12/11/2015 | $105.00 |
| Buffets, LLC | Buffets, LLC | ACH:4114606 | $3,035.00 | 1/4/2016 | 9566 | 11/25/2015 | $2,770.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2003-1 | 12/3/2015 | $951.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2004-1 | 12/3/2015 | $105.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2005-1 | 12/3/2015 | $499.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2006-1 | 12/3/2015 | $265.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2007-1 | 12/3/2015 | $225.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2008-1 | 12/3/2015 | $185.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2010-1 | 12/3/2015 | $319.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2011-1 | 12/3/2015 | $359.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2017-1 | 12/11/2015 | $1,321.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1958-1 | 11/12/2015 | $404.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2021-1 | 12/11/2015 | $224.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2001-0 | 12/3/2015 | $345.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2023-1 | 12/11/2015 | $999.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2032-1 | 12/11/2015 | $476.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 6997 | 12/3/2015 | $1,076.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 716-1 | 12/10/2015 | $115.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1885-1 | 11/12/2015 | $404.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1887-1 | 11/12/2015 | $105.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1925-1 | 11/12/2015 | $265.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1929-1 | 11/6/2015 | $337.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1938-1 | 11/12/2015 | $491.00 |
| Buffets, LLC | Buffets, LLC | ACH:4113705 | $5,064.00 | 12/14/2015 | 1939-1 | 11/12/2015 | $326.00 |
| Buffets, LLC | Buffets, LLC | 9582 | $10,844.00 | 2/1/2016 | 2020-1 | 12/11/2015 | $937.00 |

**Totals:** **8 transfer(s),** **$59,816.00**