IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Buffets, LLC, *et al.* | § | Case No. 16-50557-RBK |
| | § | |
| Debtors | § | Chapter 11 |
| | § | |

### UNITED STATES TRUSTEE'S RESPONSE TO THIS COURT'S NOTICE AND CERTIFICATION OF CONSTITUTIONAL QUESTION UNDER 28 U.S.C. § 2403 AND FED. R. CIV. P. 5.1

TO THE HONORABLE RONALD B. KING, CHIEF U.S. BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee Region 7 Southern and Western districts of Texas ("UST"), through the undersigned counsel, in the above-captioned and numbered bankruptcy case to file this *United States Trustee's Response To This Court's Notice And Certification Of Constitutional Question Under 28 U.S.C. § 2403 And Fed. R. Civ. P. 5.1* and states as follows:

### Notice of Constitutional Question Is Not Required In This Case Under 28 U.S.C. § 2403 and Fed. R. Civ. P. 5.1

1. Despite the United States being a party in this case due to the involvement of the United States Trustee, Buffets, LLC, *et al.*, the reorganized debtors in this case ("Reorganized Debtors") filed on September 28, 2018, a notice of constitutional question under Federal Rule of Civil Procedure 5.1.[1] (Doc. No. 3915). In response to their action, this Court entered a notice and certification of constitutional question under 28 U.S.C. § 2403 and Fed. R. Civ. P. 5.1 certifying to the Attorney General that the constitutionality of 28 U.S.C. § 589a and 28 U.S.C. § 1930(a)(6) had been questioned in this action and inviting the United States to intervene as a

---

[1] Fed. R. Bankr. P. 9005.1 makes Fed. R. Civ. P. 5.1 apply in bankruptcy cases.

1

party to present evidence and argument on the question of the constitutionality of these statutes. (Doc. No. 3961).

2. The Reorganized Debtors challenged the constitutionality of sections 589(a) and 1930(a)(6) of title 28 in a post-hearing brief (Doc. No. 3875) in support of their motion to determine the extent of their liability for post-confirmation quarterly fees pursuant to 28 U.S.C. § 1930(a)(6) (Doc. No. 3797). The United States Trustee opposed the motion, but had no opportunity to respond to the untimely constitutional arguments raised by the Reorganized Debtors.[2] (Doc. No. 3821).

3. This Court rejected the constitutional challenges and denied the Reorganized Debtors' motion. (Doc. No. 3893).

4. The Reorganized Debtors subsequently filed a motion to reconsider the order denying the motion to determine their liability for post-confirmation quarterly fees. (Doc. No. 3914). The motion to reconsider challenges this Court's interpretation of the term "disbursements" under 28 U.S.C. § 1930(a)(6) based on *In re Cranberry Growers Cooperative*, Case No. 17-13318-11 (Bankr. W.D. Wis. Sept. 21, 2018) (ruling that a portion of the debtor's post-confirmation "Direct Revolver Payments" are not "disbursements"). The parties have completed the briefing on the motion to reconsider. The constitutional issue is not before this Court because the Reorganized Debtors did not brief any constitutional issue in connection with their motion to reconsider, nor does *Cranberry Growers* address any.

5. The Reorganized Debtor's notice to the Attorney General of the Reorganized Debtors' constitutional challenge was unnecessary for two reasons. First, the statute provides for notice

---

[2] The United States Trustee moved to strike the Reorganized Debtors' supplemental brief or alternatively, for time to respond to the arguments raised therein (Doc. No. 3881), but this Court dismissed the United States Trustee's motion as moot after it considered and rejected the Reorganized Debtors' constitutional challenges. (Doc. No. 3891).

and certification to the Attorney General only in cases where the United States is not a party.  28 U.S.C. § 2403(a) ("In any action, suit or proceeding in a court of the United States *to which the United States or any agency, officer or employee thereof is not a party*, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality. …") (emphasis added).  Likewise, Civil Rule 5.1 requires a party to file notice of a constitutional challenge (and the court to certify that a statute has been questioned) "if" "a federal statute is questioned and *the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity*…." Fed. R. Civ. P. 5.1(a)(1)(A) (emphasis added).

6.  Here, the United States is already a party because the United States Trustee, who is an official of the United States, appointed by the Attorney General and employed by the government, has been actively involved in the proceeding to establish the Reorganized Debtors' liability for post-confirmation quarterly fees.  *See* 28 U.S.C. § 581(a)(7) (appointment of United States Trustees); *In re Perry Hollow Mgmt. Co., Inc.*, 297 F.3d 34, 38 (1st Cir. 2002) (holding for purposes of Fed. R. App. P. 4(a)(1)(B) that the "United States, its officer, or agency is a 'party' to a case … where [the United States Trustee] has actively participated in the proceedings").  As an employee of the United States, the United States Trustee draws a "salar[y]," which is fixed by the Attorney General.  28 U.S.C. § 587.  Actions of the United States Trustees are approved and reviewed by another federal official, the Director of the Executive Office for United States Trustees.  *See, e.g.,* 28 C.F.R. §§ 58.1, 58.2, 58.6, 58.11, 58.24, 58.36.  In turn, the Executive Office reports to the Associate Attorney General of the

United States.  *See* https://www.justice.gov/agencies/chart.  Thus, there is no need for the United States to intervene in this case and no requirement to notify the Attorney General.

7.  Second, this Court has already correctly ruled on the Reorganized Debtors' constitutional challenges.[3]  In its oral ruling denying the Reorganized Debtors' motion, this Court stated:

> I'm not finding that [the increase in quarterly fees] [i]s unconstitutional. I may disagree with it as a policy matter on the amount of the increase. But it's not up to me to decide those kinds of things. … So, unless there's some constitutional issue, which I find there is not, it has to be upheld as valid.

Transcript of September 13, 2018 Oral Ruling (Doc. No. 3901) at page 14, lines 8-18.  The Reorganized Debtors' motion to reconsider does not discuss any constitutional issue; it merely urges this Court to interpret the term "disbursements" more narrowly based on *Cranberry Growers*.  *See* Motion to Reconsider (Doc. No. 3914).  Therefore, there is no reason for this Court to revisit its ruling rejecting the Reorganized Debtors' constitutional challenges, and no further evidence or argument is necessary on any constitutional issue.

