## Schedule 1

## Objectionable Claims Table

| | Claimant Name | Donlin Recano Claim No. | Asserted Claim Amount | Reduced Claim Amount | Exhibit B-1 Inadequately Supported | Exhibit B-2 Contingent/ Unliquidated | Exhibit B-3 Incorrectly/ Improperly Calculated Amount |
|---|---|---|---|---|---|---|---|
| 1 | ACE Property and Casualty Insurance | 1091 | $30,697,297.00 | **$0.00** | X | X | X |
| 2 | ACE Property and Casualty Insurance | 1092 | $30,697,297.00 | **$0.00** | X | X | X |
| 3 | ACE Property and Casualty Insurance | 1093 | $30,697,297.00 | **$0.00** | X | X | X |
| 4 | ACE Property and Casualty Insurance | 1094 | $30,697,297.00 | **$0.00** | X | X | X |
| 5 | ACE Property and Casualty Insurance | 1095 | $30,697,297.00 | **$0.00** | X | X | X |
| 6 | ACE Property and Casualty Insurance | 1096 | $30,697,297.00 | **$0.00** | X | X | X |
| 7 | ACE Property and Casualty Insurance | 1097 | $30,697,297.00 | **$0.00** | X | X | X |
| 8 | ACE American Insurance Company | 1099 | $30,697,297.00 | **$0.00** | X | X | X |
| 9 | ACE American Insurance Company | 1100 | $30,697,297.00 | **$0.00** | X | X | X |
| 10 | ACE American Insurance Company | 1101 | $30,697,297.00 | **$0.00** | X | X | X |
| 11 | ACE American Insurance Company | 1102 | $30,697,297.00 | **$0.00** | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | ACE American Insurance Company | 1103 | $30,697,297.00 | **$0.00** | X | X | X |
| 13 | ACE American Insurance Company | 1104 | $30,697,297.00 | **$0.00** | X | X | X |
| 14 | ACE American Insurance Company | 1105 | $30,697,297.00 | **$0.00** | X | X | X |
| 15 | Illinois Union Insurance Co. | 1113 | $30,697,297.00 | **$0.00** | X | X | X |
| 16 | Illinois Union Insurance Co. | 1114 | $30,697,297.00 | **$0.00** | X | X | X |
| 17 | Illinois Union Insurance Co. | 1133 | $30,697,297.00 | **$0.00** | X | X | X |
| 18 | Illinois Union Insurance Co. | 1134 | $30,697,297.00 | **$0.00** | X | X | X |
| 19 | Illinois Union Insurance Co. | 1135 | $30,697,297.00 | **$0.00** | X | X | X |
| 20 | Illinois Union Insurance Co. | 1136 | $30,697,297.00 | **$0.00** | X | X | X |
| 21 | Illinois Union Insurance Co. | 1137 | $30,697,297.00 | **$0.00** | X | X | X |
| 22 | Pacific Employers Insurance Co. | 1106 | $30,697,297.00 | **$0.00** | X | X | X |
| 23 | Pacific Employers Insurance Co. | 1107 | $30,697,297.00 | **$0.00** | X | X | X |
| 24 | Pacific Employers Insurance Co. | 1108 | $30,697,297.00 | **$0.00** | X | X | X |
| 25 | Pacific Employers Insurance Co. | 1109 | $30,697,297.00 | **$0.00** | X | X | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | Pacific Employers Insurance Co. | 1110 | $30,697,297.00 | **$0.00** | X | X | X |
| 27 | Pacific Employers Insurance Co. | 1111 | $30,697,297.00 | **$0.00** | X | X | X |
| 28 | Pacific Employers Insurance Co. | 1112 | $30,697,297.00 | **$0.00** | X | X | X |
| 29 | Westchester Surplus Lines Insurance Co. | 1126 | $30,697,297.00 | **$0.00** | X | X | X |
| 30 | Westchester Surplus Lines Insurance Co. | 1127 | $30,697,297.00 | **$0.00** | X | X | X |
| 31 | Westchester Surplus Lines Insurance Co. | 1128 | $30,697,297.00 | **$0.00** | X | X | X |
| 32 | Westchester Surplus Lines Insurance Co. | 1129 | $30,697,297.00 | **$0.00** | X | X | X |
| 33 | Westchester Surplus Lines Insurance Co. | 1130 | $30,697,297.00 | **$0.00** | X | X | X |
| 34 | Westchester Surplus Lines Insurance Co. | 1131 | $30,697,297.00 | **$0.00** | X | X | X |
| 35 | Westchester Surplus Lines Insurance Co. | 1132 | $30,697,297.00 | **$0.00** | X | X | X |