UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
HENRY G. HOBBS, JR
ACTING UNITED STATES TRUSTEE
JAMES W. ROSE, JR.
TRIAL ATTORNEY
615 E. Houston, Rm. 533
San Antonio, TX 78205
Telephone: (210) 472-4640
Fax: (210) 472-4649

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BUFFETS, LLC, ET AL., | § | CASE NO. 16-50557-RBK-11 |
| | § | |
| | § | (JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 16-50557-RBK-11) |
| | § | |
| DEBTORS. | § | |

## APPELLANT UNITED STATES TRUSTEE'S STATEMENT OF THE ISSUES AND DESIGNATION OF ITEMS FOR RECORD ON APPEAL

Now comes Henry G. Hobbs, Jr., Acting United States Trustee for Region 7, by and through the undersigned counsel and under Fed. R. Bankr. P. 8009(a)(1) hereby submits his statement of the issues and items to be included in the record on appeal.

**Issues on appeal:**

1. Did the bankruptcy court err when it held that the debtors are required by 28 U.S.C. § 1930(a)(6) to pay only $30,000, instead of $250,000, in fees for each quarter of 2018?

2. Did the bankruptcy court err when it ruled that the 2017 quarterly fee legislation could not be applied to the debtors?

3. Did the bankruptcy court err when it ruled that awarding fees under 28 U.S.C. § 1930(a)(6)(B) for any of the first three quarters of 2018 would violate the Uniformity Clause of Article I of the Constitution?

4. Did the bankruptcy court err when it ruled that the government's reading of the 2017 quarterly fee legislation impermissibly operated in a retroactive way?

5. Did the bankruptcy court err when it ruled that applying the 2017 quarterly fee legislation as the government interprets it violated due process?

6. Did the bankruptcy court err by reversing itself on grounds the debtors could have argued prior to the court's initial ruling on the debtors' motion to determine fees but instead asserted for the first time in a supplemental brief in support of their motion for reconsideration, in response to issues the court raised *sua sponte*?