8.  If this Court should decide to revisit the Reorganized Debtors' constitutional challenges, the United States Trustee should have an opportunity to defend the constitutionality of the challenged statutes.   Since the Court already held an evidentiary hearing on the debtors' motion to determine their liability for post confirmation quarterly fees after which this Court ruled, it is not necessary for the Court to allow presentation of further evidence by the debtors on the question of constitutionality of the statutes.

---

[3] Even where the United States is not a party and certification of a constitutional challenge is required under Civil Rule 5.1, the rule permits this Court to reject the constitutional challenge before the 60-day period for the United States to intervene has expired.  Fed. R. Civ. P. 5.1(c).

**Conclusion**

For these reasons, the United States Trustee requests that the Court issue a final order on the motion for reconsideration with written findings of fact and conclusions of law. Alternatively, in the event this Court decides to reconsider its ruling regarding the statutes' constitutionality, the United States Trustee requests this Court to enter a scheduling order that allows the United States Trustee thirty days from the entry of the scheduling order to file a brief responding to the constitutional challenges previously raised by the Reorganized Debtors, and permits the Reorganized Debtors to file a reply within fifteen days after service of the United States Trustee's brief. Thereafter the United States Trustee asks the Court to issue a final order.

Respectfully submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7
Southern and Western Districts of Texas

By:   /s/ James W. Rose, Jr.
JAMES W. ROSE, JR.
TRIAL ATTORNEY
Texas Bar No. 17251900
615 E. Houston, Rm 533
P.O. Box 1539
San Antonio, Texas 78295-1539
(210) 472-4640
(210) 472-4649 Fax
Email:  James.Rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties on the attached Service List by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer system participants on the 31st day of October, 2018.

 /s/ James W. Rose, Jr.
James W. Rose, Jr.

# EXHIBIT A

16-50557-rbk Doc#3969 Filed 10/19/18 Entered 10/19/18 08:39:03 Main Document Pg 7 of 27

16-50557-rbk Doc#3932 Filed 10/05/18 Entered 10/05/18 13:31:47 Exhibit A - Limited Service List to Bonds LLC 2018 Pg 2 of 22

**LIMITED SERVICE LIST**

**Case No. 16-50557-rbk**

**as of October 5, 2018**

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

CHRISTOPHER GAGE AND HEATHER GAGE
FULLER SANDEFER AND ASSOCIATES IAN SANDEFER
242 SOUTH GRANT ST
CASPER WY 82601
Fax: 3072652859

VAN EERDEN DISTRIBUTION CO
ITS REGISTERED AGENT TRACY CHRISTIAN
650 IONIA AVE SW
GRAND RAPIDS MI 49503
Phone: 6164750900
Fax: 6164750990

VAN EERDEN DISTRIBUTION CO
PO BOX 3110
GRAND RAPIDS MI 49501-3110

CALIFORNIA STATE TAX COLLECTOR
1010 10TH ST PO BOX 859
MODESTO CA 95353

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

POCONO PROFOODS
POCONO PRODUCE CO INC
RT 191 AND CHIPPERFIELD DR
STROUDSBURG PA 18360

POCONO PROFOODS
POCONO PRODUCE CO INC TERRENCE B SNYDER
RT 191 AND CHIPPERFIELD DR
STROUDSBURG PA 18360
Phone: 5704214990
Fax: 5704245790

POCONO PROFOODS
PO BOX 669
STROUDSBURG PA 18360

SALADINOS INC
ITS REGISTERED AGENT CRAIG SALADINO
3325 W FIGARDEN DR
FRESNO CA 93711
Phone: 5592713700
Fax: 5592713701

16-50557-rbk Doc#3969 Filed 10/14/19 Entered 10/14/19 08:39:03 Main Document Pg 8 of 27

16-50557-rbk Doc#3932-1 Filed 10/05/18 Entered 10/05/18 13:51:47 Exhibit A - Limited Service List to POS 3215 2018 Pg 3 of 22

**LIMITED SERVICE LIST**

**In re Buffets LLC, et al.**

**Case No. 16-50557-rbk**

**as of October 5, 2018**

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

SALADINOS INC
4397 N GOLDEN STATE BLVD
FRESNO CA 93722

SALADINOS INC
PO BOX 12266
FRESNO CA 93777-2266

ORACLE CORP
ITS REG AGENT CORP SVCS CO
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

ORACLE
KYLE M ZIPES ESQ
500 ORACLE PKWY 5OP764
REDWOOD SHORES CA 94065
Phone: 6505060237
Email:KYLE.ZIPES@ORACLE.COM

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

GENERAL MILLS
JIM VAUGHAN NAT ACCT MGR
1 GENERAL MILLS BLVD
MINNEAPOLIS MN 55426
Phone: 7634208766
Email:    JIM.VAUGHAN@GENMILLS.COM

MICROS
KYLE M ZIPES ESQ
500 ORACLE PKWY 5OP764
REDWOOD SHORES CA 94065
Phone: 6505060237
Email:KYLE.ZIPES@ORACLE.COM

BRYCE KING
1099 DUFFER CIR
NORTH SALT LAKE UT 84054

HAAG FOOD SVCS INC
ITS REG AGENT JACK GARCIA
300 HAAG ST PO BOX 348
BREESE IL 62230
Phone: 6185267120
Fax: 6185262802

46596883;1

16-50557-rbk Doc#3969 Filed 10/10/18 Entered 10/10/18 08:39:03 Main Document Pg 9 of 27

16-50557-rbk Doc#3932-1 Filed 10/05/18 Entered 10/05/18 13:31:47 Exhibit A - Limited Service List to POC#3132-1 Pg 4 of 22

LIMITED SERVICE LIST
Iraso Burgers LLC, et al.