**Items to be included in the record on appeal:**

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 ||||
|---|---|---|---|
| Item Number | File or Entry Date | Style or Description | Docket Entry |
| 1 | N/A | Docket Sheet for Case No 16-50557-RBK-11 | N/A |
| 2 | 03/07/2016 | Chapter 11 Voluntary Petition | 1 |
| 3 | 03/07/2016 | Debtor's Emergency Motion For Order Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015 | 2 |
| 4 | 03/07/2016 | Declaration Of Peter Donbavand In Support of Chapter 11 Petitions and First Day Motions | 23 |
| 5 | 03/11/2016 | Order Authorizing Joint Administration Pursuant To Bankruptcy Rule 1015 and Local Rule 1015 | 112 |
| 6 | 05/22/2016 | Schedules | 479 |
| 7 | 05/22/2016 | Statement of Financial Affairs | 480 |
| 8 | 09/30/2016 | Disclosure Statement For Debtors' Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 1113 |
| 9 | 09/30/2016 | Debtors' Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 1118 |
| 10 | 02/24/2017 | Amended Disclosure Statement For Debtors' Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2243 |
| 11 | 02/24/2017 | Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2244 |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 |
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 12 | 03/21/2017 | Notice Of Filing Of Supplement To Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2422 |
| 13 | 03/31/2017 | Notice Of Filing Of Amended Supplement To Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2485 |
| 14 | 03/31/2017 | Debtors' Notice Of Filing Proposed Changes To Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2487 |
| 15 | 04/03/2017 | Declaration Of Peter Donbavand Pursuant To 28 U.S.C. § 1746 In Support Of Confirmation Of Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2492 |
| 16 | 04/27/2017 | Debtors' Second Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2573 |
| 17 | 04/27/2017 | Findings Of Fact, Conclusions Of Law, And Order Under Section 1129 Of The Bankruptcy Code And Rule 3020 Of The Bankruptcy Rules Confirming Debtors' Second Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2576 |
| 18 | 05/18/2017 | Notice Of (A) Entry Of Order Confirming Debtors' Second Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code, (B) Occurrence Of The Effective Date Of The Plan, (C) Deadline To File Fee Claims, (D) Deadline To File Administrative Claims, And (E) Bar Date For Rejected Executory Contracts | 2630 |
| 19 | 06/06/2017 | Notice Of Filing Of Second Amended Supplement To The Debtors' Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code | 2661 |
| 20 | 07/21/2017 | Chapter 11 Post-Confirmation Report For The Quarter Ending June 2017 | 2753 |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 |
| Item Number | File or Entry Date | Style or Description | Docket Entry |
|---|---|---|---|
| 21 | 08/02/2017 | Order Granting Fourth and Final Fee Application of Bridgeport Consulting, LLC, As Chief Restructuring Office and Financial Advisor To The Debtors For Professional Services Rendered And Actual And Necessary Expenses Incurred From March 7, 2016 Through May 18, 2017 | 2769 |
| 22 | 08/30/2017 | Agreed Order Granting, In Part, Fourth And Final Application of Akerman LLP As Counsel To Debtors, For Allowance Of Compensation For Services Rendered And Reimbursement of Expenses Incurred For The Fourth Interim Period From January 1, 2017 Through May 18, 2017 And The Final Period From March 7, 2016 Through May 18, 2017 | 2798 |
| 23 | 09/18/2017 | Order Granting In Part Final Application Of Greenberg Traurig, LLP For Compensation And Reimbursement Of Expenses As Counsel To The Official Committee Of Unsecured Creditors For The Period of March 22, 2016 Through May 18, 2017 | 2825 |
| 24 | 10/20/2017 | Chapter 11 Post-Confirmation Report For The Quarter Ending September 2017 | 2956 |
| 25 | 01/19/2018 | Chapter 11 Post-Confirmation Report For The Quarter Ending December 2017 | 3327 |
| 26 | 04/20/2018 | Chapter 11 Post-Confirmation Report For The Quarter Ending March 2018 | 3708 |
| 27 | 07/12/2018 | Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 3797 |
| 28 | 07/12/2018 | Reorganized Debtors' Motion For Final Decree Or, In The Alternative, To Administratively Close Cases | 3798 |
| 29 | 07/20/2018 | Chapter 11 Post-Confirmation Report For The Quarter Ending June 2018 | 3809 |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 ||||
|---|---|---|---|
| Item Number | File or Entry Date | Style or Description | Docket Entry |