## LIMITED SERVICE LIST

### Case No. 16-50557-rbk
### as of October 5, 2018

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

HAAG FOOD SVCS INC
JACK E GARCIA PRESIDENT
71 N 12TH ST
BREESE IL 62230

HAAG FOOD SVCS INC
PO BOX 4520
CAROL STREAM IL 60197-4520

REALTY INCOME CORP
ITS REG AGENT CORP SVCS CO
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

REALTY INCOME CORP
KIRK R CARSON
11995 EL CAMINO REAL
SAN DIEGO CA 92130
Phone: 8003756700

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

ARC PROPERTIES PARTNERSHIP LP
NKA VEREIT OPERATING PARTNERSHIP LP
THE CORPORATION TRUST CO
1209 ORANGE ST CORP TRUST CTR
WILMINGTON DE 19801

ARC PROPERTIES PARTNERSHIP LP
VEREIT
2325 EAST CAMELBACK RD STE 1100
PHOENIX AZ 85016

WINDSTREAM
ITS REG AGENT THE CORP CO
124 WEST CAPITOL AVE STE 1900
LITTLE ROCK AR 72201

WINDSTREAM
BEN KENT
4001 RODNEY PARHAM RD
LITTLE ROCK AR 72212
Fax: 9186646876

46596883;1

# LIMITED SERVICE LIST

## Case No. 16-50557-rbk

## as of October 5, 2018

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

BERTA MARTIN DEL CAMPO
BOUCHER, LLP
SHEHNAZ M. BHUJWALA, ESQ.
21600 OXNARD ST
STE 600
WOODLAND HILLS CA 91367
Phone: 8183405400
Fax: 8183405401

GALLAGHER BASSET SVCS INC
CFO
2850 GOLF RD STE 1000
ROLLING MDWS IL 60008-4036

GALLAGHER BASSET SVCS INC
ARTHER J GALLAGHER AND CO GEN COUNSEL
2850 GOLF RD STE 1000
ROLLING MDWS IL 60008-4036
Fax: 6302854000

GALLAGHER BASSET SVCS INC
ITS REG AGENT PRENTICE HALL CORP
801 ADLAI STEVENSON DR
SPRINGFIELD IL 62703

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

SYSCO FOOD SVCS
1390 ENCLAVE PKWY
HOUSTON TX 77077
Fax: 8585137253

SYSCO FOOD SVCS
ITS REG AGENT CORP SERVICE CO
2711 CENTERVILLE RD STE 400
WILMINGTON DE 19808

SYSCO FOOD SVCS
PO BOX 509101
SAN DIEGO CA 92150-9101

COLE BU PORTFOLIO II LLC
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CTR
WILMINGTON DE 19801

46596883;1

# LIMITED SERVICE LIST
Inso Buffets, LLC et al.

## Case No. 16-50557-rbk

## as of October 5, 2018

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED
CREDITORS**

COLE BU PORTFOLIO II LLC
VEREIT
2325 EAST CAMELBACK RD STE 1100
PHOENIX AZ 85016

SPIRIT MASTER FUNDING VII LLC
PORTFOLIO SERVICING
16767 N PERIMETER DR
SCOTTSDALE AZ 85260

SPIRIT MASTER FUNDING VII LLC
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CTR
WILMINGTON DE 19801

FOOD SVCS OF AMERICA
ITS REG AGENT CT CORP SYSTEM
780 COMMERCIAL ST SE STE 100
SALEM OR 97301

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED
CREDITORS**

FOOD SVCS OF AMERICA
PO BOX 25109
SCOTTSDALE AZ 85255

FOOD SVCS OF AMERICA
16100 N 71ST ST STE 400
SCOTTSDALE AZ 85254
Fax: 4809274299

FOOD SVCS OF AMERICA
PO BOX 3929
PORTLAND OR 97208

ADP
LEGAL DEPT
ONE ADP BLVD
ROSELAND NJ 07068

46596883;1

# LIMITED SERVICE LIST

## Case No. 16-50557-rbk

## as of October 5, 2018

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

ADP
ITS REG AGENT THE CORP TRUST CO
1209 ORANGE ST CORPORATION TRUST CTR
WILMINGTON DE 19801

ADP
MARY C DEYOUNG GEN COUNSEL
ONE ADP BLVD
ROSELAND NJ 07068
Phone: 9739745692
Email: MARY.C.DEYOUNG@ADP.COM

ADP
5800 WINDWARD PKWY
ALPHARETTA GA 30005

ILLINOIS STATE
OFFICE OF THE STATE FIRE MARSH
1035 STEVENSON DR
SPRINGFIELD IL 62703-4259
Phone: 2177850969
Fax: 2177821062

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

MISSOURI STATE DEPT OF REVENUE
301 WEST HIGH ST PO BOX 155
JEFFERSON CITY MO 65105-0155
Email: TXWDECF@DOR.MO.GOV

SUNRISE PRODUCE
LOEWY ENTERPRISES REG AGENT AL AVILA
PO BOX 6435
PINE MTN CLB CA 93222-6435

SUNRISE PRODUCE
500 BURNING TREE RD
FULLERTON CA 92833
Fax: 3235825222
Email:    CUSTOMERSERVICE@SUNRISEPRODUCE.COM

OHIO STATE
OHIO DEPT OF TAXATION
PO BOX 2476
COLUMBUS OH 43266-0076
Fax: 6143871847

46596883;1

LIMITED SERVICE LIST
In re Bonds, LLC, et al.

**Case No. 16-50557-rbk**

**as of October 5, 2018**

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

PENNSYLVANIA STATE DEPT OF REVENUE
DEPT 280421
HARRISBURG PA 17128-0421

SOUTH CAROLINA STATE
UNCLAIMED PROPERTY PROGRAM
PO BOX 11778
COLUMBIA SC 29211
Fax: 8037342668

NEW YORK STATE DEPT OF STATE
41 STATE ST
ALBANY NY 12231

ICEE COMPANY
ITS REG AGENT CT CORP SYSTEM
818 WEST SEVENTH ST STE 930
LOS ANGELES CA 90017

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

ICEE COMPANY
1205 DUPONT AVE
ONTARIO CA 91761
Phone: 8008744233
Email: CONTACTICEE@ICEE.COM

MINNESOTA STATE SECRETARY OF STATE
60 EMPIRE DR STE 100
ST PAUL MN 55103

ALABAMA STATE DEPT REVENUE
CORP INCOME TAX
PO BOX 327430
MONTGOMERY AL 36132-7430
Fax: 3343538046

CHRISTOPHER GAGE AND HEATHER GAGE
ROBERT PAHLKE LAW GROUP K. LONG & R. PAHLKE
2425 CIRCLE DRIVE, SUITE 200
SCOTTSBLUFF NE 69363

46596883;1

## LIMITED SERVICE LIST

### In re Buffets, LLC, et al.

### Case No. 16-50557-rbk

### as of October 5, 2018

**CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS**

BERTA MARTIN DEL CAMPO
LAW OFFICES OF SAHAG MAJARIAN S MAJARIAN II
18250 VENTURA BLVD
TARZANA CA 91356
Fax: 8186090892

**DEBTORS' COUNSEL**

AKERMAN LLP
ANDREA HARTLEY, ESTHER A. MCKEAN
AMY M. LEITCH
THREE BRICKELL CITY CENTRE
98 SOUTHEAST SEVENTH ST
MIAMI FL 33131
Phone: 3053745600
Fax: 3053745095
Email: ANDREA.HARTLEY@AKERMAN.COM
        ESTHER.MCKEAN@AKERMAN.COM
        AMY.LEITCH@AKERMAN.COM