| 30 | 07/27/2018 | Unsecured Creditors' Trustee's Objection To Reorganized Debtors' Motion For Final Decree Or, In The Alternative, To Administratively Close Cases | 3814 |
| 31 | 07/30/2018 | Limited Objection And Reservation Of Rights Of Pike Park Associates LLLP Ad Pike Park Venture, LLC To Reorganized Debtors' Motion For Final Decree Or, In the Alternative, To Administratively Close Cases | 3817 |
| 32 | 08/02/2018 | Objection Of The United States Trustee To Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 3821 |
| 33 | 08/02/2018 | Objection Of The United States Trustee To Reorganized Debtors' Motion For Final Decree Or, In The Alternative, To Administratively Close Cases | 3822 |
| 34 | 08/06/2018 | Notice Of Hearing On [3797] Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) And [3798] Reorganized Debtors' Motion For Final Decree Or, In The Alternative, To Administratively Close Cases | 3823 |
| 35 | 08/16/2018 | Response of Gallagher Basset Services, Inc. to Reorganized Debtors' Motion For Final Decree or, in the Alternative, to Administratively Close Cases | 3836 |
| 36 | 08/16/2018 | Reorganized Debtors' Reply To Objection Of The United States Trustee To Reorganized Debtors' Motion For Final Decree Or, In The Alternative, To Administratively Close Cases | 3838 |
| 37 | 08/16/2018 | Reorganized Debtors' Reply To Objection Of The United States Trustee To Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 3839 |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 ||||
|---|---|---|---|
| Item Number | File or Entry Date | Style or Description | Docket Entry |
| 38 | 08/20/2018 | Reorganized Debtors' Witness And Exhibit List For Hearing On August 23, 2018 | 3846 |
| 39 | 08/20/2018 | U.S. Trustee's Witness And Exhibit List For Hearings On Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) and Reorganized Debtors' Motion For Final Decree Or, In The Alternative, To Administratively Close Cases | 3847 |
| 40 | 08/22/2018 | Reorganized Debtors' Proposed Hearing Agenda For August 23, 2018 | 3850 |
| 41 | 08/23/2018 | Exhibit Index and Witness List For Hearing Held on August 23, 2018 | 3862 |
| 42 | 08/23/2018 | Exhibit 1 – Chapter 11 Post-Confirmation Report for the Quarter Ending March 2018 (Docket No. 3708) | N/A |
| 43 | 08/23/2018 | Exhibit 2 - Chapter 11 Post-Confirmation Report for the Quarter Ending June 2018 (Docket No. 3809) | N/A |
| 44 | 08/23/2018 | Exhibit 3 – Amended Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 Of The Bankruptcy Code (Docket No. 2243) | N/A |
| 45 | 08/23/2018 | Exhibit 4 -Findings Of Fact, Conclusions Of Law, And Order Under Section 1129 Of The Bankruptcy Code And Rule 3020 Of The Bankruptcy Rules Confirming Debtors' Second Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code (Docket No. 2576) | N/A |
| 46 | 08/23/2018 | Exhibit G-1 – U. S. Trustee Fee Schedule | N/A |
| 47 | 08/23/2018 | Exhibit G-2 – Post Confirmation Report for the 2nd Quarter of 2017 (Docket No. 2753) | N/A |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 ||||
| Item Number | File or Entry Date | Style or Description | Docket Entry |
|---|---|---|---|
| 48 | 08/23/2018 | Exhibit G-3 – Post Confirmation Report for the 3rd Quarter of 2017 (Docket No. 2956) | N/A |
| 49 | 08/23/2018 | Exhibit G-4 – Post Confirmation Report for the 4th Quarter of 2017 (Docket No. 3327) | N/A |
| 50 | 08/23/2018 | Exhibit G-5 – Post Confirmation Report for the 1st Quarter of 2018 (Docket No. 3708) | N/A |
| 51 | 08/23/2018 | Exhibit G-6 – Post Confirmation Report for the 2nd Quarter of 2018 (Docket No. 3809) | N/A |
| 52 | 08/23/2018 | Exhibit G-7 – Excerpt From Findings Of Fact, Conclusions Of Law, And Order Under Section 1129 Of The Bankruptcy Code And Rule 3020 Of The Bankruptcy Rules Confirming Debtors' Second Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code (Docket No. 2576) | N/A |
| 53 | 08/23/2018 | Exhibit G-8 – U.S. Trustee Quarterly Fee Analysis | N/A |
| 54 | 08/30/2018 | Supplemental Brief Of The United States Trustee In Support Of Objection To Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) (Docket #3821) | 3868 |
| 55 | 09/10/2018 | Supplemental Brief Of Reorganized Debtors To Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 3875 |
| 56 | 09/12/2018 | Order Denying Reorganized Debtors' Motion For Final Decree Or, In The Alternative, To Administratively Close Cases | 3880 |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 | | | |