**DEBTOR**

BUFFET, LLC; HOMETOWN BUFFET, INC;
OCB RESTAURANT COMPANY, LLC;
OCB PURCHASING CO.; RYAN'S RESTAURANT GROUP, LLC;
FIRE MOUNTAIN RESTAURANTS, LLC; TAHOE JOE'S INC.
C/O ADELE WANG
120 CHULA VISTA DR
HOLLYWOOD PARK TX 78232

OGLETREE DEAKINS NASH SMOAK & STEWART PC
TIFFANY L COX
RAVEN R APPLEBAUM
112 E PECAN ST
2700 WESTON CENTRE
SAN ANTONIO TX 78205
Phone: 2103541300
Fax: 2102772702
Email: TIFFANY.COX@OGLETREE.COM
        RAVEN.APPLEBAUM@OGLETREE.COM

**DEBTORS' COUNSEL**

AKERMAN LLP
DAVID W. PARHAM
JOHN E. MITCHELL
2001 ROSS AVE STE 2550
DALLAS TX 75201
Phone: 2147204300
Fax: 2149819339
Email: DAVID.PARHAM@AKERMAN.COM
        JOHN.MITCHELL@AKERMAN.COM

**GOVERNMENTAL AGENCIES**

INTERNAL REVENUE SVCS
PO BOX 7346
PHILADELPHIA PA 19101-7346

46596883;1

**LIMITED SERVICE LIST**

**In re Buffets, LLC, et al.**

**Case No. 16-50557-rbk**

**as of October 5, 2018**

**GOVERNMENTAL AGENCIES**

UNITED STATES ATTORNEY
601 N W LOOP 410 STE 600
SAN ANTONIO TX 78216

UNITED STATES TRUSTEE
JAMES W. ROSE, JR., ESQ.
TRIAL ATTORNEY WITH THE U.S. TRUSTEE'S OFFICE
615 E HOUSTON ROOM 533
SAN ANTONIO TX 78205
Fax: 2104724649

TEXAS WORKFORCE COMMISSION
101 EAST 15TH ST
AUSTIN TX 78778

**INTERESTED PARTIES REQUESTING SERVICE**

WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP
LECLAIRRYAN PC NICLAS FERLAND
545 LONG WHARF DR 9TH FL
NEW HAVEN CT 06511 Phone:
2036723211
Fax: 2036723232
Email:    NICLAS.FERLAND@LECLAIRRYAN.COM

**INTERESTED PARTIES REQUESTING SERVICE**

SYSCO KNOXVILLE AND SYSCO CENTRAL CA
ARNALL GOLDEN ET AL D S LADDIN
171 17TH ST NW STE 2100
ATLANTA GA 30363-1031
Phone: 4048738500
Fax: 4048738501
Email: DARRYL.LADDIN@AGG.COM
        FRANK.WHITE@AGG.COM

LINEBARGER GOGGAN BLAIR SAMPSON LLP
ELIZABETH WELLER
2777 N STEMMONS FREEWAY - STE 100
DALLAS TX 75207
Phone: 2148800089
Fax: 4692215003
Email:    DALLAS.BANKRUPTCY@PUBLICANS.COM

KELLEY DRYE & WARREN LLP
ROBERT L LEHANE
101 PARK AVE 27TH FL
NEW YORK NY 10178
Phone: 2128087800
Fax: 2128087897
Email: RLEHANE@KELLEYDRYE.COM

INLAND AND RPAI
MENTER RUDIN ET AL K M NEWMAN
308 MALTBIE ST STE 200
SYRACUSE NY 13204-1439
Phone: 3154747541
Fax: 3154744040
Email: KNEWMAN@MENTERLAW.COM

46596883;1

# LIMITED SERVICE LIST

## In re Buffets, LLC, et al.

## Case No. 16-50557-rbk

## as of October 5, 2018

**INTERESTED PARTIES REQUESTING SERVICE**

GGP LP AS AGENT
KRISTEN N PATE
110 N WACKER DR
CHICAGO IL 60606
Phone: 3129602940
Fax: 3124426374
Email: GGPBK@GGP.COM

KAPLIN STEWART MELOFF REITER  STEIN, PC
WILLIAM J LEVANT, ESQ.
910 HARVEST DRIVE - 2ND FL
POST OFFICE BOX 3037 BLUE
BELL PA 19422
Phone: 6109412474
Fax: 6106842020
Email: WLEVANT@KAPLAW.COM

SPIRIT MASTER FUNDING V LLC
BALLARD SPAHR LLP C S GANZ
1 EAST WASHINGTON ST STE 2300
PHOENIX AZ 85004-2555
Phone: 6027985427
Fax: 6027985595
Email: GANZC@BALLARDSPAHR.COM

CAFARO MGMT COMPANY
RICHARD T DAVIS
2445 BELMONT AVE
PO BOX 2186
YOUNGSTOWN OH 44504-0186
Phone: 3307472661

**INTERESTED PARTIES REQUESTING SERVICE**

COMMUNITY BANK OF RAYMORE
LATHROP AND GAGE LLP S B SUTTON
2345 GRAND BLVD STE 2400
KANSAS CITY MO 64108
Phone: 8162922000
Fax: 8162922001
Email:  SSUTTON@LATHROPGAGE.COM

RAMCO GERSHENSON PROP/MINGES CREEK
CLARK HILL PLC DAVID BLAU
151 S OLD WOODWARD AVE STE 200
BIRMINGHAM MI 48009
Phone: 2489881817
Fax: 2489882336
Email: DBLAU@CLARKHILL.COM

TX COMPTROLLER OF PUBLIC ACCOUNTS
JOHN M STERN ASST ATTNY GENERAL
BANKR AND COLLECTIONS DIV MC 008 PO
BOX 12548
AUSTIN TX 78711-2548
Email:  JOHN.STERN@TEXASATTORNEYGENERAL.GOV

TRAINOR FAIRBROOK
JENNIFER L PRUSKI, ESQ.
PO BOX 255824
SACRAMENTO CA 95865
Phone: 9169297000
Fax: 9169297111
Email:  JPRUSKI@TRAINORFAIRBROOK.COM