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 57 | 09/12/2018 | United States Trustee's Motion To (I) Strike Supplemental Brief Of Reorganized Debtors' To Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6), Or, Alternatively, (II) Extend Time To File A Response To Reorganized Debtors' Supplemental Brief | 3881 |
| 58 | 09/13/2018 | Reorganized Debtors' Objection To United States Trustee's Motion To (I) Strike Supplemental Brief Of Reorganized Debtors' To Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6), Or, Alternatively, (II) Extend Time To File A Response To Reorganized Debtors' Supplemental Brief | 3884 |
| 59 | 09/14/2018 | Transcript Regarding Hearing Held 9/13/18 | 3890 |
| 60 | 09/14/2018 | Order Dismissing Motion As Moot [Re 3881 United States Trustee's Motion To (I) Strike Supplemental Brief Of Reorganized Debtors' To Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6), Or, Alternatively, (II) Extend Time To File A Response To Reorganized Debtors' Supplemental Brief] | 3891 |
| 61 | 09/14/2018 | Order Denying Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 3893 |
| 62 | 09/20/2018 | Transcript Regarding Hearing Held 9/13/18 | 3901 |
| 63 | 09/25/2018 | Reorganized Debtors' Proposed Hearing Agenda For September 26, 2018 Hearing at 2:00 p.m. | 3908 |
| 64 | 09/26/2018 | Court Public Entry: JUDGE KING MADE ANNOUNCEMENT ON THE RECODING REGARDING ANOTHER CASE WITH SOME ISSUE REGARDING U.S. TRUSTEE FEES THEY MIGHT WANT TO REVIEW (Entered: 03/05/2019) | N/A |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 |
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 65 | 09/28/2018 | Reorganized Debtors' Motion For Reconsideration Of Order Denying Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) (Relates to ECF No. 3893) | 3914 |
| 66 | 09/28/2018 | Reorganized Debtors' Notice of Constitutional Question Under Fed. R. Civ. P. 5.1 | 3915 |
| 67 | 10/04/2018 | Objection Of The United States Trustee To Reorganized Debtors' Motion For Reconsideration Of Order Denying Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 3927 |
| 68 | 10/11/2018 | Reorganized Debtors' Reply To Objection Of The United States Trustee To Reorganized Debtors' Motion For Reconsideration Of Order Denying Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) (Relates to ECF No. 3927) | 3948 |
| 69 | 10/19/2018 | Court Notice And Certification Of Constitutional Question Under 28 U.S.C. § 2403 And Fed. R. Civ. P. 5.1 [Docket Entry: Order Regarding Motion For Reconsideration Of Order Denying Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6)] | 3961 |
| 70 | 10/19/2018 | Chapter 11 Post-Confirmation Report For The Quarter Ending September 2018 | 3962 |
| 71 | 10/31/2018 | United States Trustee's Response To This Court's Notice And Certification Of Constitutional Questions Under 28 U.S.C. § 2403 And Fed. R. Civ. P. 5.1 | 3969 |
| 72 | 11/07/2018 | Order Granting Request To File Brief In Response To Constitutional Challenges | 3984 |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 |||| 
| --- | --- | --- | --- |
| Item Number | File or Entry Date | Style or Description | Docket Entry |
| 73 | 11/09/2018 | United States Trustee's Motion To Vacate The Court's November 7, 2018 Order Or In The Alternative, To Adjust The Briefing Schedule So The Government Can Meaningfully Address The Debtors' Attempt To Invalidate A Federal Statute | 3987 |
| 74 | 11/16/2018 | Order Granting Motion, In Part [Re 3987 United States Trustee's Motion To Vacate The Court's November 7, 2018 Order Or In The Alternative, To Adjust The Briefing Schedule So The Government Can Meaningfully Address The Debtors' Attempt To Invalidate A Federal Statute] | 4008 |
| 75 | 11/17/2018 | Transcript Regarding Hearing Held on 8/23/18 | 4009 |
| 76 | 12/07/2018 | Reorganized Debtors' Memorandum Of Law In Support Of Its Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 4042 |
| 77 | 12/21/2018 | United States Trustee's Supplemental Memorandum Of Law In Opposition To Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 4060 |
| 78 | 01/17/2019 | Chapter 11 Post-Confirmation Report For The Quarter Ending December 2018 | 4147 |
| 79 | 02/08/2019 | Judge's Opinion | 4209 |
| 80 | 02/08/2019 | Order Granting Motion For Reconsideration Of Order Denying Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6) | 4210 |
| 81 | 02/21/2019 | Notice of Appeal [Re: 4209 Judge's Opinion and 4210 Order Granting Motion For Reconsideration Of Order Denying Reorganized Debtors' Motion To Determine Extent Of Liability For Post-Confirmation Quarterly Fees Payable To The United States Trustee Pursuant To 28 U.S.C. § 1930(a)(6)] | 4227 |