## LIMITED SERVICE LIST
### In re Buffets, LLC, et al.
### Case No. 16-50557-rbk
### as of October 5, 2018

**INTERESTED PARTIES REQUESTING SERVICE**　　　**INTERESTED PARTIES REQUESTING SERVICE**

DYKEMA COX SMITH
DEBORAH D WILLIAMSON
112 E PECAN ST. STE 1800
SAN ANTONIO TX 78205
Phone: 2105545500
Fax: 2102268395
Email: DWILLIAMSON@DYKEMA.COM

BALLARD SPAHR, LLP
DAVID L POLLACK
1735 MARKET ST, 51ST FL
PHILADELPHIA PA 19103
Phone: 2158648325
Fax: 6027985595
Email:　POLLACK@BALLARDSPAHR.COM

DYKEMA COX SMITH
PATRICK L HUFFSTICKLER
112 E PECAN ST. STE 1800
SAN ANTONIO TX 78205
Phone: 2105545500
Fax: 2102268395
Email:　PHUFFSTICKLER@DYKEMA.COM

MARTIN & DROUGHT, PC
MICHAEL G COLVARD
2500 BANK OF AMERICA PLZ
300 CONVENT ST
SAN ANTONIO TX 78205-3789
Phone: 2102277591
Fax: 2102277924
Email: MCOLVARD@MDTLAW.COM

DYKEMA COX SMITH
MARK E ANDREWS
1717 MAIN STREET
SUITE 4200
DALLAS TX 75201
Phone: 2144626400
Fax: 2144626401
Email: MANDREWS@DYKEMA.COM

MCCARRON & DIESS
GREGORY BROWN
707 WALT WHITMAN RD, 2ND FL
MELLVILLE NY 11747
Phone: 6314258110
Fax: 6314258112
Email:　GBROWN@MCCARRONLAW.COM

KOHNER, MANN & KAILAS, S.C.
SAMUEL C WISOTZKEY
4650 N PORT WASHINGTON RD
BARNABAS BUSINESS CENTER
MILWAUKEE WI 53212-1059
Phone: 4149625110
Fax: 4149628725
Email: SWISOTZKEY@KMKSC.COM

SHERMAN & YAQUINTO LLP
ROBERT YAQUINTO JR
509 N MONTCLAIR AVE
DALLAS TX 75208
Phone: 2149425502
Fax: 2149467601
Email: RYAQUINTO@SYLLP.COM

46596883;1

## LIMITED SERVICE LIST
## In re Buffets, LLC, et al.
## Case No. 16-50557-rbk
## as of October 5, 2018

**INTERESTED PARTIES REQUESTING SERVICE**

WRI-URS CLACKAMAS, LLC
WEINGARTEN REALTY INV J J HYUN
2600 CITADEL PLAZA DR STE 125
HOUSTON TX 77008
Phone: 7138666057
Fax: 7138806146
Email:  BANKRUPTCYCASES@WEINGARTEN.COM

COLE BU PORTFOLIO II AND ARC DBPPROP001
LANGLEY AND BANACK INC R G AYERS JR
TRINITY PLAZA II NINTH FL
745 EAST MULBERRY
SAN ANTONIO TX 78212-3166
Phone: 2107366600
Fax: 2107356889
Email: GAYERS@LANGLEYBANACK.COM
        DGRAGG@LANGLEYBANACK.COM

EDWARD DON AND CO
THOMPSON COBURN LLP L NEWMAN
55 EAST MONROE STE 3700
CHICAGO IL 60603
Phone: 3125802328
Fax: 3125802201
Email:  LNEWMAN@THOMPSONCOBURN.COM

KIMCO REALTY CORP
MORGAN LEWIS ET AL C R AXELROD
1000 LOUISIANA ST STE 4000
HOUSTON TX 77002
Phone: 7138905171
Fax: 7138905001
Email:  CRYSTAL.AXELROD@MORGANLEWIS.COM

**INTERESTED PARTIES REQUESTING SERVICE**

KIMCO REALTY CORP
MORGAN LEWIS ET AL N E HERMAN
101 PARK AVENUE
NEW YORK NY 10178-0600
Phone: 2123096669
Fax: 2123096001
Email:  NEIL.HERMAN@MORGANLEWIS.COM

LINEBARGER GOGGAN BLAIR SAMPSON LLP
JOHN P DILLMAN
PO BOX 3064
HOUSTON TX 77253-3064
Phone: 7138443400
Fax: 7138443503
Email:  HOUSTON_BANKRUPTCY@PUBLICANS.COM

BLUE CROSS BLUE SHIELD OF SC
ROBINSON MCFADDEN ET AL R W METZGER JR
PO BOX 11449
COLUMBIA SC 29211-1449
Phone: 8037798900
Fax: 8032520724
Email:  BMETZGER@ROBINSONLAW.COM

BIG DOLPHIN LLC
KEMP SMITH LLP J W BREWER
PO DRAWER 2800
EL PASO TX 79999-2800
Phone: 9155334424
Fax: 9155465360
Email:JBREWER@KEMPSMITH.COM

46596883;1

# LIMITED SERVICE LIST

## In re Buffets, LLC, et al.

## Case No. 16-50557-rbk

## as of October 5, 2018

**INTERESTED PARTIES REQUESTING SERVICE**

**INTERESTED PARTIES REQUESTING SERVICE**

ROIC CALIFORNIA AND PINOLE VISTA
DUNN CARNEY ET AL K S ANTELL 851
SW SIXTH AVE
PORTLAND OR 97204
Email:KANTELL@DUNNCARNEY.COM

WELLS FARGO BANK NA
WARREN DRUGAN ET AL R L BARROWS
800 BROADWAY
SAN ANTONIO TX 78215

VISALIA PROPERTY PARTNERSHIP
LAW OFFICES OF RICHARD W. LABOWE PC
1631 W BEVERLY BLVD 2ND FL
PO BOX 26428
LOS ANGELES CA 90026
Phone: 2132509800
Fax: 2139751145
Email:  RICHARDWLABOWE@GMAIL.COM

PLACER COUNTY
GAYLE STROM
OFFICE OF THE TREASURER-TAX COLLECTOR
2976 RICHARDSON DR
AUBURN CA 95603
Phone: 5308894129
Fax: 5308894123

FAIR CITY HHH LLC
RUBEN HORAN PC MAURA HORAN
249 PEARL ST 3RD FL
HARTFORD CT 06103
Phone: 8602756889
Fax: 8602756884
Email:MHORAN@RUBENHORAN.COM