| Items Designated from *In re Buffets, LLC*, Case No. 16-50557-RBK-11 |||| 
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 82 | 03/06/2019 | Transcript Request by Jim Rose [re: Hearings on September 26, 2018] | 4244 |
| 83 | N/A | Transcript of Hearings on September 26, 2018 [Requested] | N/A |

| Items Designated from *In re Hometown Buffet, Inc.*, Case No. 16-50558-RBK-11 ||||
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 84 | N/A | Docket Sheet For Case No. 16-50558-RBK-11 | N/A |
| 85 | 03/07/2016 | Voluntary Petition Under Chapter 11 | 1 |
| 86 | 05/22/2016 | Schedules | 12 |
| 87 | 05/22/2016 | Statement of Financial Affairs | 13 |

| Items Designated from *In re OCB Restaurant Company, LLC, Case* No. 16-50559-RBK-11 ||||
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 88 | N/A | Docket Sheet For Case No. 16-50559-RBK-11 | N/A |
| 89 | 03/07/2016 | Voluntary Petition Under Chapter 11 | 1 |
| 90 | 05/22/2016 | Schedules | 9 |
| 91 | 05/22/2016 | Statement of Financial Affairs | 10 |

| Items Designated from *In re OCB Purchasing Co., Case* No. 16-50561-RBK-11 ||||
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 92 | N/A | Docket Sheet For Case No. 16-50561-RBK-11 | N/A |
| 93 | 03/07/2016 | Voluntary Petition Under Chapter 11 | 1 |
| 94 | 05/22/2016 | Schedules | 12 |
| 95 | 05/22/2016 | Statement of Financial Affairs | 13 |

| Items Designated from *In re Ryan's Restaurant Group, LLC, Case* No. 16-50562-RBK-11 ||||
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 96 | N/A | Docket Sheet For Case No. 16-50562-BK-11 | N/A |
| 97 | 03/07/2016 | Voluntary Petition Under Chapter 11 | 1 |
| 98 | 05/22/2016 | Schedules | 10 |
| 99 | 05/22/2016 | Statement of Financial Affairs | 11 |

| Items Designated from *In re Fire Mountain Restaurants, LLC, Case* No. 16-50563-RBK-11 ||||
|---|---|---|---|
| **Item Number** | **File or Entry Date** | **Style or Description** | **Docket Entry** |
| 100 | N/A | Docket Sheet For Case No. 16-50563-RBK-11 | N/A |

| Item Number | File or Entry Date | Style or Description | Docket Entry |
|---|---|---|---|
| 101 | 03/07/2016 | Voluntary Petition Under Chapter 11 | 1 |
| 102 | 05/22/2016 | Schedules | 10 |
| 103 | 05/22/2016 | Statement of Financial Affairs | 11 |

| Items Designated from *In re Tahoe Joe's, Inc., Case* No. 16-50564-RBK-11 | | | |
|---|---|---|---|
| Item Number | File or Entry Date | Style or Description | Docket Entry |
| 104 | N/A | Docket Sheet For Case No. 16-50564-RBK-11 | N/A |
| 105 | 03/07/2016 | Voluntary Petition Under Chapter 11 | 1 |
| 106 | 05/22/2016 | Schedules | 10 |
| 107 | 05/22/2016 | Statement of Financial Affairs | 11 |

DATED: March 7, 2019                     Respectfully submitted,

                                                    HENRY G. HOBBS, JR.
                                                    ACTING UNITED STATES TRUSTEE
                                                    REGION 7
                                                    Southern and Western Districts of Texas


                                              By:  /s/ James W. Rose, Jr.
                                                      JAMES W. ROSE, JR.
                                                      TRIAL ATTORNEY
                                                      Texas Bar No. 17251900
                                                      615 E. Houston, Rm 533
                                                      San Antonio, Texas 78205
                                                      (210) 472-4640
                                                      (210) 472-4649 Fax
                                                      Email:  James.Rose@usdoj.gov


## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the party set forth below via United States Mail, first class, postage prepaid and/or by electronic means for all Pacer system participants on the 7th day of March, 2019.

                                                              /s/ James W. Rose, Jr.
                                                             James W. Rose, Jr.


**Reorganized Debtors' Counsel:**

David W. Parham, Esq.
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201