THE COCA-COLA COMPANY
DLA PIPER LLP US M J FRIEDMAN
6225 SMITH AVE
BALTIMORE MD 21209-3600
Phone: 4105803000
Fax: 4105803001
Email:  MARK.FRIEDMAN@DLAPIPER.COM

LA HABRA ASSOCIATES LLC
FRIEDMAN LAW GROUP J B FRIEDMAN
1900 AVE OF THE STARS 11TH FL
LOS ANGELES CA 90067
Phone: 3105528210
Fax: 3107335442

CITY OF EL PASO
LINEBARGER GOGGAN ET AL D STECKER
711 NAVARRO ST STE 300
SAN ANTONIO TX 78205
Phone: 2102256763
Fax: 2102256410
Email:  SANANTONIO.BANKRUPTCY@PUBLICANS.COM

46596883;1

**LIMITED SERVICE LIST**

**In re Buffets, LLC, et al.**

**Case No. 16-50557-rbk**

**as of October 5, 2018**

**INTERESTED PARTIES REQUESTING SERVICE**

ORACLE AMERICA INC
BUCHALTER NEMER PC S M CHRISTIANSON
55 SECOND ST 17TH FL
SAN FRANCISCO CA 94105-3493
Phone: 4152270900
Fax: 4152270770
Email:  SCHRISTIANSON@BUCHALTER.COM

GREENBERG TRAURIG LLP
DAVID KURZWEIL AND JOHN ELROD
TERMINUS 200
3333 PIEDMONT RD NE STE 2500
ATLANTA GA 30305
Phone: 6785532100
Fax: 6785532269
Email:KURZWEILD@GTLAW.COM
      ELRODJ@GTLAW.COM

GREENBERG TRAURIG LLP
SHARI HEYEN AND DAVID EASTLAKE
1000 LOUISIANA STE 1700
HOUSTON TX 77002
Phone: 7133743500
Fax: 7133743505
Email: HEYENS@GTLAW.COM
       EASTLAKED@GTLAW.COM

GENERAL MILLS INC
BARNES AND THORNBURG C A LAHN
2800 CAPELLA TOWER
225 S SIXTH ST
MINNEAPOLIS MN 55402-4662
Phone: 6123332111
Fax: 6123336798
Email:CONNIE.LAHN@BTLAW.COM

**INTERESTED PARTIES REQUESTING SERVICE**

GENERAL MILLS INC
BARNES AND THORNBURG R J URBANIK
2100 MCKINNEY AVE STE 1250
DALLAS TX 75201-6908
Phone: 2142584131
Fax: 2142584199
Email: RURBANIK@BTLAW.COM

BRINK'S US
CAVAZOS HENDRICKS ET AL L A VARGAS
FOUNDERS SQUARE
900 JACKSON ST STE 570
DALLAS TX 75202
Phone: 2145737344
Fax: 2145737399
Email:LVARGAS@CHFIRM.COM

EARTHLINK LLC
MUNSCH HARDT ET AL J H ONG
303 COLORADO ST STE 2600
AUSTIN TX 78701-4071
Phone: 5123916100
Fax: 5123916149
Email: JONG@MUNSCH.COM

MIDTOWN NATIONAL GROUP LP
BLANCHARD KRASNER ET AL R BLANCHARD
800 SILVERADO ST 2ND FL
LA JOLLA CA 92037
Phone: 8585512440
Fax: 8585512434
Email:BBLANCHARD@BKFLAW.COM
      JWHITTEMORE@BKFLAW.COM

46596883;1

# LIMITED SERVICE LIST
## Case No. 16-50557-rbk
## as of October 5, 2018

**INTERESTED PARTIES REQUESTING SERVICE**

PLAZA 205 GRF2 LLC
PROCOPIO CORY ET AL G P KENNEDY
525 B ST STE 2200
SAN DIEGO CA 92101
Phone: 6192381900
Email: GERALD.KENNEDY@PROCOPIO.COM


BUNCH CARESOLUTIONS LLC
SINGER AND LEVICK PC M E SHRIRO
16200 ADDISON RD STE 140
ADDISON TX 75001
Phone: 9723805533
Fax: 9723805748
Email: MSHRIRO@SINGERLEVICK.COM


BULLSEYE TELECOM INC
JULIE KNIGHT
25925 TELEGRAPH RD STE 210
SOUTHFIELD MI 48033
Phone: 2487842591
Email: JKNIGHT@BULLSEYETELECOM.COM


MULVANEY BARRY BEATTY LINN ET AL.,
KELLY ANN TRAN
401 WEST A STREET, 17TH FLOOR
SAN DIEGO CA 92101
Phone: 6192381010
Fax: 6192381981
Email: KTRAN@MULVANEYBARRY.COM


**INTERESTED PARTIES REQUESTING SERVICE**

WELLS FARGO VENDOR FIN SRVS FKA GE CAPITAL
C/O RICOH USA PROGRAM, FKA IKON FIN SRVS
CHRISTINE ETHERIDGE BANKR ADMIN
1738 BASS RD
PO BOX 13708
MACON GA 31208-3708
Phone: 8004806513


PRIORITY SIGN INC
RICE BUSINESS LAW S G RICE
101 FALLS RD STE 601
GRAFTON WI 53024


LANDSBERG LAW APC
IAN S LANDSBERG
9300 WILSHIRE BLVD STE 565
BEVERLY HILLS CA 90212-3236
Phone: 3104092228
Fax: 3104092380
Email:IAN@LANDSBERG-LAW.COM


NED AND CONNIE THOMPSON
ALLEN BARNES AND JONES PLC M JONES
1850 N CENTRAL AVE STE 1150
PHOENIX AZ 85004
Phone: 6022566000
Fax: 6022524712
Email: MJONES@ALLENBARNESLAW.COM

46596883;1

**LIMITED SERVICE LIST**

**In re Buffets, LLC, et al.**

## Case No. 16-50557-rbk

## as of October 5, 2018

| INTERESTED PARTIES REQUESTING SERVICE | INTERESTED PARTIES REQUESTING SERVICE |
|---|---|

ORACLE AMERICA INC
STREUSAND LANDON ET AL S STREUSAND
811 BARTON SPRINGS RD STE 811
AUSTIN TX 78704
Fax: 5122369904
Email: STREUSAND@SLOLLP.COM

DIRECT ENERGY BUSINESS LLC
EDISON MCDOWELL ET AL R J DUNCAN
1001 FANNIN ST STE 2700
HOUSTON TX 77002-6707
Phone: 7133375580
Fax: 7133378850
Email: PADON.HOLT@EMHLLP.COM
RANDY.DUNCAN@EMHLLP.COM

KERN COUNTY TREASURER AND TAX COLLECTOR
BANKRUPTCY DIV C/O SALINA THOMAS
PO BOX 579
BAKERSFIELD CA 93302-0579
Email: BANKRUPTCY@CO.KERN.CA.US

GRANITE VILLAGE WEST LP
ALLEN MATKINS ET AL V M COSCINO
1900 MAIN ST FIFTH FL
IRVINE CA 92614-7321
Phone: 9495531313
Fax: 9495538354
Email: VCOSCINO@ALLENMATKINS.COM

ROOSEVELT II ASSOCIATES LP
SIRLIN LESSER ET AL DANA PLON
123 S BROAD ST STE 2100
PHILADELPHIA PA 19109
Email: DPLON@SIRLINLAW.COM

TREASURER OF ARAPAHOE COUNTY
BENJAMIN SWARTZENDRUBER, ESQ.
5334 S. PRINCE ST.
LITTLETON CO 80120-1136
Email: BSWARTZENDRUBER@ARAPAHOEGOV.COM
WROSSMAN@ARAPAHOEGOV.COM

CCC FACILITIES
PRYOR AND MANDELUP LLP A GIULIANO
675 OLD COUNTRY RD
WESTBURY NY 11590
Phone: 5169970999
Fax: 5163337333
Email: AFG@PRYORMANDELUP.COM

TYLER INDEPENDENT SCHOOL DISTRICT
PERDUE BRANDON ET AL TAB BEALL 305
S BROADWAY AVE SUITE 200
TYLER TX 75702
Email: TBEALL@PBFCM.COM
TYLBKC@PBFCM.COM

46596883;1

**LIMITED SERVICE LIST**

**In re Buffets, LLC, et al.**

**Case No. 16-50557-rbk**

**as of October 5, 2018**

**INTERESTED PARTIES REQUESTING SERVICE**

**INTERESTED PARTIES REQUESTING SERVICE**

MAUREEN ADAMS AND DARYL ADAMS
BRANSCOMB PC P H AUTRY
711 NAVARRO ST STE 500
SAN ANTONIO TX 78205
Email:   PAUTRY@BRANSCOMBPC.COM

FROST BROWN TODD LLC
RONALD E GOLD
3300 GREAT AMERICAN TOWER
301 EAST FOURTH ST
CINCINNATI OH 45202
Phone: 5136516800
Fax: 5136516981
Email: RGOLD@FBTLAW.COM

LAUREN SANDOVAL
RICK JENSEN C/O GLEN E GATES
2377 W SHAW AVE STE 101
FRESNO CA 93711
Phone: 5592271100

DAVIDSON TROILO ET AL
RICHARD E HETTINGER
601 NW LOOP 410 STE 100
SAN ANTONIO TX 78216
Phone: 2103496484
Fax: 2103490041

SIMON PROPERTY GROUP INC
RONALD M TUCKER
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
PAUL J PASCUZZI ; JENNIFER E NIEMANN
400 CAPITOL MALL STE 1750
SACRAMENTO CA 95814
Email: PPASCUZZI@FFWPLAW.COM
          JNIEMANN@FFWPLAW.COM

DDRM HIGHLAND GROVE/BG BIG FLATS II-III LLC
DDR CORP ERIC COTTON
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122
Phone: 2167555500

BALLARD SPAHR LLP
DUSTIN P BRANCH
2029 CENTURY PARK EAST STE 800
LOS ANGELES CA 90067-2909
Phone: 4242044400
Fax: 4242044350
Email:   BRANCHD@BALLARDSPAHR.COM

46596883;1

# LIMITED SERVICE LIST

**In re Buffets, LLC, et al.**

## Case No. 16-50557-rbk

## as of October 5, 2018

**INTERESTED PARTIES REQUESTING SERVICE**

**INTERESTED PARTIES REQUESTING SERVICE**

KESSLER & COLLINS PC
HOWARD C RUBIN
2100 ROSS AVE STE 750
DALLAS TX 75201
Phone: 2143790722
Fax: 2143734714
Email:  HRUBIN@KESSLERCOLLINS.COM

MESCH CLARK ROTHSCHILD
DAVID J HINDMAN
259 NORTH MEYER AVE
TUCSON AZ 85701-1090
Phone: 5206248886
Fax: 5207981037
Email:DHINDMAN@MCRAZLAW.COM
         ECFBK@MCRAZLAW.COM

FISHERBROYLES LLP
PATRICIA B FUGEE
27100 OAKMEAD DRIVE #306
PERRYSBURG OH 43551
Phone: 4198740859
Email:  PATRICIA.FUGEE@FISHERBROYLES.COM

NSF INTERNATIONAL
HOWARD AND HOWARD ATTORNEYS PLLC
BRANDON J. WILSON, ESQ.
450 WEST FOURTH ST
ROYAL OAK MI 48067
Phone: 2486451483
Email:BJW@H2LAW.COM

FISHERBROYLES LLP
H JOSEPH ACOSTA
4514 COLE AVE STE 600
DALLAS TX 75205
Phone: 2146148939
Fax: 2146148992
Email:  JOSEPH.ACOSTA@FISHERBROYLES.COM

STOEL RIVES LLP
OREN B HAKER
760 SW NINTH AVE STE 3000
PORTLAND OR 97205
Phone: 5032949338
Fax: 5032202480
Email:OREN.HAKER@STOEL.COM

DEPARTMENT OF REVENUE
JAMES L POWELL
P O BOX 22828 JACKSON
MS 39225-2828
Phone: 6019237412
Fax: 6019237423
Email:JIM.POWELL@DOR.MS.GOV

CHERRY PETERSEN LANDRY ALBERT LLP
W TREY R DYER III
8350 N CENTRAL EXPRESSWAY STE 1500
DALLAS TX 75206
Phone: 2142657007
Fax: 2142657008
Email:TDYER@CPLALAW.COM

46596883;1

# LIMITED SERVICE LIST

## In re Buffets, LLC et al.

## Case No. 16-50557-rbk

## as of October 5, 2018

| **INTERESTED PARTIES REQUESTING SERVICE** | **INTERESTED PARTIES REQUESTING SERVICE** |
|---|---|
| LAW OFFICES OF MARTIN SEIDLER<br>MARTIN SEIDLER<br>ONE ELM PLACE STE E-504<br>11107 WURZBACH ROAD<br>SAN ANTONIO TX 78230<br>Phone: 2106940300<br>Fax: 2106909886<br>Email: MARTY@SEIDLERLAW.COM | PULMAN CAPPUCCIO ET AL<br>LESLIE SARA HYMAN<br>2161 NW MILITARY HIGHWAY, SUITE 400<br>SAN ANTONIO TX 78213<br>Phone: 2102229494<br>Fax: 2108921610<br>Email: DLOPEZ@PULMANLAW.COM<br>    LHYMAN@PULMANLAW.COM |
| SC DEPT OF EMPLOYMENT & WORKFORCE<br>E B 'TREY' MCLEOD III<br>POST OFFICE BOX 8597<br>COLUMBIA SC 29202<br>Phone: 8037373168<br>Email: TMCLEOD@DEW.SC.GOV | WILLKIE FARR & GALLAGHER LLP<br>JENNIFER J. HARDY, ESQ.<br>600 TRAVIS ST., SUITE 2310<br>HOUSTON TX 77002<br>Phone: 7135101700<br>Fax: 7135101799<br>Email: JHARDY2@WILLKIE.COM |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>IVAN M GOLD<br>THREE EMBARCADERO CTR 12TH FLOOR<br>SAN FRANCISCO CA 94111-4074<br>Phone: 4158371515<br>Fax: 4152737431<br>Email: IGOLD@ALLENMATKINS.COM | WILLKIE FARR & GALLAGHER LLP<br>MATTHEW FREIMUTH/PAUL SHALHOUB<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019<br>Phone: 2127288000<br>Fax: 2127288111<br>Email: MFREIMUTH@WILLKIE.COM<br>    PSHALHOUB@WILLKIE.COM |
| RIVERSIDE COUNTY TAX COLLECTOR RONAK<br>N PATEL, DEPUTY COUNTY COUNSEL 3960<br>ORANGE ST STE 500<br>RIVERSIDE CA 92501<br>Phone: 9519556300<br>Fax: 9519556363<br>Email: RPATEL@RIVCO.ORG | STRASBURGER & PRICE LLP<br>GINA D SHEARER<br>2600 DALLAS PARKWAY STE 600<br>FRISCO TX 75034<br>Phone: 4692873914<br>Fax: 4692276588<br>Email:   GINA.SHEARER@STRASBURGER.COM |

**LIMITED SERVICE LIST**

**In re Bullets ELC, et al.**

**Case No. 16-50557-rbk**

**as of October 5, 2018**

| **INTERESTED PARTIES REQUESTING SERVICE** | **INTERESTED PARTIES REQUESTING SERVICE** |
|---|---|
| LAW OFFICES OF JUDITH W. ROSS<br>J. ROSS; E. SODERLAND; J. LEWIS<br>700 NORTH PEARL ST STE 1610<br>DALLAS TX 75207<br>Phone: 2143777879<br>Fax: 2143779409<br>Email: JUDITH.ROSS@JUDITHWROSS.COM<br>    ERIC.SODERLUND@JUDITHWROSS.COM<br>    JESSICA.LEWIS@JUDITHWROSS.COM | CENTURYLINK<br>MARCY M HERONIMUS, SENIOR CORP COUNSEL<br>931 14TH ST STE 900<br>DENVER CO 80202<br>Phone: 3039925743<br>Fax: 3033838575<br>Email: MARCY.HERONIMUS@CENTURYLINK.COM |
| NORTH CAROLINA DEPT OF REVENUE<br>DAVID D LENNON, ASST ATTORNEY GENERAL<br>REVENUE SECTION<br>POST OFFICE BOX 629<br>RALEIGH NC 27602-0629<br>Phone: 9197166550<br>Fax: 9197153550<br>Email: DLENNON@NCDOJ.GOV | UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JUDY A. ROBBINS, UNITED STATES TRUSTEE<br>615 E. HOUSTON ST., ROOM 533<br>SAN ANTONIO TX 78205 |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL<br>ASSISTANT ATTORNEY GENERAL<br>WENDY S. TIEN<br>445 MINNESOTA ST STE 900<br>ST PAUL MN 55101-2127<br>Phone: 6517571223<br>Fax: 6512978265<br>Email: WENDY.TIEN@AG.STATE.MN.US | DIRECT ENERGY BUSINESS LLC<br>EDISON MCDOWELL ET AL R J BAIN<br>1001 FANNIN ST STE 2700<br>HOUSTON TX 77002-6707<br>Phone: 7133375580<br>Fax: 7133378850<br>Email: JOE.BAIN@EMHLLP.COM |
| REED SMITH LLP<br>KURT F GWYNNE;EMILY K DEVAN<br>1201 N MARKET ST STE 1500<br>WILMINGTON DE 19801<br>Phone: 3027787500<br>Fax: 3027787575<br>Email: KGWYNNE@REEDSMITH.COM<br>    EDEVAN@REEDSMITH.COM | WESTFIELD LLC AND WESTLAND SOUTH SHORE MALL LP<br>LECLAIRRYAN PC DAVID W WILSON<br>1233 WEST LOOP SOUTH STE 1000<br>HOUSTON TX 77027<br>Phone: 7137528360<br>Fax: 7136500027<br>Email: DAVID.WILSON@LECLAIRRYAN.COM |

46596883;1

## LIMITED SERVICE LIST

## Case No. 16-50557-rbk

## as of October 5, 2018

**SECURED CREDITORS**

ALAMO CRG LLC
DYKEMA GOSSETT PLLC MARK E ANDREWS
1717 MAIN ST STE 4200
DALLAS TX 75201
Phone: 2146987819
Fax: 2146987899
Email:MANDREWS@DYKEMA.COM

LARRAC INV LLC SERIES L
LARRY HARRIS
120 CHULA VISTA DR
HOLLYWOOD PARK TX 78232
Phone: 2104033725

ALL JONES LLC
ALLEN JONES
120 CHULA VISTA DR
HOLLYWOOD PARK TX 78232
Phone: 2104033725

BPTX HOLDINGS LLC
BRIAN PADILLA
120 CHULA VISTA DR
HOLLYWOOD PARK TX 78232
Phone: 2104033725

**SECURED CREDITORS**

DAYSPRING OPERATING LLC
JASON KEMP
120 CHULA VISTA DR
HOLLYWOOD PARK TX 78232
Phone: 2104033725

FMP SA MANAGEMENT GROUP LLC
JASON KEMP
120 CHULA VISTA
HOLLYWOOD PARK TX 78232